UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk DIVISION

Lee Schmidt and Crystal Arrington

vs.

City of Norfolk, Norfolk PD, Mark Talbot, in his official capacity of Norfolk PD Chief of Police

Civil/Criminal Action No. 2:24-cv-621

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
Plaintiffs Lee Schmidt and Crystal Arrington
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

10/21/2024
Date

/s/ Robert Frommer
Signature of Attorney or Litigant
Counsel for Lee Schmidt and Crystal Arrington

Rev. 03/12/19

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

I hereby further certify that the foregoing will be dispatched to a third-party process server for service on the following Defendants:

**City of Norfolk**
Office of the City Attorney Bernard Pishko, Esq.
810 Union Street, Suite 900
Norfolk, VA 23510

**Norfolk Police Department**
C/O Mark Talbot, Chief of Police
100 Brooke Avenue
Norfolk, VA 23510

**Mark Talbot, in his official capacity as the Norfolk Chief of Police**
100 Brooke Avenue
Norfolk, VA 23510

/s/Robert Frommer
Robert Frommer (VA Bar No. 70086)
Institute for Justice
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
rfrommer@ij.org

*Attorney for Plaintiffs*