IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**LEE SCHMIDT and CRYSTAL ARRINGTON,**

    Plaintiff,

v.                                                                Civil Action No.: 2:24-cv-621

**CITY OF NORFOLK, NORFOLK POLICE
DEPARTMENT, and MARK TALBOT, in his
Official capacity as the Norfolk Chief of Police,**

    Defendants.

## MOTION TO DISMISS COMPLAINT

**NOW COME**, the Defendants, the City of Norfolk, Norfolk Police Department, and Mark Talbot, by counsel, and pursuant to Rule 12(b)(6), Rule 12(b)(1), and Rule 12(b)(2) of the Federal Rules of Civil Procedure, hereby move this Honorable Court to enter an Order dismissing the Complaint with prejudice for failure to state a claim upon which relief can be granted, lack of subject matter jurisdiction, and lack of personal jurisdiction as to Defendant the Norfolk Police Department, as more fully set forth in the accompanying Memorandum in Support.

    **CITY OF NORFOLK,
NORFOLK POLICE DEPARTMENT, and
MARK TALBOT**

    /s/
Karla J. Soloria (VSB 82674)
Assistant City Attorney
Adam D. Melita (VSB 41716)
Chief Deputy City Attorney
karla.soloria@norfolk.gov
adam.melita@norfolk.gov
City of Norfolk Department of Law
810 Union Street, Suite 900
Norfolk, VA 23510
Telephone: (757) 664-4529
Facsimile: (757) 664-4201

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2024 I will electronically file the foregoing *Motion to Dismiss* with the Clerk of Court using the CM/ECF system, which will send a copy of the foregoing to,

>Robert Frommer
>Joshua Windham
>Michael B. Soyfer
>Institute for Justice
>901 N. Glebe Rd., Suite 900
>Arlington, VA 22203
>rfrommer@ij.org
>jwindham@ij.org
>msoyfer@ij.org
>Telephone: (703) 682-9320
>Fax: (703) 682-9321
>
>*Counsel for Plaintiffs*
>
>
>/s/
>Karla J. Soloria (VSB 82674)
>Assistant City Attorney
>karla.soloria@norfolk.gov
>City of Norfolk Department of Law
>810 Union Street, Suite 900
>Norfolk, VA 23510
>Telephone: (757) 664-4529
>Facsimile: (757) 664-4201
>
>*Counsel for Defendants*