UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| LEE SCHMIDT and CRYSTAL ARRINGTON,<br><br>                Plaintiffs,<br><br>v.<br><br>CITY OF NORFOLK and MARK TALBOT, in his official capacity as the Norfolk Chief of Police,<br><br>                Defendants. | Case No.: 2:24-cv-00621-MSD-LRL<br><br>Hon. Mark S. Davis |

## MOTION TO INTERVENE

      Flock Group, Inc., doing business as Flock Safety ("Flock"), by counsel, moves this Court for an Order allowing it to intervene as a party in this action ("Motion to Intervene") pursuant to Federal Rule of Civil Procedure 24(a) or, in the alternative, under Federal Rule of Civil Procedure 24(b). Flock satisfies the requirements for intervention as of right under Rule 24(a) because its motion is timely, it has a direct and substantial interest in the litigation that would be impaired absent intervention, and Flock's interest is not adequately represented by the current parties. In the alternative, Flock satisfies the requirements for permissive intervention under Rule 24(b) because its motion is timely and it has a claim or defense that shares a common question of law or fact with the action. Nor will Flock's intervention unduly delay the case or prejudice any party.

      The grounds and authorities in support of this motion are set forth in Flock Safety's Memorandum of Law in Support of its Motion to Intervene. Attached as **Exhibit 1** is a Proposed Order granting the relief requested and allowing Flock to file the Proposed Answer attached as **Exhibit 2**.

Flock has conferred with counsel for all parties. Defendants do not oppose Flock's Motion. Despite outreach from Flock's counsel on April 1, 2025 and April 3, 2025, Plaintiffs have not provided a position on the Motion.

Dated: April 3, 2025                          Respectfully submitted,

/s/ *Stephen E. Noona*
Stephen E. Noona (VSB No. 25367)
Brandan M. Goodwin (VSB No. 94766)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, Virginia 23510-1665
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com
bmgoodwin@kaufcan.com

E. Martin Estrada*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Martin.Estrada@mto.com

Justin P. Raphael*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Justin.Raphael@mto.com

Jonathan I. Kravis*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100
Jonathan.Kravis@mto.com

\* *Pro hac vice* forthcoming

*Attorneys for Proposed Intervenor Flock Group, Inc., d/b/a Flock Safety*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

/s/ *Stephen E. Noona*
Stephen E. Noona (VSB No. 25367)
Brandan M. Goodwin (VSB No. 94766)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, Virginia 23510-1665
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com
bmgoodwin@kaufcan.com