UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| LEE SCHMIDT and CRYSTAL ARRINGTON,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF NORFOLK and MARK TALBOT, in his official capacity as the Norfolk Chief of Police,<br><br>　　　　　　　Defendants. | Case No.: 2:24-cv-00621-MSD-LRL<br><br>Hon. Mark S. Davis |

## [PROPOSED] ORDER

This matter is before the Court on Flock Group, Inc., doing business as Flock Safety's Motion to Intervene. Having reviewed the Motion and the accompanying papers, and for good cause shown, the Motion is **GRANTED**. Flock Safety shall file its proposed answer within 5 days of the entry of this Order.


Dated: _____, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Mark S. Davis
　　　　　　　　　　　　　　　　　　　　　United States District Judge