### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

LEE SCHMIDT and CRYSTAL
ARRINGTON,

                Plaintiffs,

v.

CITY OF NORFOLK and MARK TALBOT,
in his official capacity as the Norfolk Chief
of Police,

                Defendants.

Case No.: 2:24-cv-00621-MSD-LRL

Hon. Mark S. Davis

## DECLARATION OF JONATHAN KRAVIS
## IN SUPPORT OF FLOCK SAFETY'S MOTION TO INTERVENE

I, Jonathan Kravis, hereby declare as follows in support of Flock Safety's Motion to
Intervene Pursuant to Federal Rule of Civil Procedure 24:

1.      I am a partner at the law firm of Munger, Tolles & Olson LLP ("MTO"), counsel
for proposed intervenor Flock Group, Inc., doing business as Flock Safety ("Flock"). I have
personal knowledge of the facts stated in this declaration and, if called as witness, could
competently testify to them.

2.      On February 25, 2025, Flock received letters from both the Plaintiffs and
Defendants in the above-captioned case asking Flock to preserve certain documents related to
this litigation. On March 5, 2025, Flock sent Plaintiffs a response to their preservation letter. I
met and conferred regarding the preservation requests with counsel for the Plaintiffs on March 6,
2025, and with counsel for Defendants on March 7, 2025.

3.      On March 14, 2025, Plaintiffs served a subpoena on Flock seeking production of
documents under Federal Rule of Civil Procedure 45.

4.    Attached hereto as **Exhibit A** is a true and correct copy of the March 14, 2025 Subpoena.  The exhibit is partially redacted to omit sensitive information irrelevant to this Motion.

5.    I have conferred with counsel for Plaintiffs regarding production of data and information requested by this Subpoena.

6.    Plaintiffs have also asked whether MTO would agree to accept service of a subpoena to Flock seeking a deposition under Federal Rule of Civil Procedure 30(b)(6).

7.    I have met and conferred with Defendants regarding this Motion.  Defendants consent to Flock's motion to intervene.

8.    I have communicated with Plaintiffs regarding this Motion on April 1, 2025 and again on the morning of April 3, 2025.  Plaintiffs have not provided a position on the Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in Washington, D.C. on this 3rd day of April, 2025.


By:    _____
       Jonathan Kravis

Dated: April 3, 2025                    Respectfully submitted,


                                        /s/ *Stephen E. Noona*
                                        Stephen E. Noona (VSB No. 25367)
                                        Brandan M. Goodwin (VSB No. 94766)
                                        KAUFMAN & CANOLES, P.C.
                                        150 W. Main Street, Suite 2100
                                        Norfolk, Virginia 23510-1665
                                        Telephone: (757) 624-3239
                                        Facsimile: (888) 360-9092
                                        senoona@kaufcan.com
                                        bmgoodwin@kaufcan.com

                                        E. Martin Estrada*
                                        MUNGER, TOLLES & OLSON LLP
                                        350 S. Grand Avenue, Fiftieth Floor
                                        Los Angeles, California 90071
                                        Telephone:  (213) 683-9100
                                        Martin.Estrada@mto.com

                                        Justin P. Raphael*
                                        MUNGER, TOLLES & OLSON LLP
                                        560 Mission Street, Twenty-Seventh Floor
                                        San Francisco, CA 94105
                                        Telephone:  (415) 512-4000
                                        Justin.Raphael@mto.com

                                        Jonathan I. Kravis*
                                        MUNGER, TOLLES & OLSON LLP
                                        601 Massachusetts Avenue, NW, Ste. 500E
                                        Washington, D.C. 20001
                                        Telephone:  (202) 220-1100
                                        Jonathan.Kravis@mto.com

                                        * *Pro hac vice* forthcoming

                                        *Attorneys for Proposed Intervenor Flock*
                                            *Group, Inc., d/b/a Flock Safety*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

/s/ *Stephen E. Noona*
Stephen E. Noona (VSB No. 25367)
Brandan M. Goodwin (VSB No. 94766)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, Virginia 23510-1665
Tel: (757) 624-3239
Fax: (888) 360-9092
senoona@kaufcan.com
bmgoodwin@kaufcan.com