# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| LEE SCHMIDT and CRYSTAL ARRINGTON,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF NORFOLK and MARK TALBOT, in his official capacity as the Norfolk Chief of Police,<br><br>                    Defendants. | Case No.: 2:24-cv-00621-MSD-LRL<br><br>Hon. Mark S. Davis |

## JOINT MOTION FOR MODIFICATION OF PROTECTIVE ORDER

Third Party Flock Group, Inc., doing business as Flock Safety ("Flock"); Defendants City of Norfolk and Mark Talbot, in his official capacity as the Norfolk Chief of Police; and Plaintiffs Lee Schmidt and Crystal Arrington (collectively, the "Parties"), by counsel, move this Court to modify the existing Protective Order. ECF 34. The Parties have agreed to and request that the Court enter the Agreed Modified Consent Protective Order ("Modified Order") attached as **Exhibit 1** to govern the use, disclosure, and dissemination of information that is confidential, personal, or sensitive in nature. Attached as **Exhibit 2** is a comparison between the Modified Order and the existing Order showing, in redline, the alterations. The Parties respectfully request that the Court approve and enter the Order to facilitate the discovery process and maintain appropriate protection for confidential information. The grounds and authorities in support of this Joint Motion are set forth in the Brief in Support filed with this Joint Motion.

Dated: April 21, 2025

Respectfully submitted,

/s/ Karla J. Soloria (with consent)
Karla J. Soloria (VSB 82674)
Assistant City Attorney
Adam D. Melita (VSB 41716)
Chief Deputy City Attorney
karla.soloria@norfolk.gov
adam.melita@norfolk.gov

City of Norfolk Department of Law
810 Union Street, Suite 900
Norfolk, VA 23510
Telephone: (757) 664-4529
Facsimile: (757) 664-4201

*Counsel for Defendants*

/s/ Robert Frommer (with consent)
Robert Frommer
  (VA Bar No. 70086)
Joshua Windham
  (NC Bar No. 51071)*
Michael B. Soyfer
  (NY Bar No. 5488580; DC Bar No. 230366)*
Tahmineh Dehbozorgi
  (DC Bar No. 90030252)*

Institute for Justice
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Telephone: (703) 682-9320
Facsimile: (703) 682-9321
rfrommer@ij.org
jwindham@ij.org
msoyfer@ij.org
tdehbozorgi@ij.org

*Attorneys for Plaintiffs*

\* *Pro hac vice*

/s/ Stephen E. Noona
Stephen E. Noona (VSB No. 25367)
Brandan M. Goodwin (VSB No. 94766)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com
bmgoodwin@kaufcan.com

E. Martin Estrada*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Martin.Estrada@mto.com

Justin P. Raphael*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Justin.Raphael@mto.com

Jonathan I. Kravis*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100
Jonathan.Kravis@mto.com

\* *Pro hac vice*

*Attorneys for Third Party Flock Group, Inc.,
  d/b/a Flock Safety*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

/s/ *Stephen E. Noona*
Stephen E. Noona (VSB No. 25367)
Brandan M. Goodwin (VSB No. 94766)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com
bmgoodwin@kaufcan.com