**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| LEE SCHMIDT and CRYSTAL ARRINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NORFOLK and MARK TALBOT, in his official capacity as the Norfolk Chief of Police,<br><br>Defendants. | Case No.: 2:24-cv-00621-MSD-LRL<br><br>Hon. Mark S. Davis |

**BRIEF IN SUPPORT OF**
**JOINT MOTION FOR MODIFICATION OF PROTECTIVE ORDER**

Third Party Flock Group, Inc., doing business as Flock Safety ("Flock"), Defendants City of Norfolk and Mark Talbot, in his official capacity as the Norfolk Chief of Police, and Plaintiffs Lee Schmidt and Crystal Arrington (collectively with Defendants and Flock, the "Parties") respectfully request that the Court enter the Agreed Modified Consent Protective Order ("Agreed Modified Order"), which is attached to the Parties' Joint Motion for Modification of Protective Order, to govern discovery in this case. In support of this Motion, the Parties state as follows:

1. On February 24, 2025, the Court entered a scheduling order directing that Plaintiffs complete discovery by July 1, 2025, and that Defendants complete discovery by July 29, 2025.

2. The Parties anticipate that, during discovery in this action, they will produce information that is confidential, personal, or sensitive in nature. This information may include, but is not limited to, personal identifying information, protected health information, personal identifying information, protected health information, license plate reader information, and trade secrets.

3. The Order entered by the Court, *see* ECF 34, outlines a process for the parties to designate material as either "Confidential" or "Attorneys' Eyes Only" (together, "Protected Material"). The Order provides that the protections may be modified by order of this Court. *See id* ¶ 20.

4. The Agreed Modified Order makes one addition to the existing Order. It expands the definition of "Confidential" material provided in Paragraph 7 to include "confidential, proprietary, personal or commercially sensitive information that requires the protections provided in this Order."

5. The Agreed Modified Order does not make any other substantive amendments, alterations, or modifications to the existing Order.

6. The entry of the Modified Order will facilitate and make discovery in this matter more efficient while protecting confidential, proprietary, personal or commercially sensitive information.

WHEREFORE, the parties request that the Court enter the Agreed Modified Order.

Dated: April 21, 2025

Respectfully submitted,

*/s/ Karla J. Soloria (with consent)*
Karla J. Soloria (VSB 82674)
Assistant City Attorney
Adam D. Melita (VSB 41716)
Chief Deputy City Attorney
karla.soloria@norfolk.gov
adam.melita@norfolk.gov

City of Norfolk Department of Law
810 Union Street, Suite 900
Norfolk, VA 23510
Telephone: (757) 664-4529
Facsimile: (757) 664-4201

*Counsel for Defendants*

*/s/ Robert Frommer (with consent)*
Robert Frommer
(VA Bar No. 70086)
Joshua Windham
(NC Bar No. 51071)*
Michael B. Soyfer
(NY Bar No. 5488580; DC Bar No. 230366)*
Tahmineh Dehbozorgi
(DC Bar No. 90030252)*

Institute for Justice
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Telephone: (703) 682-9320
Facsimile: (703) 682-9321
rfrommer@ij.org
jwindham@ij.org
msoyfer@ij.org
tdehbozorgi@ij.org

*Attorneys for Plaintiffs*

* *Pro hac vice*

*/s/ Stephen E. Noona*
Stephen E. Noona (VSB No. 25367)
Brandan M. Goodwin (VSB No. 94766)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com
bmgoodwin@kaufcan.com

E. Martin Estrada*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Martin.Estrada@mto.com

Justin P. Raphael*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Justin.Raphael@mto.com

Jonathan I. Kravis*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100
Jonathan.Kravis@mto.com

* *Pro hac vice*

*Attorneys for Third Party Flock Group, Inc., d/b/a Flock Safety*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

/s/ *Stephen E. Noona*
Stephen E. Noona (VSB No. 25367)
Brandan M. Goodwin (VSB No. 94766)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com
bmgoodwin@kaufcan.com