**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**LEE SCHMIDT and CRYSTAL ARRINGTON,**

**Plaintiffs,**

**v.** **Civil Action No. 2:24-cv-621**

**CITY OF NORFOLK and MARK TALBOT,**
**in his Official capacity as the Norfolk Chief of Police,**

**Defendants.**

**JOINT NOTICE OF NEW AUTHORITY**

The parties respectfully file this notice of new authority to alert the Court to the recent passage of legislation concerning the technology at issue in this case. On May 2, 2025, Governor Youngkin signed into law a bill regulating the use of automatic license plate recognition systems by law-enforcement agencies in Virginia. A copy of that legislation is attached as Exhibit A.

Respectfully submitted,

/s/

Karla J. Soloria (VSB 82674)
Assistant City Attorney
Adam D. Melita (VSB 41716)
Chief Deputy City Attorney
karla.soloria@norfolk.gov
adam.melita@norfolk.gov
City of Norfolk Department of Law
810 Union Street, Suite 900
Norfolk, VA 23510
Telephone: (757) 664-4529
Facsimile: (757) 664-4201

*Counsel for Defendants*

/s/ (with consent)

Robert Frommer
(VA Bar No. 70086)
Joshua Windham
(NC Bar No. 51071)*
Michael B. Soyfer
(NY Bar No. 5488580; DC Bar No. 230366)*
Tahmineh Dehbozorgi
(DC Bar No. 90030252)*
Jessica Bigbie
(TX Bar No. 24134429)*
Institute for Justice
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
rfrommer@ij.org
jwindham@ij.org
msoyfer@ij.org
tdehbozorgi@ij.org
jbigbie@ij.org

*Attorneys for Plaintiffs*

*pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a copy of the foregoing to:

Michael B. Soyfer, Esq. (NY Bar # 5488580; DC Bar # 230366)
Robert Frommer, Esq. (VA Bar #70086)
Joshua Windham, Esq. (NC Bar #51071)
Tahmineh Dehbozorgi, Esq. (DC Bar #90030252)
Jessica Bigbie, Esq. (TX Bar #24134429)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203-1854

703-682-9320 phone
703-682-9321 fax
rfrommer@ij.org
jwindham@ij.org
msoyfer@ij.org
tdehbozorgi@ij.org
jbigbie@ij.org

*Counsel for Plaintiffs*

_____/s/___________________________
Karla J. Soloria (VSB 82674)
Assistant City Attorney
karla.soloria@norfolk.gov
City of Norfolk Department of Law
810 Union Street, Suite 900
Norfolk, VA 23510
Telephone: (757) 664-4529
Facsimile: (757) 664-4201

*Counsel for Defendants*