**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| LEE SCHMIDT and CRYSTAL ARRINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NORFOLK and MARK TALBOT, in his official capacity as the Norfolk Chief of Police,<br><br>Defendants. | Case No.: 2:24-cv-00621-MSD-LRL<br><br>Hon. Mark S. Davis |

**MOTION TO FILE UNDER SEAL RESPONSE TO DEFENDANTS' MOTION TO COMPEL**

Defendants moved to compel Plaintiffs Lee Schmidt and Crystal Arrington to provide responses or further responses to discovery requests and Plaintiffs now file their response to that motion. Defs.' Mot. to Compel, Doc. 83; Pls.' Opp. to Defs.' Mot. to Compel. Pursuant to Local Rule 5 and for the reasons provided in Plaintiffs' confidential and non-confidential memoranda in support of this motion, Plaintiffs respectfully request that the Court enter an order permanently sealing the unredacted versions of Plaintiffs' Response to Defendants' Motion to Compel, and allowing the redacted version of Plaintiff's Response to Defendants' Motion to Compel to remain on the public record.

DATED: June 23, 2025

Respectfully submitted,

*/s/ Robert Frommer*

Robert Frommer
(VA Bar No. 70086)
Joshua Windham
(NC Bar No. 51071)*
Michael B. Soyfer
(NY Bar No. 5488580; DC Bar No. 230366)*
Tahmineh Dehbozorgi
(DC Bar No. 90030252)*
James T. Knight II
(DC Bar No. 1671382)*
Institute for Justice
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
rfrommer@ij.org
jwindham@ij.org
msoyfer@ij.org
tdehbozorgi@ij.org
jknight@ij.org

Jessica Bigbie
(TX Bar No. 24134429)*
Institute for Justice
816 Congress Ave, Suite 970
Austin, TX 78701
Tel: (512) 480-5936
Fax: (512) 480-5937
jbigbie@ij.org

*Attorneys for Plaintiffs*

*pro hac vice