**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| LEE SCHMIDT and CRYSTAL ARRINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NORFOLK and MARK TALBOT, in his official capacity as the Norfolk Chief of Police,<br><br>Defendants. | Case No.: 2:24-cv-00621-MSD-LRL<br><br>Hon. Mark S. Davis |

**ORDER**

Before the Court is Plaintiffs' Motion to File Under Seal Response to Defendants' Motion to Compel. The Court has reviewed the materials filed under seal and finds the following:

1. The materials filed under seal are not a substitute for trial and public access to these materials is thus subject to the common law standard, not the First Amendment.
2. Plaintiffs provided public notice of their Motion and interested parties have been given a reasonable opportunity to object to sealing.
3. More than seven days have passed since the Motion and accompanying public notice was filed.
4. Plaintiffs' proposed redactions constitute only a small portion of the overall materials filed under seal.
5. Where redactions have been applied, no less drastic alternatives to sealing are available that would adequately shield the information at issue.
6. The materials contain Plaintiffs' confidential and sensitive information that is appropriate for sealing.
7. The materials are not public.
8. The materials contain information that may harm Plaintiffs or nonparties if publicly disclosed.
9. The public's interest in accessing the unredacted versions of these documents is outweighed by Plaintiffs' and nonparties' competing interests in confidentiality.

Based on these findings and for the reasons stated in Plaintiffs' confidential and non-confidential memoranda in support of their motion, Plaintiffs' motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the unredacted versions of Plaintiffs' Response to Defendants' Motion to Compel and Exhibits A, B, C, D, and F attached thereto are to be filed under permanent seal, with the redacted versions of the same filed by Plaintiffs to remain on the public docket.

Entered this 2nd day of July, 2025.

Lawrence R. Leonard
United States Magistrate Judge