# EXHIBIT D

**From:** Kravis, Jonathan <Jonathan.Kravis@mto.com>
**Sent:** Monday, August 4, 2025 12:19 PM
**To:** Michael Soyfer; IJ-NorfolkSurveillance
**Cc:** Melita, Adam; Soloria, Karla; Estrada, Martin
**Subject:** RE: Schmidt v. City of Norfolk
**Attachments:** AT&T Coverletter.pdf

Michael,

This appears to be an honest mistake on AT&T's part. The written instructions in the subpoena were clear that the providers should hold the request pending further authorization. Counsel for the City of Norfolk also included a cover letter accompanying the subpoena to AT&T reiterating the instruction that AT&T should "hold this request pending further authorization." A copy of that cover letter is attached. We presume AT&T may have not read the instructions carefully and just made a mistake, particularly since they did not receive any affirmative objection (not that one was required).

With respect to Ms. Arrington's provider, we handled that subpoena similarly. We received a notice from Verizon confirming receipt of our "preservation letter."

The AT&T records were transmitted to us via email. We have set them aside and will not do anything with them pending the Court's ruling.

Jonathan

**Jonathan I. Kravis** | **Munger, Tolles & Olson LLP**
601 Massachusetts Ave. NW, Suite 500E | Washington, DC 20001-5369
Tel: 202-220-1130 | jonathan.kravis@mto.com | www.mto.com

**From:** Michael Soyfer <msoyfer@ij.org>
**Sent:** Friday, August 1, 2025 6:32 PM
**To:** Kravis, Jonathan <Jonathan.Kravis@mto.com>; IJ-NorfolkSurveillance <ij-norfolksurveillance@ij.org>
**Cc:** Melita, Adam <adam.melita@norfolk.gov>; Soloria, Karla <karla.soloria@norfolk.gov>; Estrada, Martin <Martin.Estrada@mto.com>
**Subject:** RE: Schmidt v. City of Norfolk

Jonathan,

It is disturbing that AT&T produced these extremely sensitive location data to lawyers acting on behalf of government entities, in direct violation of federal law. Please detail or produce a copy of any communications you had with AT&T and PureTalk concerning Mr. Schmidt's CSLI. When you served the subpoena, we assumed that you would also reach out to the companies to make clear that there was no valid court order—or lawful subscriber consent—to produce CSLI. Please confirm whether you did so.

In addition, please provide the names and contact information of any lawyers or other employees you have spoken to regarding the subpoenas to each of those companies. If you have spoken to any lawyers or employees

1

of Ms. Arrington's provider, please provide their names and contact information, as well, so that we can confirm that Visible will not likewise produce her CSLI in violation of the SCA.

Finally, when you say you will not "open" the AT&T records, can you please clarify what you mean? Did AT&T provide a link to download the records, or email them as an attachment? If the former, have you downloaded them? If so, Plaintiffs request that you (and any of your vendors) immediately delete the records. If the Court orders their production, then AT&T can reproduce them to you at that time—legally.

Plaintiffs reserve all rights.

**Michael B. Soyfer**
*Attorney\**
Institute for Justice
901 North Glebe Road, Suite 900
Arlington, VA 22203
msoyfer@ij.org

*\*Licensed in New York and the District of Columbia*

---

**From:** Kravis, Jonathan <Jonathan.Kravis@mto.com>
**Sent:** Friday, August 1, 2025 5:41 PM
**To:** Michael Soyfer <msoyfer@ij.org>; IJ-NorfolkSurveillance <ij-norfolksurveillance@ij.org>
**Cc:** Melita, Adam <adam.melita@norfolk.gov>; Soloria, Karla <karla.soloria@norfolk.gov>; Estrada, Martin <Martin.Estrada@mto.com>
**Subject:** Schmidt v. City of Norfolk

Counsel,

 On July 11, 2025, we served you with a notice of subpoena to AT&T concerning the cell site data for Mr. Schmidt.  The subpoena instructed AT&T to "hold this request pending further authorization," and explained that we were "in the process of seeking Plaintiff's consent to the production of the records requested herein and/or the resolution of a pending motion to compel."  The subpoena further instructed AT&T to preserve responsive documents.

On Monday, AT&T sent us a response via email that purported to contain information responsive to the subpoena.  We called AT&T to ask them what was in the response, since the subpoena had instructed AT&T to hold the request pending further authorization.  AT&T told us that the response contained the information requested by our subpoena.  AT&T stated that they produced this information contrary to our instructions because they did not receive an objection to our subpoena.

We will not open the AT&T records while the motion to compel is pending.

Jonathan

**Jonathan I. Kravis** | **Munger, Tolles & Olson LLP**
601 Massachusetts Ave. NW, Suite 500E | Washington, DC 20001-5369
Tel:  202-220-1130 | jonathan.kravis@mto.com | www.mto.com

***NOTICE***

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it.  Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected.  Thank you.*

3



BERNARD A. PISHKO
**City Attorney**
ADAM D. MELITA
HEATHER A. MULLEN
JACK E. CLOUD
DEREK A. MUNGO
TAMELE Y. HOBSON
NADA N. KAWWASS
ANDREW R. FOX
MICHELLE G. FOY
MATTHEW P. MORKEN
HEATHER L. KELLEY
ZACHARY A. SIMMONS
ALEX H. PINCUS
MARGARET A. KELLY
KATHERINE A. TAYLOR
KRISTOPHER R. MCCLELLAN
BONNIE P. LANE
CHRISTOPHER PALERMO-RE
MICHAEL A. PIRRELLO
MARVIN R. SMITH, JR.
KARLA J. SOLORIA
KELLY D. SHEERAN

July 11, 2025

**Via EMAIL**

AT&T Inc.
208 South Akard Street
Dallas, Texas 75202
gldc@att.com

> Re:    Subpoena for mobile phone records, pending authorization
> *Schmidt, et al. v. City of Norfolk et al.*, ED Va. Case No. 2:24-cv-621

To Whom it May Concern:

I represent Defendants in the above-captioned lawsuit. You are receiving this letter because Defendants believe you possess information, documents or other materials relevant to the litigation.

This letter encloses a subpoena requiring you to produce certain records reflecting cellular site location information ("CSLI"), as set forth in Attachment A. While the subpoena specifies a time and place for compliance consistent with the Court's scheduling order in this case, we ask that you please reach out to us to acknowledge receipt, and then hold this request pending further authorization. Defendants are in the process of seeking Mr. Schmidt's consent to the production of the records requested in Attachment A and/or the resolution of a pending motion to compel in the above-captioned lawsuit.

Please also preserve all records responsive to the requests set forth in Attachment A upon receipt of this letter.

Thank you in advance for your cooperation. We look forward to hearing from you to acknowledge receipt and preservation. If you have any questions, please contact me directly at the information provided.

Very truly yours,

Karla J. Soloria
Assistant City Attorney
Office of the City Attorney
810 Union Street, Suite 900
Norfolk, VA 23510
Email:  karla.soloria@norfolk.gov
Office: 757-664-4218 (direct)

Enclosures: Subpoena