IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| LEE SCHMIDT and CRYSTAL ARRINGTON,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF NORFOLK and MARK TALBOT, in his official capacity as the Norfolk Chief of Police,<br><br>    Defendants. | Civil Case No. 2:24-cv-00621-MSD-LRL |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs Lee Schmidt and Crystal Arrington respectfully request that the Court enter patrial summary judgment in their favor pursuant to Federal Rule of Civil Procedure 56(a). There is no genuine dispute of material fact that Defendants' operation of their system of 176 Flock cameras to track the locations and movements of drivers across the entire city of Norfolk for weeks at a time is a Fourth Amendment search. Without a warrant, this search violates the Fourth Amendment. The arguments, evidence, and authorities in support of this motion are set forth in the accompanying memorandum in support.

Accordingly, Plaintiffs respectfully request that the Court enter summary judgment in their favor as to liability and enter a declaratory judgment. If the Court grants their motion, Plaintiffs respectfully request that the Court direct the parties to brief the appropriate scope of injunctive relief.

In the alternative, if the Court does not grant summary judgment, Plaintiffs request summary judgment on any issues as to which the Court determines there is no genuine dispute of

material fact, and an order stating any material facts that are not genuinely in dispute and treating those facts as established in the case, pursuant to Federal Rule of Civil Procedure 56(g).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 15, 2025 | /s/ Robert Frommer |
| Jessica Bigbie<br>  (TX Bar No. 24134429)* | Robert Frommer<br>  (VA Bar No. 70086)<br>Joshua Windham<br>  (NC Bar No. 51071)* |
| Institute for Justice<br>816 Congress Ave, Suite 970<br>Austin, TX 78701<br>Tel: (512) 480-5936<br>Fax: (512) 480-5937<br>jbigbie@ij.org | Michael B. Soyfer<br>  (NY Bar No. 5488580; DC Bar No. 230366)*<br>James T. Knight II<br>  (DC Bar No. 1671382)*<br>Tahmineh Dehbozorgi<br>  (DC Bar No. 90030252)* |
|  | Institute for Justice<br>901 N. Glebe Rd., Suite 900<br>Arlington, VA 22203<br>Tel: (703) 682-9320<br>Fax: (703) 682-9321<br>rfrommer@ij.org<br>jwindham@ij.org<br>msoyfer@ij.org<br>jknight@ij.org<br>tdehbozorgi@ij.org |
|  | *Attorneys for Plaintiffs* |
|  | *pro hac vice |