IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **LEE SCHMIDT and CRYSTAL ARRINGTON,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CITY OF NORFOLK and MARK TALBOT, in his official capacity as the Norfolk Chief of Police,**<br><br>**Defendants.** | Civil Action No. 2:24-cv-621 |

**DECLARATION OF LAUREN E. ROSS**
**IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Lauren E. Ross, hereby declare:

1. I am admitted to practice in Washington, D.C., and have been admitted *pro hac vice* in this case. I am an attorney at the law firm of Munger, Tolles & Olson LLP and counsel of record for Defendant the City of Norfolk in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. **Exhibit 1** is a true and correct copy of the Declaration of Captain Charles Thomas, executed on September 15, 2025.

3. **Exhibit 2** is a true and correct copy of excerpts of the deposition transcript of Captain Charles Thomas as the City of Norfolk's 30(b)(6) representative, conducted on July 22, 2025.

4. **Exhibit 3** is a true and correct copy of excerpts of the deposition transcript of Assistant Chief Michelle Naughton, conducted on July 25, 2025.

5. **Exhibit 4** is a true and correct copy of minutes of the January 24, 2023 Norfolk City Council Meeting, bearing Bates number NORF001607.  This Exhibit is authenticated in the Declaration of Richard A. Bull, filed contemporaneously herewith as Exhibit 27 to this Declaration.

6. **Exhibit 5** is a true and correct copy of minutes of the May 23, 2023 Norfolk City Council Meeting, bearing Bates number NORF001636.  This Exhibit is authenticated in the Declaration of Richard A. Bull, filed contemporaneously herewith as Exhibit 27 to this Declaration.

7. **Exhibit 6** is a true and correct copy of excerpts of the deposition of Josh Thomas, a 30(b)(6) designee of third party Flock Group, Inc., doing business as Flock Safety, conducted on July 29, 2025.

8. **Exhibit 7** is a true and correct copy of the Declaration of Davis Lukens, executed on September 15, 2025.

9. **Exhibit 8** is a true and correct copy of the Declaration of Josh Thomas, executed on September 15, 2025.

10. **Exhibit 9** is a true and correct copy of the expert report of Valentin Estevez, Ph.D, and accompanying appendices, dated August 8, 2025.

11. **Exhibit 10** is a true and correct copy of the deposition of Sergeant Jason Gauthier, conducted on July 16, 2025.

12. **Exhibit 11** is a true and correct copy of the deposition of Davis Lukens, a 30(b)(6) designee of third party Flock Group, Inc., doing business as Flock Safety, conducted on July 29, 2025.

13. **Exhibit 12** is a true and correct copy of the expert report of Kevin Horan, dated August 8, 2025.

14. **Exhibit 13** is a true and correct copy of excerpts of the deposition of Andrew Wheeler, Ph.D, conducted on September 4, 2025.

15. **Exhibit 14** is a true and correct copy of excerpts of the deposition of Plaintiff Lee Schmidt, conducted on August 26, 2025.

16. **Exhibit 15** is a true and correct copy of excerpts of the deposition of Plaintiff Crystal Arrington, conducted on August 27, 2025.

17. **Exhibit 16** is a true and correct copy of the Norfolk Police Department's Operational Special Order – 23-002: Flock Safety, dated July 13, 2023, bearing Bates number NORF018635.  Exhibit 16 was authenticated in the Deposition of Lieutenant Derrick Vernon at pages 102–104, attached hereto as Exhibit 26.

18. **Exhibit 17** is a true and correct copy of a statute codified as Virginia Acts of Assembly, Chapter 720, approved May 2, 2025, previously filed in this matter at ECF No. 60-1. It is available on the website of Virginia's Legislative Information System at https://lis.blob.core.windows.net/files/1079999.PDF.

19. **Exhibit 18** is a true and correct copy of the Norfolk Police Department's General Order OPR-493: Flock Safety ALPR System, dated June 30, 2025, bearing Bates number NORF021152.  Exhibit 18 was authenticated in the Deposition of Lieutenant Derrick Vernon at pages 107–108, attached hereto as Exhibit 26.

20. **Exhibit 19** is a true and correct copy of excerpts of the deposition of Chad Higdon-Topaz, Ph.D, conducted on September 3, 2025.

21. **Exhibit 20** is a true and correct copy of excerpts of the Court's hearing on Defendants' Motion to Compel, held August 6, 2025.

22. **Exhibit 21** is a true and correct copy of Plaintiff Lee Schmidt's Responses to Defendants' Requests for Admission, served on July 28, 2025.

23. **Exhibit 22** is a true and correct copy of Plaintiff Crystal Arrington's Responses to Defendants' Requests for Admission, served on July 28, 2025.

24. **Exhibit 23** is a true and correct copy of excerpts of the deposition of Kevin Horan, conducted on September 4, 2025.

25. **Exhibit 24** is a true and correct copy of Plaintiff Lee Schmidt's Responses to Defendants' First Set of Interrogatories, served on May 23, 2025.

26. **Exhibit 25** is a true and correct copy of Plaintiff Crystal Arrington's Responses to Defendants' First Set of Interrogatories, served on May 23, 2025.

27. **Exhibit 26** is a true and correct copy of excerpts of the deposition transcript of Lieutenant Derrick Vernon, conducted on July 18, 2025

28. **Exhibit 27** is a true and correct copy of the Declaration of Richard A. Bull, executed on September 12, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of September, 2025, at Washington, D.C..

*/s/ Lauren E. Ross*
Lauren E. Ross

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2025, I will electronically file the foregoing Declaration with the Clerk of Court using the CM/ECF system, which will send a copy of the foregoing to the following:

    Michael B. Soyfer, Esq. (NY Bar # 5488580; DC Bar # 230366)
    Robert Frommer, Esq. (VA Bar #70086)
    Joshua Windham, Esq. (NC Bar #51071)
    Tahmineh Dehbozorgi, Esq. (DC Bar #90030252)
    Jessica Bigbie, Esq. (TX Bar #24134429)
    INSTITUTE FOR JUSTICE
    901 N. Glebe Road, Suite 900
    Arlington, VA 22203-1854
    703-682-9320 phone
    703-682-9321 fax
    rfrommer@ij.org
    jwindham@ij.org
    msoyfer@ij.org
    tdehbozorgi@ij.org
    jbigbie@ij.org

    *Counsel for Plaintiffs*

    /s/
    Karla J. Soloria (VSB 82674)
    Assistant City Attorney
    karla.soloria@norfolk.gov
    City of Norfolk Department of Law
    810 Union Street, Suite 900
    Norfolk, VA 23510
    Telephone: (757) 664-4529
    Facsimile: (757) 664-4201

    *Counsel for Defendants*