# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**OR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **LEE SCHMIDT and CRYSTAL ARRINGTON,** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 2:24-cv-621** |
| **CITY OF NORFOLK and MARK TALBOT, in his official capacity as the Norfolk Chief of Police,** | |
| **Defendants.** | |

## DECLARATION OF CHARLES M. THOMAS

I, Charles M. Thomas, declare as follows in support of Defendants' Motion for Summary Judgment:

1.      I am a Captain in the Norfolk Police Department ("NPD"), currently assigned to the Department's Strategic Intelligence Division.  As the Captain of the Strategic Intelligence Division, I oversee NPD's use of license plate reader ("LPR") cameras.

2.      I previously served as the Lieutenant assigned to the Chief's Office in charge of Special Projects from fall of 2021 until summer of 2023.  During that time, I was personally involved in NPD's decision to purchase LPR cameras from Flock Safety ("Flock") and oversaw the placement of the Flock cameras in the City.

3.      I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

**NPD's Acquisition of Flock Cameras**

4.      In 2022, the City of Norfolk experienced an increase of vehicle-related crime in the City.  The number of stolen vehicles had skyrocketed by almost 70% in one year.  These stolen vehicles were often used to commit other crimes in Norfolk, including drive-by shootings.

1

Suspects were reported driving down Norfolk streets and shooting into communities. Residents were dying as a result. At the same time, NPD was experiencing a severe shortfall in resources that made it difficult to fulfill its important public safety functions. NPD was down to just over 500 sworn officers in 2022—around 200 fewer officers than NPD had five years prior.

5.      To address this pressing public safety issue, NPD started to explore acquiring LPR cameras in summer of 2022. After careful review, NPD determined that the Flock cameras would be a valuable tool to help quell violent crime and help NPD officers better perform other important public safety functions, such as responding to AMBER Alerts for missing children and Silver Alerts for missing, vulnerable adults (e.g., senior citizens with Alzheimer's disease).

6.      In February 2023, after consultation with the Norfolk City Council, NPD acquired 172 "Falcon" cameras from Flock. In 2024, after receiving a special grant that was approved by the City Council, NPD acquired four additional Falcon cameras. These 176 Falcon cameras are currently operational.

7.      NPD has never purchased or leased any other cameras from Flock.

8.      NPD does not have plans to acquire any additional Flock cameras.

9.      NPD acquired the basic software package from Flock that did not include add-on features such as "Convoy Analysis" or "Real Time Routing." NPD has no plans to acquire these, or any other, additional Flock features.

**NPD's Placement of Flock Cameras**

10.     NPD determined the placement of Flock cameras based on multiple years of historical data showing areas of the City with higher rates of reports of violent crime and higher rates of high-priority calls for service. NPD also considered the major points of ingress and egress to the City because vehicles associated with criminal activity or missing people often travel across jurisdictional lines. For example, vehicles stolen in neighboring jurisdictions are

often used to commit crimes in Norfolk (and vice versa), and individuals suspected of vehicle-related crimes, including human trafficking, often drive across city lines.

11.    NPD did not "blanket" Norfolk in Flock cameras.  NPD strategically deployed Flock cameras in select areas in the City.  Accordingly, the Flock cameras cover just a small fraction of the City of Norfolk.

12.    Because Flock cameras are designed to photograph the backs of vehicles that travel past the camera, NPD often placed multiple Flock cameras at the same intersection to photograph vehicles traveling into and out of a particular area.  For example, four cameras are required to photograph all directions of traffic at a single four-way intersection.  As a result, the number of Flock cameras does not reflect their geographic coverage.

13.    NPD's Flock cameras are usually located at busy intersections, commercial areas, and near freeway onramps and offramps.  They are rarely located in residential areas.  NPD's Flock cameras are pointed only at public streets.

14.    After NPD identified specific locations where Flock coverage would be useful, Flock helped NPD determine the number of cameras needed to cover those locations.  Flock also assisted with the technical aspects of placing the cameras, such as ensuring proper camera orientation.  Flock did not select the geographic locations where NPD's Flock cameras are placed.  Those determinations were made by NPD based on its own assessment of the City's public safety needs.

### NPD's Use of Flock Cameras

15.    Authorized NPD users can access data from the Flock System in two ways.

16.    First, an authorized user can query the Flock System to look up images from a particular Flock camera or of a specific vehicle (if the user has a license plate number or knows of certain specific vehicle characteristics).  For example, if a drive-by shooting occurred and

3

officers were provided with the suspect's license plate or a description of the car, NPD officers could query any Flock cameras in the area where the shooting took place at the date and time it occurred to try to assist with identification of the suspect vehicle. This feature played a key role in the homicide investigation into the shooting of Christopher Armbrister in September 2023, and its use was upheld by a Virginia appellate court in *Commonwealth v. Roberson*, 113 Va. Cir. 565 (2024).

17.     Second, an authorized NPD user can receive real-time alerts when a vehicle that is on a hotlist passes by a Flock camera. NPD receives hotlist alerts from the FBI's National Crime Information Center ("NCIC") database as well as the National Center for Missing & Exploited Children's ("NCMEC") AMBER Alerts. Authorized users also can create "custom hotlists" for other vehicles of interest. For example, after a nurse reported that her vehicle was stolen from a hospital parking lot, NPD created a "custom hotlist" for that car. NPD received an alert for the vehicle the next afternoon, and an NPD officer in the area pulled it over. The vehicle was recovered within 24 hours of being stolen.

18.     The Flock System does not allow for queries or alerts of people. The cameras photograph whether a vehicle passed a particular area of a public street at a particular date and time heading in a particular direction. They do not collect information on where a vehicle's trip began or ended, or what the individuals in the vehicle did during the periods in between when the car was photographed.

### NPD Policies Governing the Use of Flock

19.     NPD is committed to ensuring that the Flock System is used only for legitimate public safety purposes and in full compliance with the law.

20.     After acquiring Flock cameras, in July 2023, NPD promulgated "Operational Special Order – 23:002: Flock Safety" to "provide Norfolk Police Department personnel with

guidelines and principles for the use, response, collection, access, dissemination, retention, and purging of Flock Safety data to ensure that information is used for legitimate law enforcement purposes only." Among other things, the Special Order provided that "Flock Safety will automatically delete data after a 30 day period" and that the Flock System "is to be utilized by personnel for law enforcement purposes only." The Special Order is attached hereto as **Attachment A**.

21. On May 2, 2025, Governor Youngkin signed into law an Act amending the Code of Virginia, including by adding Section 2.2-5517 (the "LPR Law"). The LPR Law limits when LPR data can be accessed, how long it can be stored, and with whom it can be shared.

22. To implement the restrictions in the LPR Law, in June 2025, NPD promulgated "Operational General Order – 493: Flock Safety ALPR System" ("General Order"). The General Order replaced and superseded the Special Order. The General Order is attached hereto as **Attachment B**. The General Order includes a series of provisions governing access to and use of Flock data, including (among other things):

a.    ***Data Retention***: Flock System data must be automatically purged 21 days after the date of its capture unless it is "part of an ongoing investigation, prosecution, or civil action."

b.    ***Data Access***: The Flock System can be accessed only for the following "Permitted Purposes": (1) as part of a criminal investigation into an alleged violation of the Code of Virginia or any ordinance of any county, city, or town where there is reasonable suspicion that a crime was committed; (2) as part of an active investigation related to a missing or endangered person or a person associated with human trafficking; or (3) to receive notifications related to a

missing or endangered person, a person with an outstanding warrant, a person associated with human trafficking, a stolen vehicle, or a stolen license plate.

      c.     **_Queries_**: To query the Flock System for one of these Permitted Purposes, an NPD user must enter a case number or call-for-service number along with the offense type and basis for reasonable suspicion.

      d.     **_Hotlists_**: To create a custom hotlist alert, an NPD user must submit a Form PD-643 to a Detective Division supervisor for approval. The Form PD-643 must state the Permitted Purpose for the hotlist alert. If the Form PD-643 is approved, then the license plate is added to the hot list for a period of 21 days. At the end of that period, an NPD user may submit a new Form PD-643 requesting an extension for an additional 21 days. At the conclusion of the authorized period, the hotlist entry is automatically purged from the Flock System.

      e.     **_Auditing_**: NPD system administrators are required to conduct an audit of the use of the Flock System at least every 30 days to ensure compliance with the terms of the Virginia LPR Law and the General Order. Audits must include a review of the audit logs to ensure that queries are conducted for Permitted Purposes and that each user has input all required information and a review of custom hotlists to ensure that there is a corresponding PD 643 for each entry.

      f.     **_Restrictions on Data Sharing_**: NPD is permitted to share Flock data only (1) with other Virginia law enforcement agencies; (2) to comply with discovery obligations in a criminal proceeding; (3) in response to a court order or court-issued subpoena; (4) with a system vendor for maintenance or quality assurance purposes; or (5) to alert the public to an emergency situation, a missing or endangered person, a person associated with human trafficking, or a person with an outstanding warrant.

23.     As the Captain in NPD's Strategic Intelligence Division, I have been responsible for helping NPD implement the new General Order and ensuring compliance.  In carrying out those duties, I have confirmed that Flock automatically permanently deletes NPD's data after 21 days of capture.

24.     Sergeant Jason Gauthier, who reports to me, audits NPD's use of the Flock System twice per month.  As part of this regular auditing process, at my direction, Sergeant Gauthier reviews the audit logs to ensure that each user input all required information and performed the search for an Permissible Purpose and checks custom hotlists to ensure that there is a corresponding PD 643.

**Data Sharing**

25.     The Flock System allows law enforcement agencies to share data with one another when permitted by law.

26.     Pursuant to the Virginia LPR Law and the General Order, NPD now shares its Flock camera data only with law enforcement agencies within the Commonwealth of Virginia. Those data sharing arrangements allow NPD to access the data from Flock cameras operated by other Virginia law enforcement agencies, and allow other Virginia law enforcement agencies to access the data from Flock cameras operated by NPD.

27.     NPD does *not* share data from the Flock cameras that it operates with any private parties, law enforcement agencies outside of Virginia, or federal law enforcement agencies.

28.     All of the Virginia law enforcement agencies with which NPD shares its Flock data are also legally required to comply with the regulations set forth in the Virginia LPR Law.

29.     Data sharing arrangements with other Virginia law enforcement agencies help protect public safety because vehicles associated with crimes, human trafficking, or missing people often travel across jurisdictional lines.

**Flock Cameras Assist NPD in Protecting the Public**

30.     The Flock cameras have helped NPD officers solve and prevent crimes, recover stolen property, and locate missing people.

31.     Almost immediately after the Flock cameras became operational, in May 2023, NPD located three stolen vehicles during two days based on hits from the Flock cameras.  Since that time, NPD has recovered many stolen vehicles using Flock cameras and the number of automobile thefts in Norfolk has declined.  In Norfolk, 1,840 vehicles were reported stolen in 2022.  By 2024, the first full year the Flock cameras were in operation, that number had dropped by more than half to 903.

32.     Flock cameras also have been critical in solving a number of violent crimes in Norfolk, including multiple homicides where officers identified the perpetrator's vehicle using a hit from a Flock camera near the scene of the crime.  For example, Flock cameras played a pivotal role in solving the murder of Ali Karim Muhammad outside his residence on 1st Bay Street in June 2023.  A suspect on the scene reported that she saw the shooter get into a dark-colored Ford Mustang.  Querying the Flock System, NPD detectives identified a car matching that description driving northbound through the intersection of Shore Drive and East Little Creek Road before the shooting and southbound through the same intersection after the shooting.  This provided a key lead in eventually identifying the suspect, Jalen La-Shay Garces, but did not place Mr. Garces at the scene of the shooting because the Flock camera that photographed his Ford Mustang was two miles from Mr. Muhammad's apartment building.  NPD later obtained precise location data from Mr. Garces's cellphone and his vehicle's infotainment system, which showed that Mr. Garces was at the apartment building during the shooting.  Mr. Garces was convicted of second-degree murder in August 2025.

8

33.     Flock cameras also have been invaluable in helping NPD locate missing persons across jurisdictions.  For example, last September, the Portsmouth Police Department became aware of a missing woman.  They found a recent Flock photograph of a vehicle near the Norfolk airport that belonged to a person of interest in the woman's disappearance.  Portsmouth police contacted our police department and shared the vehicle's characteristics, which enabled an NPD officer to stop the suspect vehicle and detain the suspect.  Portsmouth police were able to locate the missing woman.

34.     Based on my training and experience, I know that reacting swiftly is critical to identify and apprehend suspects involved in incidents of violent crime or to recover missing persons or victims of human trafficking.  Flock cameras allow officers to receive real time alerts and query vehicle photographs immediately in order to move with speed during these sorts of critical incidents.

## The Real Time Crime Center

35.     As part of my role in the Strategic Intelligence Division, I oversee the function and operations of the City of Norfolk's Real Time Crime Center ("RTCC").

36.     The RTCC is a centralized location in downtown Norfolk where police can monitor footage from City-owned video cameras across the City.

37.     The purpose of the RTCC is to enhance public safety within the City through a central physical hub which supports officers responding to incidents throughout the City.  The RTCC helps officers react effectively and cautiously to crimes or calls for service in the City.  Through the use of various technologies, the RTCC provides real time information to officers responding to calls for service, so that officers have situational awareness.  The RTCC can also aid in evidence gathering after an incident has occurred.

38.    One source of information at the RTCC is alerts from the Flock cameras.  Such an alert would occur, for instance, if the license plate of a car that has been reported as stolen or is associated with an Amber Alert is photographed by a Flock camera.

39.    The RTCC also monitors information from sources other than Flock cameras, including, for example, City-owned surveillance cameras located in public buildings.

40.    The Flock System is not integrated with the other systems that are monitored at the RTCC.  The Flock platform does not incorporate information from other systems monitored at the RTCC, and the only Flock information that appears on the RTCC's "Fusus" platform are alerts that a vehicle on a hotlist has been detected by a Flock camera.  If an officer wants to query that vehicle, then the officer must log into the Flock System's specific web-based interface on a separate browser; the officer cannot query the vehicle on the RTCC's Fusus platform.

**Plaintiffs' Flock Data**

41.    Per their request, NPD has produced Flock data relating to the license plates that the plaintiffs in this case identified as being associated with them.

42.    Other than for the purpose of producing Flock data at the plaintiffs' request for this litigation, NPD has never queried any of the license plates that the plaintiffs identified.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 15th day of September 2025, at Norfolk, Virginia.

# ATTACHMENT A



| | Operational Special Order – 23-002: Flock Safety |
|---|---|
| THE CITY OF NORFOLK POLICE DEPARTMENT | Office of Preparation: Special Projects (cmt) |
| **CALEA:** | |
| APPROVED BY THE AUTHORITY OF THE CHIEF OF POLICE: | Date: 07-13-23 |

Purpose:

To provide Norfolk Police Department personnel with guidelines and principles for the use, response, collection, access, dissemination, retention and purging of Flock Safety data to ensure that information is used for legitimate law enforcement purposes only.

Policy:

It is the policy of the Norfolk Police Department to enhance law enforcement capabilities by utilizing the latest technologies for crime prevention and apprehension of criminals. Flock Safety utilizes motion activated License Plate Readers (LPRs) to scan, detect and identify license plate numbers and vehicle characteristics. Officers will receive the appropriate training prior to being authorized to use these devices for law enforcement purposes. Flock Safety and the LPRs associated with the system will be used and maintained in accordance with manufacturer recommendations and this policy.

Order Contents:

I.     Responsibilities
II.    Procedures
III.   Training
IV.    Maintenance

I.    Responsibilities

    A.    Authority to approve use of Flock Safety LPR devices shall be vested in the Chief of Police or their designee.

    B.    Until the establishment of the Real Time Crime Center (RTCC) the Special Projects lieutenant will act as the point of contact and liaison with Flock Safety. The Special Projects lieutenant will be responsible for overseeing the development and administration of the training process for assuring proficiency of operators. This will include but is not limited to:

        1.    Ensuring the Standard Operating Procedures, Operational General Order and any necessary forms are developed based of the manufacture's recommendations, VCIN/NCIC regulations and appropriate legal mandates.

        2.    Maintaining training records:

            a.    Ensuring that proficiency training is received by each user

            b.    Training is documented and forwarded to the Training Division when conducted.

            c.    The Training Division will maintain all training records.

        3.    Reviewing and revising all applicable training criteria on an as needed basis.

    C.    Supervisors will ensure that personnel who operate the Flock Safety platform will follow the established guidelines and procedures.

    D.    Norfolk Police Department Flock Safety system administrators will be responsible for adding personnel to the system as well as accepting/approving data sharing requests with other jurisdictions.

II.    Procedures

    A.    Use of Flock Safety will fall under the purview of the Special Projects lieutenant until the establishment of the RTCC, or their designee and will be based on the operational needs of the department.

    B.    **Patrol officers are required to sign into Flock Safety and utilize the technology throughout their entire shift.**

    C.    Flock Safety is to be utilized by personnel for law enforcement purposes only.

    D.    All users must receive standardized training prior to operating Flock Safety.

    E.    Personnel will ensure that they are logged into Flock Safety under the username assigned to them.

    F.    Personnel will only utilize city issued equipment to access Flock Safety.

    G.    Flock Safety will automatically delete data after a 30 day period.

    H.    Personnel who are assigned to the Investigative Services Bureau will have rights to search as well as input information into the system. Prior to entering information into the Flock custom hotlist, the investigator will obtain approval from a Detective

NORF018636

Division supervisor by submitting a Request to Enter a Flock Custom Hotlist Form (PD643). Signed forms will be forwarded to the Lieutenant of Special Projects lieutenant. **Entering a vehicle into the custom hotlist will require a documented criminal predicate**. Examples of possible scenarios when the manual entry of a license plate is warranted include, but are not limited to:

1. Be On Look Out (BOLO)

2. Stolen Vehicle

3. Attempt to Locate

4. AMBER/SILVER Alert

5. Child Abduction

6. Wanted Person

7. Missing Person

I. Personnel who enter information into the Flock Safety custom hotlists are responsible for setting the expiration date to within 30 days. If after 30 days it is still necessary to maintain the information into Flock, a new Request to Enter a Flock Custom Hotlist form (PD643) will be completed and will not exceed an additional 30 days. The extension will automatically be purged at the conclusion of the 30 days.

J. Personnel are prohibited from releasing any specific information obtained by Flock Safety to any non-law enforcement entity.

K. **An alert or information received through Flock Safety shall not be used as the sole reason for a traffic stop or enforcement contact until all provisions contained in this section have been satisfied.** When an alert is received through Flock Safety, sworn personnel shall take the following actions:

1. Visually verify that the scanned license plate matches the alert information received.

2. Verify the information received through VCIN/NCIC. When verifying the alert, the receiving personnel will notify the EOC via radio that the verification request is the result of a Flock Safety alert. This serves two purposes:

   a. Allows for thorough alert verification check through the EOC; and

   b. Initiates a Computer Aided Dispatch (CAD) documentation process and notifies the EOC of the potential request for assistance by other nearby units.

3. After verifying the alert through the EOC and visually verifying that the information received matches the vehicle in question, the sworn member will take the appropriate police action after considering all the variables and while adhering to current departmental policies and procedures.

NORF018637

III.    Training

    A. Prior to using Flock Safety for law enforcement purposes, personnel will complete the Flock Safety orientation course offered by Flock Safety disseminated through Power DMS.

    B. Training will be based on the manufacturer's recommendations and suggestions from Special Projects lieutenant until the creation of the RTCC.

    C. Training will include:

        1. Completion of the Flock Safety orientation video

        2. Setup and maintenance procedures

        3. Proper use guidelines

        4. Legal issues involved with use of Flock Safety

        5. Information entry and deletion

        6. Other training deemed necessary and established by the Chief of Police or their designee

        7. The Training Division will approve all recommended training and maintain all training records.

IV.    Maintenance

    A. The Special Projects lieutenant will be responsible for overseeing the installation, implementation, and maintenance of Flock Safety equipment until the establishment of the RTCC.

    B. Flock Safety equipment will not be manipulated by anyone except a technician authorized by Flock Safety. The Special Projects lieutenant, until the establishment of the RTCC, will be responsible for the notification and coordination with Flock Safety when Flock Safety equipment requires attention.

    C. Any damage, manipulation, or hindering of Flock Safety equipment observed by an officer shall be immediately reported to a supervisor who will notify Special Projects lieutenant until the creation of the RTCC.

    D. Flock Safety maintains the operability of each camera and is responsible for repairing damaged or malfunctioning cameras. Flock Safety maintains all records of repairs and maintenance.

NORF018638

Definitions

Hot Lists:  A list of stolen plates and vehicles entered into the National Crime Information Center (NCIC) database and the Virginia Crime Information Network (VCIN) database.

Custom Hotlist: Any information that is entered manually into a hotlist by the operating member.

License Plate Reader (LPR):  A specialized system consisting of equipment designed to read, store and check license plates.  The LPR is commonly mounted to a patrol vehicle and connected to a computer within the vehicle; however, there are other device configurations available (Hand-held, Stationary/Fixed).

Related Documents:

1.  OPR-710: Operation of Police Vehicles

2.  OPR-492: LPR System

Related Forms:

1.  PD Form 643: Flock Custom Hotlist Entry Request

NORF018639

# ATTACHMENT B



## MEMORANDUM

TO:      All Commands

FROM:      Chief of Police

COPIES TO:

SUBJECT:      Memo 25-097: General Order OPR-493: Flock Safety ALPR System

DATE:      June 30, 2025

Operational General Order 493: Flock Safety ALPR System has now been issued superseding Special Order 23-002: Flock Safety. Personnel will acquaint themselves with the new order (attached). The current issue of the order is located at R:Reference\Orders & Memos\General Orders.

All personnel will log into PowerDMS and electronically sign, acknowledging receipt and understanding of the general order.

Commanding officers are to ensure compliance.

This memo self-cancels when superseded by notification.

Mark Talbot
Chief of Police

MET/ps/ats

(Attachment)

**The information contained is restricted for official Departmental use only. Any further disclosure outside of the Norfolk Police Department is strictly prohibited.**

| ![City of Norfolk seal] THE CITY OF **NORFOLK** POLICE DEPARTMENT | **Operational General Order - 493: Flock Safety ALPR System** |
|---|---|
| | Office of Preparation: Personnel and Accreditation Division |
| | **CALEA:** none |

| LEGAL REVIEW DATE: | 6/30/2025 \| 12:22 PM PDT | PRESCRIBED DATE: | 6/30/2025 \| 9:41 AM PDT |
|---|---|---|---|
| Signed by: | | | DocuSigned by: |
| City Attorney: | *Karla Soloria* | City Manager/Director of Public Safety: | *Pat C Ross*  ——E88E1B3EDF5842D... |
| APPROVED BY THE AUTHORITY OF THE CHIEF OF POLICE: —2939D1E844DB432 | | *Mark Talbot*  ——34D2533294444E8... | |

Purpose:

The purpose of this general order is to provide Norfolk Police Department personnel with requirements, guidelines, and principles for the use, response, collection, access, dissemination, retention and purging of Flock Safety data to ensure that information is used for legitimate law enforcement purposes only and in accordance with applicable law.

Policy:

It is the policy of the Norfolk Police Department to further support law enforcement capabilities by utilizing the latest technologies for crime prevention and apprehension of criminal suspects. Flock Safety utilizes Automatic License Plate Readers (ALPRs) to scan, detect and identify license plate numbers and vehicle characteristics. Officers will receive the appropriate training before being authorized to use these devices for law enforcement purposes. The Flock Safety ALPR system and the ALPR cameras associated with the system will be used and maintained by manufacturer recommendations and this policy.

Order Contents:
- I.    Definitions
- II.   Responsibilities
- III.  Permitted Uses and System Access
- IV.   Procedures
- V.    Training
- VI.   Restrictions on the Sale and Sharing of Data
- VII.  Security Procedures
- VIII. Record Keeping and Reporting
- IX.   Maintenance
- X.    Violations

Related Documents:
- 1.    OPR-492: LPR Systems
- 2.    OPR-710: Operation of Police Vehicles
- 3.    ADM-510: In Car Video System
- 4.    PD 643 - Request to Enter a Flock Custom Hotlist

Supersedes:
- 1.    S.O. 23-002: Flock Safety, dated July 25, 2023

I.    Definitions

    A.    Audit trail: all records of queries and responses in the Flock Safety ALPR system, and all records of actions in which system data is accessed, entered, updated, shared, or disseminated, including the following:

        1.    Date and time of access.

        2.    License plate number or other data elements used to query the system.

        3.    Specific purpose for accessing or querying the system, including the offense type for any criminal investigation.

        4.    Associated call for service or case number.

        5.    Username of the person or persons who accessed or queried the system.

    B.    Audit trail data: all forms of data collected or generated by the Flock Safety ALPR system for purposes of producing an audit trail.

    C.    Automatic License Plate Recognition (ALPR) System: a system of one or more high-speed cameras used in combination with computer algorithms to convert images of license plates, vehicles, or a combination of both into computer-readable data.

    D.    Custom hotlist: a hotlist manually created by NPD personnel.

    E.    Flock Safety: an ALPR system vendor that contracts with NPD.

    F.    Hotlist: A list of license plates and vehicles entered into the National Crime Information Center (NCIC) database, the Virginia Crime Information Network (VCIN) database, and any other database utilized by the Flock Safety ALPR system for comparison purposes.

    G.    Notification: an alert from the Flock Safety ALPR system that a license plate or vehicle matches a license plate or vehicle in a database utilized by the Flock ALPR system for comparison purposes.

    H.    Query: a search of the Flock Safety ALPR system data based on information entered by NPD personnel, including a full or partial license plate number, any identifying characteristics of a vehicle, the date, time, or location of an image, or any other data that is searchable within the Flock Safety ALPR system.

    I.    System data: all forms of data collected or generated by the Flock Safety ALPR system including images of license plates, vehicles, any identifying characteristics of vehicles, the date, time, and location of an image, and any peripheral images collected from which analytical data may be extracted.

NORF021154

II.    Responsibilities

    A.    Authority to approve the use of the Flock Safety ALPR system will be vested in the Chief of Police or their designee.

    B.    Supervisors in the Real Time Crime Center (RTCC) will act as the point of contact and liaison with Flock Safety. Their responsibilities include, but are not limited to the following:

        1.    Ensuring that the Flock Safety ALPR system has been approved by the state Division of Purchases and Supply of the Department of General Services.

        2.    Overseeing the installation, implementation, and maintenance of Flock Safety ALPR system equipment.

        3.    Ensuring the Standard Operating Procedures (SOP), Operational General Order, and any necessary forms are developed based on the manufacture's recommendations, VCIN/NCIC regulations and appropriate legal mandates.

        4.    Overseeing the development and timely administration of training for ensuring proficiency of Flock Safety ALPR users. This will include but is not limited to the following:

            a.    Ensuring that proficiency training is received by each user.

            b.    Documenting and forwarding training records to the Training Division.

            c.    Reviewing and revising all applicable training criteria on an as needed basis.

        5.    Completing monthly audits of active custom hotlists to ensure that there is a corresponding PD 643 for each entry.

        6.    Collecting and maintaining records to facilitate and satisfy the public reporting and audit trail requirements of the Flock Safety ALPR System usage and related actions. These reports must be submitted annually beginning April 1, 2027.

        7.    Reviewing the policies and procedures in this General Order and making recommendations for any amendments.

        8.    Designating Flock Safety ALPR system administrators.

    C.    The Training Division will approve all recommended training and maintain all training records.

    D.    NPD Supervisors will ensure that personnel under their direct command who use the Flock Safety ALPR System will follow the established guidelines and procedures.

NORF021155

E.    NPD Flock Safety ALPR system administrators will be responsible for adding personnel as system users, reviewing data sharing requests with other jurisdictions for acceptance or approval, and conducing an audit of the Flock Safety ALPR system every thirty (30) days.

III.    Permitted Uses and System Access

A.    Permitted Purposes

1.    The Flock Safety ALPR system, including downloads, queries, and hotlists, may be used only in the following circumstances per Virginia law:

a.    As part of a criminal investigation into an alleged violation of the Code of Virginia or any ordinance of any county, city, or town where there is reasonable suspicion that a crime was committed.

b.    As part of an active investigation related to a missing or endangered person or a person associated with human trafficking.

c.    To receive notifications related to a missing or endangered person, a person with an outstanding warrant, a person associated with human trafficking, a stolen vehicle, or a stolen license plate.

2.    The Flock Safety ALPR system may be used for official and legitimate use only in connection with the law enforcement purposes set forth in this General Order and applicable law.

3.    The Flock Safety ALPR system will not be used to interfere with individuals engaging in lawful activities or tracking individuals on the basis of the content of lawfully protected speech.

B.    NPD Flock Safety ALPR system cameras will be positioned to capture only vehicles that are exposed to public view (e.g., vehicles on a public roadway or a place that is publicly accessible, such as public parking lots).

C.    System Access

1.    Officers are required to sign into the Flock Safety ALPR system at the beginning of each shift, such that the technology is available for use throughout their shift based on operational needs. The Flock Safety ALPR system can be minimized or otherwise remain in the background.

2.    NPD personnel will ensure that they are logged into the Flock Safety ALPR system under the username assigned to them.

3.    NPD personnel will not share their ALPR system credentials with others.

4.      NPD personnel will only utilize city issued equipment to access the ALPR system.

5.      NPD personnel will not allow any unauthorized individual to access the ALPR system.

D.      Queries

1.      Queries may be used only in connection with a permitted purpose listed under section III(A). A query made in connection with a crime also requires reasonable suspicion.

2.      The user must enter the following information in the corresponding data fields of the Flock Safety ALPR system to initiate a query:

     a.      Parameters (e.g., license plate, vehicle characteristics, time, and/or location).

     b.      Case number or call for service number.

     c.      Offense type and reasonable suspicion. Examples:

         (1)      Retail theft – vehicle observed fleeing the scene

         (2)      Stolen vehicle – victim reported vehicle stolen

         (3)      Missing or endangered person – reported by family

3.      Through the Flock Safety ALPR system, audit logs will record the user who made the query, the parameters of the query, the date and time of the query, the offense type, and a concise basis for reasonable suspicion.

E.      Custom Hotlists

1.      A license plate or vehicle added to a custom hotlist must be in connection with a permitted purpose listed under section III(A). A license plate or vehicle added in connection with a crime requires reasonable suspicion.

2.      Prior to creating a custom hotlist, the investigator must obtain approval from a Detective Division supervisor by submitting a PD 643. Signed PD 643 forms will be forwarded to the Sergeant assigned to the RTCC.

3.      The offense type and supporting reasonable suspicion must be described in the "Justification for Entry" section on PD 643.

4.      Examples where the manual entry of a license plate into a custom hotlist is permitted include, but are not limited to the following:

NORF021157

a.   Be On Look Out (BOLO) for a vehicle as part of a criminal investigation supported by reasonable suspicion

b.   Stolen vehicle or license plate

c.   AMBER/SILVER alert

d.   Child abduction

e.   Wanted person with an outstanding warrant

f.   Missing or endangered person

5.   NPD personnel who create a custom hotlist are responsible for setting the expiration date of the custom hotlist to no longer than 21 days from creation. If after 21 days, it remains necessary to extend the expiration date of the custom hotlist, personnel must complete a new PD 643. The extension will not exceed an additional 21 days. At the conclusion of the extension, the custom hotlist will automatically be purged from the Flock Safety ALPR System.

IV.   Procedures

A.   Traffic Stops and Other Field Protocols

1.   A traffic stop based on a notification from the Flock Safety ALPR system must be based on one of the permitted purposes listed in Section III(A).

2.   **A notification from the Flock Safety ALPR System cannot be used as the sole reason for a traffic stop.  Upon receipt of a notification personnel must take the following actions before commencing a traffic stop**:

a.   Develop independent reasonable suspicion; or personnel must ensure that the notification was accurate by visually confirming that the vehicle's license plate numbers, letters, and issuing state and any other identifying characteristics match the information in the Flock Safety ALPR system.

b.   For notifications based on VCIN/NCIC, personnel must also verify that the information received through VCIN/NCIC is accurate and current. The personnel will conduct the verification request by contacting the Emergency 911 Division (E911D) telecommunicator via radio. This process serves two purposes:

(1)   Allows for a thorough notification verification check through the E911D; and

NORF021158

       (2)    Initiates a Computer Aided Dispatch (CAD) documentation process and notifies the E911D of the potential request for assistance by other nearby units.

    c.    After visually verifying that the information received matches the vehicle in question and verifying the notification through E911D, NPD personnel will take appropriate action after considering all variables and adhering to current NPD policies and procedures.

3.    The following information must be recorded in On Call Records about each traffic stop made as a result of a notification:

    a.    Any stop made as a result of a notification and the reason for the notification in keeping with Section III(A).

    b.    The race, ethnicity, age, and gender of the driver of the vehicle stopped based on the notification.

B.    Data Downloads

1.    Personnel will not download system data unless such data is related to at least one of the purposes described in Section III(A).

2.    If personnel download system data as part of an investigation, it will be stored in accordance with applicable evidentiary records law and policy.

3.    Personnel may download audit trail data for purposes of generating audit reports.

C.    Internal Audits

1.    All Flock Safety ALPR records documenting the use of an ALPR, or access to or use of ALPR data, will be subject to review and audit by the Flock Safety ALPR system administrators. The purposes of these audits include to ensure compliance with the terms of this General Order and Virginia law.

2.    The Flock Safety ALPR system administrators must conduct an audit of the ALPR system at least every thirty (30) days.

3.    Audits will include a review of audit logs to ensure that queries are conducted for permitted purposes and that each user has input all required information.

4.    The RTCC will complete monthly audits of custom hotlists to ensure that there is a corresponding PD 643 for each entry.

NORF021159

D.    Data Retention and Destruction

1.    The Flock Safety ALPR system will purge system data after twenty-one (21) days measured from the date of its capture.

2.    The Flock Safety ALPR system will purge audit trail data after two (2) years measured from the date of its capture.

3.    If the system data or the audit trail data is part of an ongoing investigation, prosecution, or civil action, such data will be retained by the law-enforcement agency until the following occurs.

   a.    The investigation concludes without any criminal charges, or

   b.    The final disposition of any criminal or civil matter related to the data.

4.    System data and audit trail data are not subject to disclosure under the Virginia Freedom of Information Act (FOIA).

V.    Training

A.    All NPD personnel must complete standardized training prior to gaining access and using the Flock Safety ALPR system. NPD personnel who have access to the Flock Safety ALPR system as of the date of the implementation of this order and who have not yet completed standardized training will be required to complete that training within sixty (60) days of the issuance of this order to maintain their access to the Flock Safety ALPR system.

B.    Standardized training will include the following:

1.    Completion of a video orientation course provided by Flock Safety relating to the proper operation and use of the Flock Safety ALPR system.

2.    An ALPR system certification course offered by Flock Safety.

3.    Training on the following topics administered and tracked through PowerDMS:

   a.    Review of the Viginia ALPR law and this General Order.

   b.    Setup and maintenance procedures.

   c.    Proper use guidelines.

   d.    Recordkeeping and audit trail requirements.

   e.    Query and hotlist functions and other forms of information entry and deletion.

NORF021160

f.   Training on any other subject deemed necessary and established by the Chief of Police or their designee.

C.   A user's completion of training will be recorded and stored by the RTCC and submitted to the Training Division.

D.   Additional training may be required based on manufacturer recommendations, recommendations by the RTCC, and as needed in response to changes in the Flock Safety system, policy, or law.

VI.  Restrictions on Sharing System Data

A.   System data may be shared only in the following circumstances:

1.   With other Virginia law enforcement agencies for the purposes described above in section III(A).

2.   With a Commonwealth Attorney for the purposes described above in section III(A) or to comply with discovery obligations or a court order in a criminal proceeding.

3.   With a defendant or his counsel for purposes of complying with discovery or a court order in a criminal proceeding.

4.   Pursuant to a court order or a court-issued subpoena duces tecum in any criminal or civil proceeding.

5.   With an ALPR system vendor for maintenance or quality assurance purposes.

6.   To alert the public to an emergency situation, a missing or endangered person, a person associated with human trafficking, or a person with an outstanding warrant.

B.   Neither system data nor audit trail data will be sold.

VII. System Data Security

A.   System data will be encrypted in transit and at rest.

B.   All data collection points will be equipped with secure communication protocols to protect data in transit from interception and tampering.

C.   Access to system data will be restricted to authorized personnel.

D.   All data will be encrypted using industry-standard algorithms before being transmitted to servers.

E.   Flock Safety will be certified by the FBI's Criminal Justice Information Services (CJIS) and compliant with NDAA, SOC2 (Type II), SOC3, ISO 27001, Higher

NORF021161

Education Community Vendor Assessment Tool (HECVAT), HIPAA, and FERPA.

F.    Criminal Justice Information Services (CJIS) data must be securely stored.

VIII.    Recordkeeping and Reporting

A.    RTCC is responsible for ensuring collection of all data needed to satisfy reporting requirements and compiling the annual report to the Virginia State Police required by Virginia law.

B.    The following information must be recorded and reported annually:

1.    Total number of cameras that are part of the ALPR systems used by the NPD, broken down by the following categories:

a.    Vehicle cameras

b.    Permanent cameras adjacent to a highway

c.    Temporary cameras adjacent to a highway

2.    The list of state and federal databases used (e.g. NCIC).

3.    The total times the ALPR system was queried including purposes and offense types.

4.    The race, ethnicity, age, and gender of any individual identified as suspect and charged as a result of a query.

5.    The number of vehicles stopped based on a notification.

6.    The race, ethnicity, age, and gender of the drivers of vehicles stopped based on a notification.

7.    Whether data is shared with other agencies and, if so, which agencies.

8.    The number of instances of unauthorized use and the nature and circumstances of the unauthorized use.

9.    The number of subpoenas, search warrants, and other third party requests for ALPR system data or audit trail data, the identities of the requestors, and whether data was provided unless this disclosure is prohibited by law.

C.    NPD will publicly post this General Order and the annual reports compiled pursuant to this General Order.

IX.    Maintenance

A.    The RTCC will be responsible for overseeing the installation, implementation, and maintenance of Flock Safety ALPR equipment.

NORF021162

B.   Flock Safety equipment will not be manipulated by anyone except a technician authorized by Flock Safety. The RTCC supervisors will be responsible for the notification and coordination with Flock Safety when Flock Safety equipment requires attention.

C.   Any damage, manipulation, or hindering of Flock Safety equipment observed by an officer will be immediately reported to a supervisor who will notify the RTCC.

D.   Flock Safety will maintain the operability of each camera and is responsible for repairing damaged or malfunctioning cameras. Flock Safety maintains all records of repairs and maintenance.

X.   Violations

A.   If any NPD personnel fail to comply with or adequately enforce the terms of this General Order, their authority to access or use the Flock Safety ALPR system may be temporarily suspended or permanently revoked. Supervisors in the RTCC may take such other action necessary to ensure compliance, including referring such personnel for disciplinary measures permitted under NPD policy.

NORF021163