# EXHIBIT 4

**NORFOLK, VIRGINIA**

**MEETING OF COUNCIL**

**TUESDAY, JANUARY 24, 2023**

Mayor Kenneth Cooper Alexander, called the meeting to order at 3:30 p.m., with the following members present: Mrs. Courtney R. Doyle, Mrs. Mamie B. Johnson, Mrs. Andria P. McClellan, Mr. John E. Paige, Ms. Danica J. Royster, Mr. Tommy R. Smigiel Jr., and Vice Mayor Martin A. Thomas Jr.

### AGENDA

### Announcements

Dr. Filer announced that Mr. Robert "Bobby" Tajan will be rejoining the City of Norfolk staff. He most recently was the Planning Director with the City of Virginia Beach after previously working in Norfolk's Planning Department for 13 years. He will serve as a Chief Project Manager in the City Manager's office. Norfolk has several very large development projects ready to get underway and Mr. Tajan will work on getting those projects on time and moving through the planning process, architectural review process, and permitting process. In addition, as we continue to review some of our internal policies and procedures in planning, Mr. Tajan will help us to try and streamline that process.

### Norfolk Police Department 2022 Review
*Presenters: Mr. Michael Goldsmith, Interim Chief of Police*

Chief Goldsmith gave a summary of what has happened in the Norfolk Police Department (NPD) over the past year. He presented and reviewed a series of graphs and commented as follows on statistics and trends:

Total crime in 2022: Total crime has increased 36% which is basically driven by property crime numbers.

Violent crime overall was reduced by 6%; however, this is not a victory because there is still too much of it going on in the city.

Property crime is driven mainly by an increase in burglaries, larcenies, and stolen automobiles.

Stolen vehicles are a particular problem right now in the city. Hyundai and Kia make up almost 30% of automobiles being stolen in the city. We have not seen an increase like this in many years and it is the same methodology that was used back then. Groups learned how to attach a device to the steering column of an automobile and use it to turn the car on. As a result, those thefts that were happening countrywide, the manufacturers started designing the cars with anti-theft devices in them to make them more difficult to steal. Soon after, there was a tremendous decrease in stolen automobiles. Suspects are not only

- 1 -

learning from one another, but they can also learn how on the internet. NPD is working with their crime intervention units on educating the public on how to prevent these types of thefts.

These stolen vehicles are used for joyriding and/or used to commit other crimes. NPD is working on a policy change to be able to pursue stolen cars. They are currently working with Virginia Beach and are in the process of training officers how to safely pursue on their Emergency Vehicle Operator Class (EVOC) course. There is also training through our PowerDMS system that talks about the importance of engaging in pursuits safely and supervisors and field commanders monitoring pursuits to make sure they do not become unsafe.

Larceny from automobiles. Some of this is opportunity for crime such as people leaving belongings in their cars or leaving their car unlocked. NPD is trying to educate citizens on how to reduce opportunities for crime. Chief Goldsmith added that some of the structural things they are doing in city garages will help tremendously in reducing these larcenies.

**Total Crime Trend Line 2022**

Trend lines over the last 12 months. For total violent crime we peaked in August, but in the last six months we started to move down a little bit. The trend is holding, and we are hopeful with the measures in place we can continue this trend into the front part of 2023. Total property crime also saw a decrease over the last six months. Policing strategies and partnering with communities has assisted with these decreases.

Councilwoman McClellan asked if this data is available on our CivicLab. Chief Goldsmith stated in our work with the Center for Policing Equity (CPE), they are trying to update the data and make sure it is in a forward-facing portal. All the data may not be there at this time, but some of it is there. As we get further along with CPE, we will have more of this information available for residents. They can get to the data from the city's web page by going to the open data portal and then to police department data.

Councilwoman Johnson stated it is important to inform and encourage our citizens how they can help. Chief Goldsmith stressed this really is about partnerships and there is no police department that can do this work alone. They ask citizens to contact their community resource officer and the commanding officers of patrol divisions. The commanders know who is working in a particular area and where the resources are.

Councilwoman Royster asked if data is available on how many firearms were reported stolen from vehicles in 2022. Chief Goldsmith stated it is a fair amount, and he will provide the data to Council. He stated it is important to note that some stolen weapons are used in other crimes and sometimes end up hurting somebody. Councilwoman Royster suggested engaging with the public and providing safety locks as we continue the messaging about firearm storage and safety.

Councilman Smigiel cited a recent news article about the increase in homicides in Hampton Roads. Norfolk's homicides did not increase, but it is still a high number which is not good. The article mentioned only 44% of those in Norfolk had been solved. The General Assembly has changed some laws that affect what police officers can and cannot do in holding people accountable. He suggested the City Manager and staff investigate why the solve rate was so low and if it was due to prosecution issues such as cases being dropped or pled down, etc. Chief Goldsmith again stressed the importance of a community partnership and citizens informing police about what is going on in their neighborhoods. Dr. Filer stated he will be meeting with the Commonwealth's Attorney soon to discuss having more open communication during the investigative process.

Councilwoman McClellan noted that The General Assembly passed legislation on reporting stolen firearms. She stated we need to educate the public about this requirement and its enforcement if a stolen weapon was not reported and then used in a crime. She asked if the department is keeping this data and are they seeing a rise in the number of stolen firearms reported. Chief Goldsmith stated the law just went into effect, but he will get those numbers to Council. He added there is a strong secondary market for the resale of firearms and after the first point of sale recordkeeping becomes somewhat difficult to trace if a weapon used in a crime was sold, stolen, etc.

Councilman Paige noted that robberies have increased and traditionally they are looked upon as future possible homicides. With the department being shorthanded, he asked what is being done to look at this problem from a different perspective. Chief Goldsmith stated that the robbery and homicide divisions work very closely with one another and are constantly exchanging information so they can track what is going on and what the next steps are to try to interdict this.

Councilman Paige asked once these firearms are recovered and traced to ownership, are they then traced to the point of origin such as a particular gun store in Norfolk. Chief Goldsmith stated they are working with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) to trace the firearms to figure out whether there is any straw purchasing going on and if prosecution is warranted.

Councilman Paige asked about the overall morale of the Norfolk Police Department. Chief Goldsmith stated morale has started to increase due to recent Council actions and what they have done internally in the department, but he emphasized there is still some negative narrative publicly and that is part of the reason they struggle with recruiting. There have been recent leadership trainings and there is a Request for Proposal (RFP) out to get more leadership training. The department is also in the process of constructing a RFP for organizational design training that will allow them to look at constructing a police department, looking at scheduling, and how to create a positive and inviting workforce environment.

**Recruiting**

<u>What are we doing to bolster our recruiting efforts?</u>
- Streamlined hiring process
- Targeted marketing (Epic Recruiting) – NY, PA, WA
- Lateral Program
- Updated NPDJOBS.COM website
- Referral Bonus
- Sign-on Bonus

<u>What additional initiatives are we planning on implementing in 2023 to bolster these efforts?</u>
- Static and digital advertising and marketing during ODU sporting events
- ADAMS Billboard strategically placed outside Hampton Roads area
- Hampton University Magazine – disseminated to all HBCUs
- Continue with social media
- Digital advertising in numerous businesses in Hampton Roads
- Targeting military installations/programs

<u>What challenges are we facing with recruiting candidates?</u>
- Nationwide shortage means more agencies are competing for the same applicants
- Locally, having a shorter application process is critical to landing qualified applicants, who regularly apply with multiple local agencies

**Hiring 2022**

<u>In 2022 the Norfolk Police Department commenced a total of three police academies that included police recruits and deputy laterals.</u>
- Recruit Class 110 began on January 18, 2022, with a total of 17 police recruits with a total of 11 graduating.
- Recruit Class 111 began June 21, 2022, with a total of 26 police recruits and deputy laterals with a total of 17 graduating.
- Recruit Class 112 began on November 7, 2022, with a total of 25 police recruits and deputy laterals. The academy graduation date is scheduled for May 4, 2023, and 19 police recruits remain.
- Additionally, a total of 3 Virginia certified law enforcement officers were selected for hire.

  Chief Goldsmith stated there have been 53 hires over the last 18 months. He noted that at the last retreat he told Council that 55 hires are needed per 12-month period to be able to improve. We are two short and a little bit further in our timeline. They are still working on approaches to increase the number of police officers in the city. For the next budget cycle, they will ask Council to fund a new program devoted strictly to recruiting and retention. The idea behind that is to allow NPD to better measure and better resource what is happening in those two areas. Much of what they are seeing of where they are failing to

meet demand, is based on staffing. Dr. Filer stated they are also looking at the sworn/un-sworn ratios. Some police work can be done by a civilian analyst, crime analyst, or other type of degree. In all the models they are looked at and the reality of what the job market looks like, the City of Norfolk will probably never see 775 sworn police officers again. It does not mean that we cannot have 700 good police officers, but there has been a structural change to policing and we need to think about how we adjust that sworn/non-sworn ratio.

Councilman Smigiel stated that there has been negative rhetoric in the community about defunding the police when shifting some of these positions, which is untrue. Council has increased the police budget towards technology and salaries to try to retain officers. Mayor Alexander echoed Councilman Smigiel adding that Norfolk has never used language suggesting that there be any defunding of public safety and first responders.

**Center for Policing Equity/COMPSTAT 4 JUSTICE (CPE/C4J)**
- The CPE/NPD partnership will enter its third year on March 5, 2023.
- CPE has completed the needs assessment with analytical findings and recommendations. The next step involves convening an onsite action team of stakeholders and creation of a strategic plan. Credible messengers within the NPD have been implemented to increase flow of information and feedback with departmental members.
- The analysis consists of a review of policing practices, community and police data, local history, current events, data from surveys and focus experiences. Public release will occur at the end of April 2023.

**Newark Street Team/Violence Interrupters**
- City issued RFP in 2021 for assessment and training in community violence intervention (CVI) strategies.
- Newark Community Street Team (NCST) awarded contract and has been working in Norfolk over the last year.
- Final community landscape analysis delivered mid-2022. Organization assessments and CVI Level 1 training delivered for five community groups.
- City implemented NCST near-term recommendation to deliver a mini-grant program to support community violence recovery, education, and support events. Two rounds in 2022 awarded 200K to 20+ community groups.
- City finalizing a second RFP to select partners to operationalize NCST's recommendations.
- NCST to deliver CVI Level 2 training and on-going technical assistance throughout 2023.

**NPD Guiding Principles**
- Officer Wellness
- Operationally Sound
- Creating a Learning Organization
- Strength in Diversity
- Principle Centered Leadership

Councilman Smigiel asked how many Flock safety cameras are being purchased. Chief Goldsmith stated it is a fair amount and he will send Council a map showing all the proposed locations for the cameras.

Councilwoman McClellan asked how NPD is addressing issues with our homeless population. Chief Goldsmith stated it is a complex problem for law enforcement all over the country because being "un-housed" is not against the law. He noted that the department partners very closely with the Community Services Board (CSB) to ensure their team can try to address these issues.

Councilwoman McClellan asked for a status report on the Citizen Review Board. Chief Goldsmith stated they have worked to refine the format and the process, and they also want the new Chief of Police to have the opportunity to weigh in on it as well.

Dr. Filer stated that the Chief of Police search is moving forward. They are down to the final seven candidates and will start interviewing next week. The goal is to narrow seven down to two or three, have a second interview, and then be able to make the selection at that point. Dr. Filer stated once the new chief has had the opportunity to look at the Citizen Review Board process and format, they will come back to Council. He stated that the timeline for implementing the Citizen Review Board is by April 2023.

Councilwoman Doyle noted that NPD partners not only with the sheriff's office but with Old Dominion University, Norfolk State University, Virginia State Police, and others. Chief Goldsmith stated in our area there is a united law enforcement effort, and it also includes our neighboring cities. The sharing of information has been a tremendous help.

**CLOSED SESSION**

Motion for closed session was approved at **4:50 p.m.** for purposes which are set out in **Clauses 29 and 3** of subsection (A) of Section 2.2-3711 of the Virginia Freedom of Information Act, as amended:

(29)   Discussion of the award public contract involving the expenditure of public funds and discussion of terms and scope of the contract, where discussion in an open session would adversely affect the negotiating strategy of the public body.

(3)    Discussion of an unsolicited proposal when discussion in an open meeting would adversely affect the negotiating strategy of the public body.

AYES:   Doyle, Johnson, McClellan, Paige, Royster, Smigiel Jr., Thomas Jr., and Alexander.

NO:     None.