# EXHIBIT 5

NORFOLK, VIRGINIA

MEETING OF COUNCIL

TUESDAY, MAY 23, 2023

Mayor Kenneth Cooper Alexander, called the meeting to order at 3:30 p.m., with the following members present: Mrs. Courtney R. Doyle, Mrs. Mamie B. Johnson, Mrs. Andria P. McClellan, Mr. John E. Paige, Mr. Thomas R. Smigiel Jr., and Vice Mayor Martin A. Thomas Jr. Ms. Danica J. Royster was absent.

## AGENDA

### Public Safety Briefing and First Quarter Update
*Presenter: Mr. Mark E. Talbot, Chief of Police*

Chief Talbot presented graphs, charts, and maps. He reviewed some crime statistics as follows:

**Citywide Crime Stats**
Year to Date May 1-21 (2022 and 2023)
Chief Talbot stated that homicides are down 40% for the first quarter of 2023. Currently we are at 15; last year at this time we were at 25. Violent crimes, in general, are down. Non-fatal shootings are up slightly over last year, 57 versus 53. Property crimes are trending like last year. Our biggest challenge is that stolen vehicles are up 30%. We continue to see that Kias are the vehicle most frequently stolen in the city and in many surroundings cities, as well. Total crime overall is down 9%.

Total Crime Month-to-Date May 1-21 (2022 and 2023)
First Precinct: 388 in 2022 versus 261 in 2023
Second precinct: 400 in 2022 versus 277 in 2023

Total Crime Year-to-Date May 1-21 (2022 and 2023)
First Precinct: 2,328 in 2022 versus 1,934 in 2023
Second Precinct: 2,082 in 2022 versus 2,066 in 2023

**First Precinct Crime Stats**
First Precinct Year-to-Date
Murder is down 38%
Rape is up 145% (11 in 2022, 27 in 2023)
Chief Talbot stated we are struggling with sexual assaults. Most of these crimes are committed by someone known to the victim.
Robbery is down 29%.
Aggravated assault is down 7%
Total violent crime is down 8%
Total crime is down 17%

First Precinct Blue Sector Year-to-Date
Murder is up 33% (6 in 2022, 8 in 2023)
Rape is up 14%
Robbery is down 27%
Aggravated assault is up 3%
Total violent crime is down 2%
Total crime is down 9%

First Precinct Green Sector Year-to-Date
Chief Talbot stated that crime is low in this part of the city.
Murder is down 100%
Rape is down 500%
Robbery is down 75%
Aggravated assault is down 64%
Total violent crime is down 45%
Total crime is down 28%

First Precinct Red Sector Year-to-Date
Murder is down 67%
Rape is up 333% (3 in 2022, 13 in 2023)
Robbery is down 24%
Aggravated assault is down 12%
Total violent crime is down 8%
Total crime is down 22%

**Second Precinct Crime Stats**
Second Precinct Year-to-Date
Murder is down 44%
Rape is down 25%
Robbery is down 23%
Aggravated assault is up 14% (107 in 2022, 122 in 2023)
Total violent crime down 5%
Total crime down 1%

Second Precinct Blue Sector Year-to-Date
Murder is down 50%
Rape is down 50%
Robbery is down 15%
Aggravated assaults are up 20% (25 in 2022, 30 in 2023)
Total violent crime is down 8%
Total crime is up 19% (due to property crimes, in particular larcenies and stolen vehicles, and all seven cities are experiencing a spike in motor vehicle thefts)

<u>Second Precinct Green Sector Year-to-Date</u>
Murder is up 300% (1 in 2022, 4 in 2023)
Rape is down 11%
Robbery is down 17%
Aggravated assaults are up 19% (43 in 2022, 51 in 2023)
Total violent crime is up 12% (65 in 2022, 73 in 2023)
Total crime is down 19%

<u>Second Precinct Red Sector Year-to-Date</u>
Murder is down 100%
Rape is down 11%
Robbery is down 35%
Aggravated assault is up 5%
Total violent crime is down 18%
Total crime is down 5%

**Real Time Crime Center Update**
<u>What is a RTCC?</u>
Provides officers with immediate information from a call for service
- Vehicle descriptions
- Victim or suspect criminal histories
- Victim/suspect relationship nexus
- Live feed video of an incident
- Evidence to be used to further investigations

<u>Five Critical Components to the RTCC</u>
- Video Management System (FUSUS)
- Flock Safety Cameras (ALPR)
- Live view cameras
- Existing city-owned cameras
- Privately owned cameras that are donor sites

<u>Video Management System (FUSUS)</u>
- Integrates all major public safety technology into a single pane
- Combines all data sources from drone, traffic cameras, building security, live view cameras, and robot cameras that feeds to RTCC and officers on the street
- Synthesizes intelligence to enhance first responder situational awareness and decision-making capabilities
- Can be accessed by any technology with access to the cloud such as cell phones and officers' Mobile Data Terminals (MDT's)
- Integrates privately-owned camera systems, Axon body worn camera (BWC) live streaming, and in car live streaming

- 3 -

<u>Flock Safety Cameras</u>
- 172 have been purchased and are currently being installed with an anticipated date of completion of May 26th
- Norfolk Redevelopment & Housing Authority (NRHA) previously purchased 20 and they are currently operable
- Chesapeake, Suffolk, Hampton, Newport News, Isle of Wight, and Franklin currently have Flock.  Virginia Beach and Portsmouth are having them installed.

**Citywide Live Feed Cameras**
Citywide live view cameras (50) will be installed in crime hot spots based on crime data and high priority calls for service
- Will provide RTCC and officers a live view of crime hot spots
- Allows RTCC officers to advise street officers of any criminal activity occurring in real time
- Provides detectives with critical evidence of criminal activity in those hot spots
- Allows the department to monitor officers' responses to calls for service
- Cameras will not be equipped with facial recognition

**City and Privately Owned Cameras**
The city currently owns approximately 1800 cameras that include:
- Traffic cameras
- Parking garage cameras
- City buildings and facilities

With permission from business owners, video can be accessible through the RTCC:
- Hampton Roads Transit
- Old Dominion University
- Norfolk Redevelopment & Housing Authority
- Norfolk Public Schools
- Some establishments require a Memorandum of Understanding (MOU)
- It is anticipated that many businesses will be interested in partnering with NPD on this project

<u>Flock and Live View Camera Placement</u>
- To determine the locations for camera placement we used crime data.
  - Shooting data
  - Larceny data
  - Stolen auto data
  - High priority calls for service
- Cameras were not placed randomly or based on the request of anyone

- 4 -

NORF001639

<u>Initial Cost of RTCC</u>
- $750,000 ARPA Grant
  - 172 Flock Cameras     $490,000
  - Video Management (FUSUS)     $262,000
  - Work Stations     $36,000
  - RTCC furniture     $24,000
  - **TOTAL**     **$812,000**

*The $62,000 overage was covered with FY23 savings.

<u>Initial Cost of RTCC</u>
- $1,000,000 Firearms Violence Intervention and Prevention Grant
  - Video Wall     $314,000
  - 50 Live View Video Cameras     $969,602
  - Verizon connectivity (routers)     $170,000
  - Verizon Service     $22,000
  - Workstation Cable Connectivity     $31,500
  - Checkpoint Firewall     $25,000
  - Network Switch     $4,100
  - Wireless Connection     $500
  - **TOTAL**     **$1,536,702**

*This leaves a shortfall of $536,702

**Annual Recurring Costs**
- 172 Flock Cameras     $430,000
- Video Management (FUSUS)     $300,000
- Cable Connectivity     $31,500
- Verizon Cell Service     $22,000
- **TOTAL**     **$783,500**

- The RTCC will provide officers and detectives with additional information to help prevent and solve crimes.
- Establishing the RTCC will increase intelligence sharing between our neighboring jurisdictions.
- It is anticipated that the space will be completed in the fall of 2023

    Dr. Filer emphasized that Flock cameras are currently in use and the video management will be in place soon.

**Status Updates**
<u>Staffing and Retention</u>
    Over the last ten years the average has been approximately 719 sworn members of the organization. Currently there are approximately 533 sworn members, and that number is appropriate for a city of this size. Resignations over the last ten years were stable at approximately 34 annually. In 2021, resignations jumped to 68, and 58 in 2022. This has been a trend, but Chief Talbot stated they believe this can be reversed.

- 5 -

The Center for Policing Equity (CPE)

The executive team met recently with the Center for Policing Equity to discuss how to best transform policing to make a safer and more just city. There are some new and exciting ideas that align with what Norfolk is already doing and there will be more information to come forth in the future.

The Road Ahead

NPD will be paying attention to these important projects, i.e., the RTCC, staffing and retention, the work being done with the CPE, and making sure they are moving forward as quickly as possible.

Councilman Smigiel asked how quickly a stolen vehicle is entered into the Flock system so that it can be tracked. Chief Talbot stated a stolen vehicle is entered very quickly, and its movement can be tracked as it moves throughout the city by other Flock cameras. He stated that we are seeing the value of the technology and that some vehicles have been recovered and some violent offenders have been stopped.

Councilman Paige asked how this technology will impact high-speed chases throughout the city. Chief Talbot stated any vehicle pursuit must be worth the risk we are creating to try to bring offenders to justice. The technology will provide information on who is in that car, where it is going, and viable investigative avenues for the officers to factor into their decision-making process. It is hard to say that the use of Flock cameras will reduce the number of pursuits. However, this technology will give additional precision to policing efforts and that should help to reduce car chases.

Councilwoman McClellan asked how the real time will interact with Hampton Roads Transit and Norfolk Public Schools. Chief Talbot stated through the FUSUS system we will be able to synthesize those public and private sources into one space where we will be able to monitor all of it in real time. Dr. Filer stated he will be working with the law department because some private entities may require a Memorandum of Understanding MOUs.

Councilwoman McClellan asked from a regional perspective, how are we integrating with other systems within the region. Chief Talbot stated that Flock systems communicate with each other, so a vehicle entered in our system can also be picked up in another jurisdiction.

Vice Mayor Thomas asked how our traffic light cameras with live feeds to City Hall will be incorporated into FUSUS. He asked if FUSUS will have the ability to record the video so it could be used to prosecute a crime. Deputy Chief Maslow stated they will have the ability to record; however, the quality of those cameras is not good. Hopefully, in the future, those cameras will be replaced with cameras that are more adaptable to getting usable images.

Councilwoman Johnson commented that our citizens report everything to Norfolk Cares and that she hopes they are utilizing their data, too, in their strategies. Chief Talbot stated they are strategically analyzing all data to decide how best to lead the organization and police the city. He stated that the offenders perpetrating the gun violence and stealing

- 6 -

automobiles are the same few individuals.  He emphasized they are not new offenders. Deputy Chief Maslow stated they do work closely with Norfolk Cares both in reporting issues and receiving complaints about issues and then acting on them.

Councilwoman Johnson asked as summer approaches we know crime spikes and she asked Chief Talbot as the do their assessments to provide Council with where the hot spots are and their plan to address these areas of need.  Chief Talbot stated that he and Assistant Chief Naughton toured our gun violence hot spots recently to see what the conditions are. NPD's role is to make these areas safer, and we must be advocates for the law-abiding residents who live there.  Most people are not the bad actors, who are dealing drugs and shooting firearms.  We must prioritize these hot spots and put an effective strategy in place, execute it, and play a leadership role and ask for as many resources as we can get into these neighborhoods.

Councilman Smigiel asked to include in the budget funds for replacing FLOCK cameras because some of them are on very tight corners and they will get damaged.

Councilman Paige asked about plans for the Citizens Review Board.  Chief Talbot stated he has worked with review boards in the past and is comfortable working with a review board in Norfolk.  He stated there are challenges to overcome and we want to make sure there is good evidence behind the decisions we make for Norfolk and that the decisions will deliver the results for which we are hoping. Dr. Filer stated more conversation is needed with Chief Talbot, but they will be bringing forward ordinances for Council's consideration in the future.

Councilwoman McClellan asked that our Chief Security Officer provide an update on the security of our public buildings.

Councilman Smigiel noted that crime in the city has been a hot topic on social media. He asked that Council receive quarterly updates.  He stated we have had two this year and he asked that the next one be scheduled after Council recess so we can see how crime is trending in the summer months.  He stressed that educating our citizens on crime prevention and not leaving valuables and keys in automobiles continues to be a key factor.

Mayor Alexander asked if NPD would continue to provide free steering wheel locks for Hyundais and Kias.  Deputy Chief Maslow stated that there were two events held and they will be getting more locks soon and scheduling more events in the future.

**Budget Discussion – Final Reconciliation**
Norfolk City Council

Dr. Filer outlined the proposed supplement options for retirees and asked for Council feedback.

**Option A**
Years of Creditable Service: **20**
Receiving Retirement Benefit Effective Date as of: **6/30/2022**
Number of Retirees Meeting Criteria: **2,275**
**Unlimited**

| Tiered Annual Retirement Benefit Criteria: | Retirees Receiving | Recommended Amount |
|---|---|---|
| <$25,000 | 835 | $660 |
| $25,000 - $40,000 | 885 | $660 |
| $40,000 - $50,000 | 362 | $660 |
| $50,000 – $70,000 | 170 | $660 |
| >$70,000 | 23 | $660 |

City Cost: **$1,501,500**
Number of Retirees Receiving Supplement: **2,275**
Percent of Retirees Receiving Supplement: **100%**

**Option B**
Years of Creditable Service: **20**
Receiving Retirement Benefit Effective Date as of: **6/30/2022**
Number of Retirees Meeting Criteria: **2,275**
**<$50,000**

| Tiered Annual Retirement Benefit Criteria: | Retirees Receiving | Recommended Amount |
|---|---|---|
| <$25,000 | 835 | $750 |
| $25,000 - $40,000 | 885 | $750 |
| $40,000 - $50,000 | 362 | $750 |
| $50,000 – $70,000 | 170 | $0 |
| >$70,000 | 23 | $0 |

City Cost: **$1,561,500**
Number of Retirees Receiving Supplement: **2,082**
Percent of Retirees Receiving Supplement: **92%**

**Option C**
Years of Creditable Service: **20**
Receiving Retirement Benefit Effective Date as of: **6/30/2019**
Number of Retirees Meeting Criteria: **2,275**
**<$50,000**

| Tiered Annual Retirement Benefit Criteria: | Retirees Receiving | Recommended Amount |
|---|---|---|
| <$25,000 | 758 | $1,000 |
| $25,000 - $40,000 | 790 | $750 |
| $40,000 - $50,000 | 299 | $500 |
| $50,000 – $70,000 | 143 | $0 |
| >$70,000 | 19 | $0 |

City Cost: **$1,500,000**
Number of Retirees Receiving Supplement: **1,847**
Percent of Retirees Receiving Supplement: **92%**

Dr. Filer stated that $1,500,000 has been budgeted in the reconciliation and if Council recommends Options A or B, he is confident they could find the additional funds needed.

Councilwoman McClellan stated that she met with the Norfolk retirees and overwhelmingly they wanted Option A, the same amount for all. She asked that in future budgets that Council and the Administration consider offering access to city amenities to our retirees like the zoo or botanical garden.

Councilman Paige suggested offering amenities to our NPS teachers and public safety, as well.

Councilwoman Doyle and Councilman Paige echoed Councilwoman McClellan that Option A is preferable.

Councilman Smigiel stated he preferred Options B and C with more money going to those who receive less money. He speculated that retirees at all income levels are not present at the retiree meetings.

After further discussion, Council recommended Option A.

Dr. Filer next provided an overview of the post-reconciliation operating budget.

**FY 2024 Post-Reconciliation Operating Budget**

| Sources of Operating Budget Amendments/Adjustments | Expenditures | Revenues |
|---|---|---|
| **Total Impact from Reconciliation** | **$4,809,444** | |
| | | |
| ***Expenditure Impacts*:** | | |
| Reduce VRS Reserve | ($1,000,000) | |
| Reduce FSA Benefit Reserve | ($1,000,000) | |
| Eliminate Energy Reserve | ($200,000) | |
| Savings from Eliminating Long-Term Vacancies | ($775,645) | |
| NPS Reduction from Motor Vehicle License Suspension | ($413,700) | |
| Remove Parking Expenditures | ($3,263,751) | |
| | | |
| ***Revenue Impacts*:** | | |
| Recognize 4th Quarter Assessment for New Construction Revenue* | | $1,387,000 |
| Increase FY 2023 Projected Surplus | | $1,827,030 |
| Revenue Reduction for Vehicle Licensing | | ($1,400,000) |
| Remove Parking Rate Fee Increases | | ($3,263,751) |
| NPS Revenue Share from 4th Quarter New Construction Revenue | | ($393,931) |
| **Change to Proposed Operating Budget** | **($1,449,721)** | **($1,449,721)** |
| | | |
| **FY 2024 Operating Budget** | **$1,441,307,333** | |
| **Changes Via Reconciliation** | ($1,449,721) | |
| **Final Proposed Operating Budget** | **$1,439,857,612** | |

- 9 -

**FY 2024 Post-Reconciliation CIP**

| Sources of CIP Amendments/Adjustments | FY 2024 Reconciliation |
|---|---:|
| FY 2022 Surplus/Fund Balance | $5,950,000 |
| Increase State contribution for Flood Wall | $28,800 |
| Reduce *Restore Riverside Memorial Park Shoreline* due to grant funds | ($800,000) |
| Decrease Parking revenue transferred to CIP | ($1,549,178) |
| Debt | ($22,600,000) |
| **Change to Proposed FY24 CIP:** | **($18,970,378)** |

Councilwoman McClellan echoed Councilman Smigiel that some of the costs savings could provide our citizens with a tax rebate.

Dr. Filer stated they could look at making some additional expenditure cuts to free up some revenue; however, at this moment this is a balanced budget based on the revenues we are expecting. He asked Council to consider the following for future conversations about a rebate and tax rate:

- After the casino opens, revenue side surpluses will be generated.
- Keep the tax rate at 1.25; use a different approach to generate revenues downtown that help pay for investments in downtown thereby freeing up funds to be distributed in other areas of the city.

Councilman Smigiel stated that to give a rebate to citizens, a majority of Council members would have to vote on a policy change on what to do with unspent funds. He added that every year since he has been on City Council unspent funds have been available.

**CLOSED SESSION**

Motion for closed session was approved at **4:44 p.m.** for purposes which are set out in **Clauses 3 and 3** of subsection (A) of Section 2.2-3711 of the Virginia Freedom of Information Act, as amended:

(3)     Discussion of the acquisition of real property in the Downtown Area for a public purpose where discussion in an open meeting would adversely affect the negotiating strategy of the public body.

(3)     Discussion of the disposition of real property in the Park Place area for a public purpose where discussion in an open meeting would adversely affect the negotiating strategy of the public body.

AYES:     Doyle, Johnson, McClellan, Paige, Smigiel Jr., Thomas Jr., and Alexander.

NO:     None

ABSENT:  Royster

- 10 -