# EXHIBIT 6



**Planet Depos**
We Make It *Happen*™

**CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER**

# Transcript of Josh Thomas, Corporate Designee

**Date:** July 29, 2025
**Case:** Schmidt and Arrington -v- City of Norfolk, et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF VIRGINIA

3    - - - - - - - - - - - - x

4    LEE SCHMIDT and CRYSTAL    :

5    ARRINGTON,                 :

6                 Plaintiffs, :

7       v.                     :    Civil Action No.

8    CITY OF NORFOLK and MARK  : 2:24-cv-00621-MSD-LRL

9    TALBOT, in his official    :

10   capacity as Norfolk        :

11   Chief of Police,           :

12               Defendants. :

13   - - - - - - - - - - - - X

14          CONTAINS CONFIDENTIAL INFORMATION

15             SUBJECT TO PROTECTIVE ORDER

16    Videotaped Deposition of FLOCK GROUP INC. d/b/a

17      FLOCK SAFETY, by and through its Designated

18         Representative JOSH THOMAS

19             Conducted Virtually

20       Tuesday, July 29, 2025, 1:18 p.m. EDT

21   Job No.:  589834
     Pages 1 - 119
22   Reported by:  Debra A. Whitehead

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Josh Thomas, Corporate Designee
Conducted on July 29, 2025                              2

1              Videotaped Deposition of JOSH THOMAS,

2    conducted virtually.

3

4

5         Pursuant to notice, before Debra Ann Whitehead,

6    E-Notary Public in and for the Commonwealth of

7    Virginia.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Josh Thomas, Corporate Designee
Conducted on July 29, 2025                    3

```
1              A P P E A R A N C E S

2      ON BEHALF OF PLAINTIFFS:

3          MICHAEL SOYFER, ESQUIRE

4          JOSHUA WINDHAM, ESQUIRE

5          ROBERT FROMMER, ESQUIRE

6          TAMINEH DEHBOZORGI, ESQUIRE

7          JESSICA BIGBIE, ESQUIRE

8          THE INSTITUTE FOR JUSTICE

9          901 North Glebe Road, Suite 900

10         Arlington, Virginia 22203

11         (703) 682-9320

12

13     ON BEHALF OF DEFENDANTS:

14         KARLA J. SOLORIA, ESQUIRE

15         ADAM D. MELITA, ESQUIRE

16         NORFOLK CITY ATTORNEY

17         900 City Hall Building

18         810 Union Street

19         Norfolk, Virginia 23510

20         (757) 664-4529

21

22
```

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Josh Thomas, Corporate Designee
Conducted on July 29, 2025                                    4

```
 1      A P P E A R A N C E S    C O N T I N U E D

 2   ON BEHALF OF FLOCK SAFETY AND THE WITNESS:

 3        E. MARTIN ESTRADA, ESQUIRE

 4        JOSEPH MANTEGANI, ESQUIRE

 5        MUNGER TOLLES & OLSON

 6        350 South Grand Avenue

 7        50th Floor

 8        Los Angeles, California 90071

 9        (213) 683-9100

10

11

12   ALSO PRESENT:

13        JACK DUNN, Video Specialist

14        MICHAEL GOLDSTICKER, ESQUIRE

15        Inhouse Counsel, Flock Safety

16

17

18

19

20

21

22
```

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Josh Thomas, Corporate Designee
Conducted on July 29, 2025                              5

```
 1                     C O N T E N T S
      EXAMINATION OF JOSH THOMAS                    PAGE
 2      By Mr. Soyfer                               7

 3      By Mr. Estrada                              115

 4

            EXHIBITS MARKED IN TODAY'S SESSION
 5             (Attached to the Transcript)

 6   PLAINTIFFS' DEPOSITION EXHIBIT                 PAGE

 7    Exhibit 61   Agreement By and Between the City  38

 8                 of Norfolk and Flock Safety, Inc.,

 9                 Bates FLOCK 0000007 - 00000031

10    Exhibit 62   Printout from Flock Safety        50

11                 Website, Data at the Curb:  How

12                 Traffic Analytics is Transforming

13                 Safety and Success for Commercial

14                 Businesses

15

           EXHIBITS MARKED IN PRIOR SESSIONS
16                   (Not attached)

17   PLAINTIFFS' DEPOSITION EXHIBIT                 PAGE

18    Exhibit 54   Subpoena to Testify at a          10

19                 Deposition in a Civil Action

20

     Confidential - Subject to Protective Order: 16:13-18:17;
21   19:14-20:18; 21:1-21:4; 36:4-36:11; 38:7-49:19;
     54:6-57:18; 58:20-63:19; 65:7-67:2; 68:8-86:10;
22   88:2-88:10; 88:17-89:16; 104:1-106:4; 109:9-113:16
```

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Josh Thomas, Corporate Designee
Conducted on July 29, 2025                    24

| | | |
|---|---|---|
| 1 | vehicle-mounted license plate readers? | 13:38:18 |
| 2 | A    No. | 13:38:21 |
| 3 | Q    And I should ask you, does Flock itself | 13:38:21 |
| 4 | manufacture all of those cameras? | 13:38:32 |
| 5 | A    Yes. | 13:38:34 |
| 6 | Q    So I want to focus today -- or scratch | 13:38:34 |
| 7 | that.  Let me ask you, are you aware of which | 13:38:48 |
| 8 | Flock cameras the defendants in this case, the | 13:38:51 |
| 9 | City of Norfolk and the chief of police, have | 13:38:55 |
| 10 | acquired? | 13:38:58 |
| 11 | A    My understanding is it's all the standard | 13:39:01 |
| 12 | LPR. | 13:39:03 |
| 13 | Q    Okay.  What's the intended use of those | 13:39:04 |
| 14 | standard LPR cameras? | 13:39:09 |
| 15 | A    To provide objective evidence, to | 13:39:13 |
| 16 | increase public safety in a transparent and | 13:39:18 |
| 17 | accountable way. | 13:39:20 |
| 18 | Q    Is one intended use to investigate crime? | 13:39:21 |
| 19 | A    Yes. | 13:39:28 |
| 20 | Q    How are the Flock LPR cameras used to | 13:39:28 |
| 21 | investigate crime? | 13:39:34 |
| 22 | A    A Flock LPR device can take a picture of | 13:39:38 |

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Josh Thomas, Corporate Designee
Conducted on July 29, 2025                        25

| | | |
|---|---|---|
| 1 | the back of a car and provide the objective, you | 13:39:40 |
| 2 | know, sort of plain-view information that may be | 13:39:45 |
| 3 | helpful to give another clue to an investigator as | 13:39:48 |
| 4 | she's developing her case. | 13:39:51 |
| 5 | Q    So they take pictures of the backs of | 13:39:52 |
| 6 | cars.  Right?  That's one thing that they do? | 13:40:00 |
| 7 | A    Yes. | 13:40:05 |
| 8 | Q    Can they take pictures of the fronts of | 13:40:05 |
| 9 | cars as well? | 13:40:09 |
| 10 | A    A Flock LPR device can inadvertently take | 13:40:13 |
| 11 | a picture of the front of the car, but it's | 13:40:17 |
| 12 | designed to take the picture of the back of a car. | 13:40:19 |
| 13 | Q    And those pictures, they include a time | 13:40:22 |
| 14 | stamp.  Right? | 13:40:25 |
| 15 | A    Yes. | 13:40:29 |
| 16 | Q    They include a location.  Correct? | 13:40:29 |
| 17 | A    It includes the location of the device, | 13:40:35 |
| 18 | yes. | 13:40:37 |
| 19 | Q    And so that information provides a clue | 13:40:37 |
| 20 | to investigators as they develop their cases. | 13:40:49 |
| 21 | Is that fair? | 13:40:52 |
| 22 | A    Yes. | 13:40:56 |

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Josh Thomas, Corporate Designee
Conducted on July 29, 2025                                    26

| | | |
|---|---|---|
| 1 | Q    Do they store any other information about | 13:40:56 |
| 2 | cars, other than what we've just gone through? | 13:41:02 |
| 3 | A    It can essentially, in the picture of the | 13:41:09 |
| 4 | back of the car, it can read the license plate | 13:41:16 |
| 5 | characters, ABC123, the state of the license | 13:41:19 |
| 6 | plate, as well as the color of the vehicle, the | 13:41:24 |
| 7 | type of vehicle, often the make of the vehicle, | 13:41:28 |
| 8 | and a few other sort, of like, distinguishing | 13:41:32 |
| 9 | characteristics about the vehicle itself. | 13:41:38 |
| 10 | Q    And how is that information used? | 13:41:40 |
| 11 | A    Could you be more specific in what you | 13:41:50 |
| 12 | mean by that? | 13:41:52 |
| 13 | Q    I guess I'm just asking why would that | 13:41:52 |
| 14 | information be useful to Flock's customers? | 13:41:55 |
| 15 | A    Well, an investigator might be given an | 13:42:00 |
| 16 | eyewitness statement about a vehicle saying it was | 13:42:04 |
| 17 | a blue car, and so they could go into the Flock | 13:42:07 |
| 18 | system and filter on blue cars in the time frame | 13:42:10 |
| 19 | and the designated location, might give them a | 13:42:15 |
| 20 | license plate, which could give that investigator | 13:42:18 |
| 21 | another clue in their investigation. | 13:42:20 |
| 22 | Q    So you mentioned the time frame.  Is part | 13:42:26 |

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Josh Thomas, Corporate Designee
Conducted on July 29, 2025                                    27

| | | |
|---|---|---|
| 1 | of the purpose of the Flock cameras to store | 13:42:28 |
| 2 | information that investigators can look up later? | 13:42:32 |
| 3 | A    That's one of the benefits of using | 13:42:38 |
| 4 | Flock, yes. | 13:42:40 |
| 5 | Q    You have this record, you can go in, | 13:42:41 |
| 6 | search for a vehicle, and pull up images for | 13:42:44 |
| 7 | what -- whatever time frame you're searching for | 13:42:48 |
| 8 | within the retention period. | 13:42:50 |
| 9 | Is that right? | 13:42:51 |
| 10 | MR. ESTRADA:  Objection.  Asked and | 13:42:53 |
| 11 | answered. | 13:42:54 |
| 12 | A    An investigator can go into the Flock | 13:42:58 |
| 13 | system and narrow the time frame to see if a | 13:43:00 |
| 14 | particular vehicle or license plate drove by a | 13:43:05 |
| 15 | Flock device to further an investigation in the | 13:43:09 |
| 16 | event of a crime. | 13:43:11 |
| 17 | Q    And Flock cameras don't just take | 13:43:12 |
| 18 | pictures of cars that are suspected of involvement | 13:43:26 |
| 19 | in crime.  Correct? | 13:43:28 |
| 20 | A    Correct. | 13:43:33 |
| 21 | Q    Flock cameras take pictures of every car | 13:43:33 |
| 22 | that passes them.  Correct? | 13:43:39 |

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Josh Thomas, Corporate Designee
Conducted on July 29, 2025                              28

| | | |
|---|---|---|
| 1 | MR. ESTRADA:  Objection.  Misstates the | 13:43:42 |
| 2 | prior testimony. | 13:43:44 |
| 3 | A    A Flock camera can take a picture of a | 13:43:48 |
| 4 | car that drives past that particular camera. | 13:43:50 |
| 5 | Q    Yeah.  So I guess I'm trying to | 13:43:59 |
| 6 | understand the answer. | 13:44:02 |
| 7 | You're saying they don't take pictures of | 13:44:02 |
| 8 | every car that passes them? | 13:44:04 |
| 9 | MR. ESTRADA:  Let me just object.  This | 13:44:06 |
| 10 | is a witness designated on Topic Number 1.  You | 13:44:08 |
| 11 | already had a witness who testified extensively on | 13:44:10 |
| 12 | technical capabilities of the Flock cameras.  It | 13:44:13 |
| 13 | seems like we're covering the same territory here. | 13:44:15 |
| 14 | MR. SOYFER:  Okay. | 13:44:18 |
| 15 | MR. ESTRADA:  And that information you | 13:44:19 |
| 16 | could have talked about with Mr. Lukens. | 13:44:20 |
| 17 | MR. SOYFER:  It falls within the intended | 13:44:22 |
| 18 | use.  I mean, thanks for the speaking objection, | 13:44:24 |
| 19 | but we disagree. | 13:44:26 |
| 20 | Q    If you know, you can answer, Mr. Thomas. | 13:44:28 |
| 21 | MR. ESTRADA:  Objection.  Beyond the | 13:44:30 |
| 22 | scope. | 13:44:31 |

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Josh Thomas, Corporate Designee
Conducted on July 29, 2025                    29

| | | |
|---|---|---|
| 1 | A    Do you mind restating what you asked? | 13:44:36 |
| 2 | Q    Yes.  Sure.  You're saying they don't | 13:44:37 |
| 3 | take pictures of every car that passes them. | 13:44:40 |
| 4 | MR. ESTRADA:  Objection.  Beyond the | 13:44:44 |
| 5 | scope. | 13:44:45 |
| 6 | A    I did not say that, no. | 13:44:46 |
| 7 | Q    Okay.  Do the Flock cameras take pictures | 13:44:49 |
| 8 | of every car that passes them? | 13:44:52 |
| 9 | MR. ESTRADA:  Objection.  Beyond the | 13:44:53 |
| 10 | scope. | 13:44:54 |
| 11 | A    They're intended to do that, yes. | 13:44:56 |
| 12 | Q    They are intended to take pictures of | 13:44:58 |
| 13 | every car that passes them.  Correct? | 13:45:00 |
| 14 | A    Yes. | 13:45:09 |
| 15 | Q    So if I understand correctly, Flock | 13:45:09 |
| 16 | has -- well, let me ask you this:  Who are Flock's | 13:45:18 |
| 17 | customers, just kind of in broad strokes? | 13:45:20 |
| 18 | MR. ESTRADA:  Objection.  Beyond the | 13:45:23 |
| 19 | scope. | 13:45:24 |
| 20 | You can answer. | 13:45:27 |
| 21 | A    Really anybody that cares about public | 13:45:31 |
| 22 | safety.  So law enforcement, businesses, private | 13:45:32 |

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Josh Thomas, Corporate Designee
Conducted on July 29, 2025                                    102

| | | |
|---|---|---|
| 1 | the footage, they would store it as part of their | 15:19:43 |
| 2 | evidence-management system.  So yeah, they can | 15:19:46 |
| 3 | store it as long as their internal policies allow | 15:19:49 |
| 4 | them to store it. | 15:19:51 |
| 5 | Q    Flock doesn't interfere with that. | 15:19:52 |
| 6 | Correct? | 15:19:55 |
| 7 | A    Flock does not interfere. | 15:19:55 |
| 8 | Q    Okay.  Let's move on to Topic 14.  And | 15:19:56 |
| 9 | this topic is Flock's ability to use, access, or | 15:20:01 |
| 10 | retrieve defendants' Flock data that have been | 15:20:05 |
| 11 | deleted. | 15:20:08 |
| 12 | Do you see that? | 15:20:09 |
| 13 | A    Yes. | 15:20:10 |
| 14 | Q    So again, as we've been discussing, the | 15:20:10 |
| 15 | retention period before July 1st used to be 30 | 15:20:18 |
| 16 | days, now it's 21 days.  Right? | 15:20:21 |
| 17 | A    Yes. | 15:20:27 |
| 18 | Q    Okay.  And whenever that deadline hits, | 15:20:27 |
| 19 | Flock automatically deletes data. | 15:20:31 |
| 20 | Is that right? | 15:20:32 |
| 21 | A    Yes. | 15:20:35 |
| 22 | Q    And that process is automatic.  Correct? | 15:20:35 |

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Josh Thomas, Corporate Designee
Conducted on July 29, 2025                            103

| | | |
|---|---|---|
| 1 | A    Correct. | 15:20:42 |
| 2 | Q    Once the data are deleted, are they just | 15:20:42 |
| 3 | permanently unavailable in any form? | 15:20:48 |
| 4 | A    Correct. | 15:20:53 |
| 5 | Q    There is absolutely no way to recover any | 15:20:55 |
| 6 | portion of the data? | 15:20:57 |
| 7 | A    Once data has been deleted, there is no | 15:21:01 |
| 8 | opportunity to recover data. | 15:21:04 |
| 9 | Q    How is the -- let me just ask you, to | 15:21:07 |
| 10 | follow up on that.  How is the data deletion | 15:21:13 |
| 11 | handled?  Does Flock accomplish it, or is it | 15:21:16 |
| 12 | something Amazon Web Services accomplishes for | 15:21:19 |
| 13 | Flock? | 15:21:22 |
| 14 | A    My understanding is it is a setting in | 15:21:24 |
| 15 | Amazon Web Services that is where the data is | 15:21:26 |
| 16 | actually purged. | 15:21:31 |
| 17 | Q    And to your understanding, Amazon Web | 15:21:33 |
| 18 | Services has zero ability to recover any deleted | 15:21:36 |
| 19 | data.  Correct? | 15:21:39 |
| 20 | MR. ESTRADA:  Objection.  Beyond the | 15:21:40 |
| 21 | scope. | 15:21:41 |
| 22 | A    That's my understanding. | 15:21:43 |

```
1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2     I, Debra Ann Whitehead, E-Notary Public in and

3    for the Commonwealth of Virginia, the officer

4    before whom the foregoing proceedings were taken,

5    do hereby certify that the foregoing transcript is

6    a true and correct record of the proceedings; that

7    said proceedings were taken by me stenographically

8    and thereafter reduced to typewriting under my

9    supervision; that reading and signing was not

10   requested; and that I am neither counsel for,

11   related to, nor employed by any of the parties to

12   this case and have no interest, financial or

13   otherwise, in its outcome.

14    IN WITNESS WHEREOF, I have hereunto set my hand

15   and affixed my notarial seal this 8th day of
     August, 2025.
16   My commission expires:
     October 31, 2027
17

18

19

20   ----------------------------

21   E-NOTARY PUBLIC IN AND FOR THE

22   COMMONWEALTH OF VIRGINIA
```