# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| **LEE SCHMIDT and CRYSTAL ARRINGTON,** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 2:24-cv-621** |
| **CITY OF NORFOLK and MARK TALBOT, in his official capacity as the Norfolk Chief of Police,** | |
| **Defendants.** | |

## DECLARATION OF DAVIS LUKENS

I, Davis Lukens, declare as follows:

1.      I am the Chief Technology Officer of Flock Group, Inc., doing business as Flock Safety ("Flock").  I make this declaration based on personal knowledge.  If called as a witness, then I could and would testify competently to the facts stated herein.

### The NPD's Flock Technology

2.      Flock manufactures several different types of license plate reader cameras ("Flock LPRs").  The Norfolk Police Department ("NPD") obtained 172 of Flock's standard model LPRs (the "Norfolk LPRs") from Flock in 2022; at that time, Flock's standard model LPRs were known as Falcon LPRs.  In 2024, the NPD obtained four additional standard, or Falcon, model LPRs.  All 176 of the Norfolk LPRs are the same model.

3.      Flock also makes and provides access to software for customers.  All law enforcement customers, including the NPD, purchase and have access to Flock's basic software package.  This package enables users to, for example, query images and receive alerts from hotlists.  It is through this basic software package that customers may view and access Flock images.  Some customers may purchase additional, higher-tier software packages, which include

features like Convoy Analysis and Real Time Routing.  The NPD has purchased Flock's basic software package and has not purchased any additional, higher-tier software products from Flock, so the NPD does not have access to features such as Convoy Analysis and Real Time Routing.

4.      Only authorized users have the ability to access Flock's software.  Customers have the ability to determine who in their agencies should become authorized users—i.e., who should be assigned a username.  Different agencies have different protocols for determining who will become an authorized user.  Without a username and password, a person cannot access Flock images, Flock data, or any information generated from any of Flock's LPRs.

5.      A police department determines its authorized users.  Flock never provides blanket access to an entire police department as a default.

### NPD's Flock Cameras

6.      The Norfolk LPRs are fixed LPRs meaning they are at fixed locations, which are positioned to take pictures of the backs of vehicles traveling on one side of public roadways. The Norfolk LPRs cannot pan, tilt, or zoom.

7.      The optimal distance range of the Norfolk LPRs is between 40 and 70 feet from the camera.  The Norfolk LPRs' field of view covers the width of two lanes of traffic.  To ensure that cameras function optimally, Flock generally recommends that its customers install cameras in a location where the optimal range will cover the roadway.

8.      The Norfolk LPRs are designed to take a picture of the license plate and rear of a vehicle that travels past the camera and to retain information regarding the date and time the camera took the picture.  They are not designed to take photographs of people or the driver or any occupants of a vehicle.  Authorized users cannot query the NPD's Flock system to search for people.

9.      Flock LPRs do not track or follow the path of vehicles.  The NPD's Flock cameras are placed at physical locations at public streets in the City of Norfolk and do not move from those locations.  The cameras are focused on outgoing traffic on one side of a public street and do not zoom in or out or move in any way once installed.

10.      Flock LPRs are motion activated, so they only collect, store, or display information about a vehicle's location when the vehicle passes in front of a Flock LPR.  They do not inform an authorized user of any location the vehicle has traveled that is not within the range of a Flock LPR.

### Data Storage & Automatic Queries

11.      When a Flock LPR captures an image of a vehicle, it transmits an image of the vehicle via a cellular connection to an Amazon Web Services ("AWS") cloud.

12.      Once an image of a vehicle is in the AWS cloud, Flock analyzes certain information about the vehicle from that image, including the license plate number and state, whether the license plate is a temporary, dealer, or standard plate, and specific external characteristics of the vehicle like its make and color.

13.      Once this information has been generated, Flock automatically compares the license plate number and state against information contained in certain law enforcement databases, including the FBI's National Crime Information Center ("NCIC") database of stolen vehicles and the National Center for Missing & Exploited Children's ("NCMEC") AMBER Alert database.  In Virginia, the Virginia State Police ("VSP") assists with the management and distribution of the data contained in the FBI's NCIC hotlist.

14.      If there is a match against one of these external databases, then an alert is sent to the NPD, which is known as a "hotlist" alert.

3

15.     Authorized users can also create their own "custom hotlists."  These allow authorized users to receive alerts if a specific license plate number passes an LPR from which the NPD receives data.  It is my understanding that the NPD has promulgated a General Order that governs when and under which circumstances authorized users may add license plate numbers to custom hotlists.  Custom hotlists can only be created using full license plate numbers, and cannot be created using partial license plate numbers or any vehicle characteristics, including (but not limited to) a vehicle's make, body type, or color.

16.     Flock does not cross reference license plates or any data from a particular capture against any other capture stored on the AWS cloud.  As a result, Flock does not create or maintain an aggregated profile for a vehicle.  Specific license plate numbers are only linked to vehicle characteristics, like make and color, in individual query results or hotlist alerts.

17.     Vehicle registration or any other information from external databases does not flow into or otherwise link with the NPD's Flock database.  That is, Flock cannot provide an NPD officer with the name, address, or any other information associated with a license plate.  Flock only provides information that is visible to the naked eye at the time the vehicle passes the fixed location of a Norfolk LPR.

### Customer Queries

18.     Data generated by the Flock cameras belongs to the customer.  Using the Flock interface, the NPD may run queries across the data captured by its Flock cameras.  The NPD is also able to query data from cameras owned by other customers, if they have received explicit permission to do so from those customers.  In order to be able to query images captured by another agency's Flock LPRs, the NPD must have contacted the other agency, requested access to its data, and had its request approved by the other agency.  The NPD has access to a Statewide Lookup feature that permits it to query across cameras operated by Virginia-based agencies, but

cannot access Flock's broader Nationwide Lookup feature.[1]  Virginia's LPR law prohibits the NPD from sharing its data with federal agencies or with anyone outside of Virginia.  Flock has enacted system-level blocks to prevent the NPD, or any other Virginia agency, from sharing its data with federal or out-of-state agencies.  The NPD's data is never shared with Flock's private customers.

19.    When an NPD authorized user queries the Flock system, they first must enter a case or call for service number and a query reason describing the offense type and basis for reasonable suspicion.  If either of the case or call number and query reason fields are empty, then the Flock system will not allow the authorized user to conduct a query.

20.    An image of the interface provided to NPD personnel when they wish to run a query is below.  It is my understanding that the below is a screenshot taken by the NPD of their own real-world Flock system; the document in full is attached as **Attachment A**.  The field in which an authorized user enters the case or call number and reason are in the top left of this image, and starred to indicate that they are required fields.

---

[1] For some customers, Flock has a Nationwide Sharing program.  It is reciprocal—in order to query using the program, a customer must share its data into the program.  This program is not available in the State of Virginia because state law prohibits sharing of Virginia-based images outside of the state.  Nationwide Sharing is unavailable in several other states whose laws prohibit sharing of images outside of the state, like California.  Along with disabling Virginia agencies' ability to participate in Nationwide Sharing, Flock has enacted system-level blocks preventing any Virginia agency from sharing its data with any out-of-state or federal agency.



21.     When querying the Flock system, an authorized user can limit their query results by individual camera or by network.[2]  That is, they can select whether to query a single camera, some subset of the cameras whose data that the user can access, or all cameras that the authorized user can access.  An authorized user can also limit their query results by timeframe—either selecting a particular increment of time (so long as it is less than the data retention limits placed on the cameras being queried) or the full timeframe of data available to a particular organization.  These options are in the "Location & Time" section in the bottom left of the above image.

22.     NPD authorized users can run a query using full or partial license plate numbers, Vehicle Fingerprint Characteristics, or a combination of the two.  Vehicle Fingerprint Characteristics are a way for authorized users to filter through photographs taken by Flock LPRs

---

[2] A network is a customer-chosen grouping of individual cameras.  For example, a police department may decide to put all of its cameras on a single network.  Or it may have multiple networks, divided by region of the city.  Or it may organize cameras in any other way it sees fit. Networks do not necessarily need to have active cameras on them; they are sometimes set up preemptively and may or may not be filled with active cameras.  For example, the NPD has three networks, only one of which has any active cameras.

using certain characteristics:  the vehicle's make, body type, and color, as well as whether the vehicle has a roof rack, back rack, tool box, and whether the vehicle has any bumper stickers. NPD's Flock software cannot extract the text or contents of any bumper stickers and can only identify whether a bumper sticker is present.

23.      A query will result in two results: (1) images taken by Flock LPRs that match the criteria entered; and/or (2) information regarding the results—including the camera location, timestamp, license plate information, and Vehicle Fingerprint Characteristics—which can be exported in .csv form.

24.      When an authorized user queries based on a full or partial license plate number, only images matching the specific criteria will return.  As an example, if an authorized user queries for Virginia license plate "ABC123," only images that match that license plate will return.  If they query for Virginia license plate "ABC12*," with the asterisk representing any number or letter, only images containing a Virginia license plate whose numbers begin with "ABC12" will return.

25.      Queries based on Vehicle Fingerprint Characteristics work similarly.  An authorized user can select filters from drop-down fields for each Vehicle Fingerprint Characteristic, similar to the filters one uses in an online shopping platform.  The options are limited.  For example, an authorized user may select "black," "blue," or another preselected color for the vehicle color filter, but cannot type in a color option that is not on the preselected list.  A query will return results that match the selected criteria.  If an authorized user filters for black Ford trucks, then the user interface will return each image captured by the selected cameras in the chosen time frame that Flock's machine learning system has identified as having all three qualities—"black" color, "Ford" make, and "truck" body style.

7

26.    NPD authorized users see the below categories of information in response to a query.

    a.    The time and date of the image capture.

    b.    The camera that captured the image and its location.

    c.    The full or partial license plate number, depending on how much of the number the OCR system could recognize.

    d.    The Vehicle Fingerprint Characteristics.

27.    Page 2 of the document attached as **Attachment B** provides a representative example of what an authorized NPD user sees as the query results.  The user first sees "cards" showing the image, state, license plate number, time and date, and camera location, as shown below.



28.    If the user then clicks "view more details" on a specific image, the authorized user can see additional information about the vehicle, as depicted below and on page 3 of **Attachment B**.



29.    NPD authorized users are not able to query for images containing people or query a person's name, address, appearance, or other human characteristics.

30.    Flock never retains LPR data indefinitely.  Different customers have different data retention periods based on state and local law and department policies.  Flock retains the data for the length of each user's retention period.  Flock's default retention period is 30 days.  I understand that pursuant to Virginia law, the NPD retains Flock data for 21 days.  This means that 21 days after an image is captured by an NPD-operated camera, the image and all associated data are deleted from the AWS cloud and are inaccessible to anyone, including Flock and the NPD.  Once the retention period for an image expires, that image is no longer capable of being queried.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this __15__ day of September, 2025, at Atlanta, Georgia.

Davis Lukens

10

# ATTACHMENT A



NORF022197



NORF022198



NORF022199

NORF022200



NORF022201





NORF022203

# ATTACHMENT B

Home (/s/)    Topics    Contact Us    Status (/s/status)

# Working with Search Results

🕐 Feb 17, 2025 Knowledge

## Question

---

## Answer

After you run a search, your results will include image cards that match the parameters of your search.

After you run a search, your results will include image cards that match the parameters of your search. Within the More Details Drawer on the image card, you'll find a description of your vehicle with the make, model, color, identifiers as well as when / where the image was taken, and how many times the vehicle was seen in 30 days.

The image cards are also equipped with actions such as downloading the image, adding to an existing Hot List, and more.

**Important to Note:** The LPR camera can capture vehicles day and night at distances from 30 - 65 ft. We have several lens configurations that are tailored to the working distance for a site. Depending on the installation location, the LPR camera can capture vehicles at speeds up to 100 mph. Most roadways at 35 - 50 mph will have a high capture rate.

To begin reviewing your search result image card, click the "View More Details" button on the image card to view details.



EXHIBIT
Plaintiffs' 57
7/29/25    DAW

FLOCK0000063



FLOCK0000064



**Overview:** This slide out will display all pertinent information regarding the vehicle's detection details. This includes additional details such as:

- Vehicle Fingerprint attributes
- Number of times we've seen this vehicle across your owned + shared cameras from your search parameters
- Confidence Levels and if it was sent to a Hot List or custom Hot List (LE + Commercial only)
- Device Owner
- Device Name
- Both lat/long and geocoded address of the device location

**Vehicle Journey Map:** This map will plot all the times your owned or shared devices have seen this vehicle in the timeframe you searched. Clicking on the details within the map will show additional vehicle details and images captured.

FLOCK0000065



**Media Tab:** This tab displays the original image you're investigating, as well as other context images we have associated with this license plate, all in one view. Other context images can include daytime/nighttime images, and additional images captured for the Vehicle Journey Map.

The options on the bottom of the image card include (in this order): download, copy, full screen, and view/edit outcome. Click the three dots to view what actions you can take with the image.

FLOCK0000066



FLOCK0000067



# License Plate: CSF5593


Overview


Media

## Original Image



#12 Buford Highway NB @ Chamblee Tucker
6/16/2024, 4:06:06 PM

## Vehicle Journey Results



Chamblee #14 Comparison Finland
6/12/2024, 5:53:04 PM



A/B Chamblee #25
6/13/2024, 12:04:34 AM



A/B Chamblee #25
6/13/2024, 9:41:07 AM



Chamblee #14 Comparison Finland
6/13/2024, 7:22:58 PM



Large Solar 60W 1PP A/B
6/14/2024, 10:54:57 PM



#11 - Buford Highway SB @ Chamblee Tucker
6/14/2024, 10:55:11 PM



#12 Buford Highway NB @ Chamblee Tucker



Chamblee #69 12mm
6/15/2024, 2:50:14 AM



A/B Chamblee #41 2.1
6/15/2024, 3:34:32 AM

FLOCK0000068

6/14/2024, 10:55:14 PM

1-9 of 62   ‹   ›

**Flag**: If something in the image does not match the details, like make, model, color, etc., flag the image to alert our developers of the error. You won't see any immediate updates reflected for your search results, but it does help our machine learning improve for future searches.

**Add Evidence:** If you use Axon Evidence.com (http://evidence.com/), you can import this photo from Flock directly into Evidence.com (http://evidence.com/).

**Add to Hot list**: This will add the plate directly into one of your Hot Lists so you don't have to manually type it in on a separate page. It will ask you what Hot List you want to add it to upon clicking it.



FLOCK0000069

**Edit Outcomes:** Add Outcomes (https://help.flocksafety.com/s/article/Using-Outcome-Capture) directly from your individual search result card.



**Exclude Plate**: Selecting this option will exclude this plate/vehicle from your search. If you need to include this vehicle in search results again, you can remove it from the plate filters on the left-hand side of the Search tool. Just click the red "x" on the plate listed under Excluded Plates and click 'Update Search'.

FLOCK0000070



**Export to PDF:** This will allow you to download a single search result as a PDF (https://help.flocksafety.com/s/article/Single-Search-Result-PDF-Export)

**Lookup:** This will open the Lookup tool (https://help.flocksafety.com/s/article/How-to-Use-the-Lookup-Tool-in-Search) (for Law Enforcement & Business only).

**Request Additional Footage:** LPR cameras take multiple images in a row and selects the best quality image to include in your search result. If you want to see the other images that were captured, this button will submit a request to see all other captured images. If there is still additional footage left on the camera that was not uploaded to the cloud, you can select this option, wait ~3 minutes, and then re-run the search. If additional footage is available from around that time, you will see additional images added to the Image Card upon rerunning the search.

**Visual Search:** If you have this enabled for your agency and role, you can use this one-click option to take a search result and run it through Flock's Machine Learning Visual Search tool (https://help.flocksafety.com/s/article/Using-Visual-Search).

## Download Search Results

You can download the entire page of search results by clicking the download icon in the top right corner of the search results page. There are two options for downloading search results:

- **Download Zip:** Zip folder download of all the images and metadata listed directly on the images

FLOCK0000071

- **Download CSV:** CSV sheet with the metadata associated with the images, not the images themselves



You can also download a single image from the image card options. This download include the picture of the vehicle as well as the camera location and date/time of capture.

FLOCK0000072



The image download will look like this:

FLOCK0000073



## Summary ⓘ

**Article Created Date**
1/17/2024, 1:31 PM

**Visible in Internal App**

**Created By**
Olivia Cercone, 2/17/2025, 1:22 PM

**Visible in Public Knowledge Base**

**Last Modified By**
Jessi Roman, 2/17/2025, 1:25 PM

**Visible to Customer**

FLOCK0000074

## Last Published Date

2/17/2025, 1:25 PM

## Visible to Partner

## Article Currency

USD - U.S. Dollar

---

Was this article helpful?    👍 0    👎 0

---

## Related Articles

| | |
|---|---|
| Using Visual Search in Advanced Search (/s/article/Using-Visual-Search) | 👁 1.79K |
| Using Convoy Search in Advanced Search (/s/article/Using-Convoy-Search) | 👁 1.68K |
| How to Use the Lookup Tool in Search (/s/article/How-to-Use-the-Lookup-Tool-in-Search) | 👁 1.44K |
| How to do a Partial License Plate Search (/s/article/Partial-License-Plate-Search) | 👁 1.6K |
| Search Filters & Definitions (/s/article/Search-Filters-Definitions) | 👁 2.18K |
| Camera Map & Camera Groups (/s/article/Search-by-Camera-Map-Camera-Groups) | 👁 3.23K |
| Community Safety Search & Best Practices (/s/article/Community-Safety-Search-Best-Practices) | 👁 879 |
| Export PDF from Search Result (/s/article/Single-Search-Result-PDF-Export) | 👁 616 |
| Flock Safety Mobile App Overview (/s/article/Flock-Safety-Mobile-App-Overview) | 👁 1.67K |
| How to Use the Search Tool - Redesign (/s/article/How-to-Use-the-Search-Tool-Redesign) | 👁 812 |

2024 Flock Safety. All right reserved.

FLOCK0000075