# EXHIBIT 11



**CONTAINS CONFIDENTIAL AND ATTORNEYS' EYES ONLY INFORMATION SUBJECT TO PROTECTIVE ORDER**

# Transcript of Davis Lukens, Corporate Designee

**Date:** July 29, 2025
**Case:** Schmidt and Arrington -v- City of Norfolk, et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF VIRGINIA
   - - - - - - - - - - - - - x
 3  LEE SCHMIDT and CRYSTAL    :

 4  ARRINGTON,                 :

 5              Plaintiffs,    :

 6     v.                      :   Civil Action No.

 7  CITY OF NORFOLK and MARK   :   2:24-cv-00621-MSD-LRL

 8  TALBOT, in his official    :

 9  capacity as Norfolk        :

10  Chief of Police,           :

11              Defendants.    :
   - - - - - - - - - - - - - X
12              CONTAINS CONFIDENTIAL AND

13         ATTORNEYS' EYES ONLY INFORMATION

14            SUBJECT TO PROTECTIVE ORDER

15   Videotaped Deposition of FLOCK GROUP INC. d/b/a

16     FLOCK SAFETY, by and through its Designated

17            Representative DAVID LUKENS

18                 Conducted Virtually

19        Tuesday, July 29, 2025, 9:05 a.m. EDT

20  Job No.:  589834

21  Pages 1 - 158

22  Reported by:  Debra A. Whitehead
```

CONTAINS CONFIDENTIAL & ATTORNEYS' EYES ONLY INFORMATION
Transcript of Davis Lukens, Corporate Designee
Conducted on July 29, 2025

2

1    Videotaped Deposition of DAVID LUKENS,
2    conducted virtually.
3
4
5    Pursuant to notice, before Debra Ann Whitehead,
6    E-Notary Public in and for the Commonwealth of
7    Virginia.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

```
 1              A P P E A R A N C E S

 2    ON BEHALF OF PLAINTIFFS:

 3         MICHAEL SOYFER, ESQUIRE

 4         JOSHUA WINDHAM, ESQUIRE

 5         ROBERT FROMMER, ESQUIRE

 6         TAMINEH DEHBOZORGI, ESQUIRE

 7         JESSICA BIGBIE, ESQUIRE

 8         THE INSTITUTE FOR JUSTICE

 9         901 North Glebe Road, Suite 900

10         Arlington, Virginia 22203

11         (703) 682-9320

12

13    ON BEHALF OF DEFENDANTS:

14         KARLA J. SOLORIA, ESQUIRE

15         ADAM D. MELITA, ESQUIRE

16         NORFOLK CITY ATTORNEY

17         900 City Hall Building

18         810 Union Street

19         Norfolk, Virginia 23510

20         (757) 664-4529

21

22
```

```
1    A P P E A R A N C E S    C O N T I N U E D

2    ON BEHALF OF FLOCK SAFETY AND THE WITNESS:

3        E. MARTIN ESTRADA, ESQUIRE

4        JOSEPH MANTEGANI, ESQUIRE

5        MUNGER TOLLES & OLSON

6        350 South Grand Avenue

7        50th Floor

8        Los Angeles, California 90071

9        (213) 683-9100

10

11

12   ALSO PRESENT:

13       JACK DUNN, Video Specialist

14       MICHAEL GOLDSTICKER, ESQUIRE

15       Inhouse Counsel, Flock Safety
```

```
1                    C O N T E N T S

2    EXAMINATION OF DAVID LUKENS                    PAGE

3     By Mr. Soyfer                                   8

4     By Mr. Estrada                                151

5

6                    E X H I B I T S

7              (Attached to the Transcript)

8    PLAINTIFFS' DEPOSITION EXHIBIT                 PAGE

9     Exhibit 54    Subpoena to Testify at a         12

10                  Deposition in a Civil Action

11    Exhibit 55    Printout from Flock Safety       54

12                  Website, Why Video Is the Missing

13                  Link in Your LPR Program

14    Exhibit 56    Printout from Flock Safety       72

15                  Website, How to Search in the

16                  Mobile App, Bates

17                  FLOCK 0000057 - 0000062

18    Exhibit 57    Printout from Flock Safety      102

19                  Website, Working with Search

20                  Results, Bates

21                  FLOCK 0000063 - 0000075

22
```

CONTAINS CONFIDENTIAL & ATTORNEYS' EYES ONLY INFORMATION
Transcript of Davis Lukens, Corporate Designee
Conducted on July 29, 2025                    6

```
         E X H I B I T S   C O N T I N U E D

PLAINTIFFS DEPOSITION EXHIBIT                       PAGE

 Exhibit 58    SFTP Server Access and Content        114
               Guide
 Exhibit 59    Excel Spreadsheet                     126
 Exhibit 60    Flock Safety, End-to-End Data         142
               Architecture Summary for Flock
               Safety, Bates
               FLOCK 0000177 - 0000178


Confidential - Subject to Protective Order
23:22-26:15; 32:5-32:13; 33:3-35:7; 36:12-37:18;
39:6-44:22; 46:3-47:17; 47:21-48:18; 50:2-50:20;
52:11-53:20; 55:20-58:20; 59:13-60:12; 63:6-63:12;
63:21-71:20; 74:12-74:18; 75:4-76:1; 79:11-86:3;
88:2-99:21; 100:12-100:21; 101:6-102:4; 111:17-112:6;
112:20-114:6; 130:8-142:15; 142:18-144:4; 144:15-149:10

Attorneys' Eyes Only - Subject to Protective Order
114:10-124:17; 126:4-130:5; 151:16-154:8
```

CONTAINS CONFIDENTIAL & ATTORNEYS' EYES ONLY INFORMATION
Transcript of Davis Lukens, Corporate Designee
Conducted on July 29, 2025

31

| | | | |
|---|---|---|---|
| 1 | Q | So every passing car, a picture is taken. | 09:30:42 |
| 2 | | Correct? | 09:30:47 |
| 3 | A | That is correct. | 09:30:48 |
| 4 | Q | I want to ask, so if you look at the | 09:30:48 |
| 5 | | topic again, I kind of wanted to break down some | 09:30:55 |
| 6 | | of the details here.  So we're going to start with | 09:30:58 |
| 7 | | their accuracy in capturing car details. | 09:31:01 |
| 8 | | Do you see that? | 09:31:03 |
| 9 | A | I see that. | 09:31:04 |
| 10 | Q | What details about cars do Flock -- the | 09:31:04 |
| 11 | | Flock cameras capture? | 09:31:11 |
| 12 | A | They capture the license plate, which is | 09:31:15 |
| 13 | | two pieces:  The state of the plate, as well as | 09:31:18 |
| 14 | | the OCR value, which is the optical character | 09:31:22 |
| 15 | | recognition value, industry term for the reading | 09:31:27 |
| 16 | | of the license plate number.  And then additional | 09:31:30 |
| 17 | | attributes about the vehicle itself; make, type, | 09:31:34 |
| 18 | | color, roof rack, bike rack, bumper sticker, | 09:31:37 |
| 19 | | window sticker, and toolbox. | 09:31:42 |
| 20 | Q | What do you mean by toolbox?  If there's | 09:31:46 |
| 21 | | just, like a toolbox on the vehicle? | 09:31:51 |
| 22 | A | Toolbox that you would see on a pickup | 09:31:54 |

CONTAINS CONFIDENTIAL & ATTORNEYS' EYES ONLY INFORMATION

Transcript of Davis Lukens, Corporate Designee
Conducted on July 29, 2025      38

| | | | |
|---|---|---|---|
| 1 | A | I did not say "model." | 09:39:02 |
| 2 | Q | Oh.  Can the -- can the cameras determine | 09:39:03 |
| 3 | the model of a vehicle? | | 09:39:09 |
| 4 | A | No. | 09:39:11 |
| 5 | Q | No.  Okay. | 09:39:11 |
| 6 | | Okay.  I believe you said that the | 09:39:31 |
| 7 | cameras can capture additional attributes about | | 09:39:32 |
| 8 | the vehicle itself, make, type, color, roof rack, | | 09:39:35 |
| 9 | bike rack, bumper sticker, window sticker, and | | 09:39:38 |
| 10 | toolbox. | | 09:39:43 |
| 11 | | Is that right? | 09:39:43 |
| 12 | A | That is correct. | 09:39:44 |
| 13 | Q | What do you mean by type? | 09:39:44 |
| 14 | A | SUV, car, truck, box truck, those types | 09:39:47 |
| 15 | of things. | | 09:39:53 |
| 16 | Q | And how do they -- how do the cameras | 09:39:53 |
| 17 | determine that from the images they capture? | | 09:39:56 |
| 18 | A | The same process that we use for reading | 09:39:59 |
| 19 | the license plate. | | 09:40:01 |
| 20 | Q | Machine learning.  Correct? | 09:40:02 |
| 21 | A | That is correct. | 09:40:04 |
| 22 | Q | Have the details that the cameras can | 09:40:04 |

CONTAINS CONFIDENTIAL & ATTORNEYS' EYES ONLY INFORMATION
Transcript of Davis Lukens, Corporate Designee
Conducted on July 29, 2025                                    63

| | | | |
|---|---|---|---|
| 1 | | Correct? | 10:13:10 |
| 2 | A | I see that, yes. | 10:13:11 |
| 3 | Q | What is Vehicle Fingerprint? | 10:13:12 |
| 4 | A | It is the marketing name for the vehicle | 10:13:17 |
| 5 | | attributes that we discussed earlier. | 10:13:20 |
| 6 | Q | Got it.  So it kind of refers to the | 10:13:22 |
| 7 | | ability of the Flock cameras to determine the | 10:13:31 |
| 8 | | vehicle attributes that we discussed. | 10:13:35 |
| 9 | | Is that right? | 10:13:36 |
| 10 | A | Yes.  It's the marketing name for the | 10:13:39 |
| 11 | | output of the machine learning model that we | 10:13:41 |
| 12 | | discussed earlier. | 10:13:45 |
| 13 | Q | And that includes all of the fields that | 10:13:45 |
| 14 | | you've listed for us.  Correct? | 10:13:54 |
| 15 | A | Make, type, color, bike rack, roof rack, | 10:13:57 |
| 16 | | bumper sticker, window sticker, toolbox. | 10:14:02 |
| 17 | Q | Does it include damage to the vehicle? | 10:14:04 |
| 18 | A | No. | 10:14:11 |
| 19 | Q | Has it ever? | 10:14:11 |
| 20 | A | No. | 10:14:12 |
| 21 | Q | Are there any plans to add that? | 10:14:12 |
| 22 | | MR. ESTRADA:  Objection.  Beyond the | 10:14:18 |

CONTAINS CONFIDENTIAL & ATTORNEYS' EYES ONLY INFORMATION

Transcript of Davis Lukens, Corporate Designee
Conducted on July 29, 2025                                               69

|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | a license plate.                                             | 10:20:08 |
| 2  |         Is that right?                                       | 10:20:09 |
| 3  |   A     Didn't read it accurately, yes.                      | 10:20:13 |
| 4  |   Q     Were there instances where the cameras               | 10:20:15 |
| 5  | didn't read it at all?                                       | 10:20:19 |
| 6  |   A     In the case that the license plate was               | 10:20:24 |
| 7  | blocked by another vehicle and/or someone was                | 10:20:25 |
| 8  | illegally blocking their license plate or did not            | 10:20:28 |
| 9  | have a license plate on the vehicle legally.                 | 10:20:32 |
| 10 |   Q     And so if you used Vehicle Fingerprint,              | 10:20:34 |
| 11 | you could pull up additional images of the --                | 10:20:41 |
| 12 | well, strike that.                                           | 10:20:44 |
| 13 |         Okay.  So one way you could search for a             | 10:20:46 |
| 14 | car in Flock OS is you could type in the license             | 10:20:49 |
| 15 | plate and you could pull up all the images where             | 10:20:51 |
| 16 | the camera has read that license plate.                      | 10:20:54 |
| 17 |         Is that right?                                       | 10:20:56 |
| 18 |   A     You can search by license plate, yes.                | 10:20:58 |
| 19 |   Q     You can also search for the vehicle                  | 10:21:00 |
| 20 | features using these Vehicle Fingerprint features.           | 10:21:06 |
| 21 |         Correct?                                             | 10:21:09 |
| 22 |   A     You could filter search results by those             | 10:21:12 |

CONTAINS CONFIDENTIAL & ATTORNEYS' EYES ONLY INFORMATION
Transcript of Davis Lukens, Corporate Designee
Conducted on July 29, 2025                                              70

| | | |
|---|---|---|
| 1 | filters, yes. | 10:21:14 |
| 2 | Q    And so in cases where the cameras didn't | 10:21:15 |
| 3 | read the car correctly, you may still be able to | 10:21:19 |
| 4 | pull up additional images of a car based on the | 10:21:21 |
| 5 | Vehicle Fingerprint features.  Right? | 10:21:25 |
| 6 | A    You would be able to get search results | 10:21:29 |
| 7 | based off of those vehicle attributes if you did | 10:21:31 |
| 8 | not enter a license plate. | 10:21:34 |
| 9 | Q    I guess what I'm asking is, a car passes | 10:21:37 |
| 10 | Flock cameras multiple times.  Right?  And one of | 10:21:43 |
| 11 | those times the camera doesn't read the license | 10:21:49 |
| 12 | plate correctly. | 10:21:52 |
| 13 | Are you with me? | 10:21:54 |
| 14 | A    Yes. | 10:21:56 |
| 15 | Q    So if I just search the license plate | 10:21:56 |
| 16 | that one time where the license plate wasn't read | 10:22:01 |
| 17 | correctly won't come up in my search.  Right? | 10:22:04 |
| 18 | MR. ESTRADA:  Objection.  Incomplete | 10:22:09 |
| 19 | hypothetical. | 10:22:11 |
| 20 | A    If you type in a license plate with | 10:22:13 |
| 21 | specific numbers, and that license plate number | 10:22:16 |
| 22 | was not in a different image, then that image | 10:22:17 |

CONTAINS CONFIDENTIAL & ATTORNEYS' EYES ONLY INFORMATION

Transcript of Davis Lukens, Corporate Designee
Conducted on July 29, 2025                                                86

| | | |
|---|---|---|
| 1 | A    I'm sure along the way I've heard other | 10:39:49 |
| 2 | reasons that someone has used it.  I do not | 10:39:52 |
| 3 | remember them specifically off the top of my head. | 10:39:55 |
| 4 | Q    Got it. | 10:39:59 |
| 5 | A    And to be clear, Norfolk does not have | 10:40:02 |
| 6 | access to this product. | 10:40:05 |
| 7 | Q    And why is that? | 10:40:05 |
| 8 | A    They chose not to buy it. | 10:40:07 |
| 9 | Q    So it's like an add-on, I guess? | 10:40:09 |
| 10 | A    That is correct. | 10:40:12 |
| 11 | Q    Is it part of -- let me just ask you, do | 10:40:13 |
| 12 | you sort of pay a la carte for that, if you | 10:40:20 |
| 13 | understand what I mean, or is it part of, like, a | 10:40:23 |
| 14 | different package that you have to purchase? | 10:40:25 |
| 15 | A    It is a part of a package of a couple | 10:40:30 |
| 16 | different features. | 10:40:32 |
| 17 | Q    Could Norfolk buy that package? | 10:40:33 |
| 18 | MR. ESTRADA:  Objection.  Lack of | 10:40:42 |
| 19 | foundation.  Calls for speculation. | 10:40:44 |
| 20 | A    I'm not aware of what the city council or | 10:40:49 |
| 21 | community would approve of, whether they have the | 10:40:52 |
| 22 | capability for them to buy that or not. | 10:40:56 |

CONTAINS CONFIDENTIAL & ATTORNEYS' EYES ONLY INFORMATION
Transcript of Davis Lukens, Corporate Designee
Conducted on July 29, 2025

87

| | | |
|---|---|---|
| 1 | Q   On Flock then, is that available for | 10:40:58 |
| 2 | Norfolk? | 10:41:03 |
| 3 | A   They could reach out to their sales rep | 10:41:04 |
| 4 | and ask to buy it, yes. | 10:41:06 |
| 5 | Q   And Flock wouldn't say no, or that's | 10:41:07 |
| 6 | impossible, or anything like that.  Right? | 10:41:09 |
| 7 | MR. ESTRADA:  Objection.  Calls for | 10:41:11 |
| 8 | speculation.  Beyond the scope. | 10:41:12 |
| 9 | A   Not -- not given that they had approval | 10:41:15 |
| 10 | to buy it. | 10:41:17 |
| 11 | Q   Not given that they have approval to buy | 10:41:18 |
| 12 | it.  What do you mean? | 10:41:25 |
| 13 | A   It costs money, and therefore they would | 10:41:29 |
| 14 | have to get the money from their city council to | 10:41:31 |
| 15 | buy it. | 10:41:33 |
| 16 | Q   So Flock would want to know that they | 10:41:34 |
| 17 | have the money to pay for it, essentially. | 10:41:37 |
| 18 | Is that fair? | 10:41:40 |
| 19 | MR. ESTRADA:  Objection.  Misstates | 10:41:41 |
| 20 | testimony. | 10:41:43 |
| 21 | A   No; I'm just discussing what the process | 10:41:45 |
| 22 | that would need to be done by the city in order to | 10:41:47 |

CONTAINS CONFIDENTIAL & ATTORNEYS' EYES ONLY INFORMATION

Transcript of Davis Lukens, Corporate Designee
Conducted on July 29, 2025

99

| | | |
|---|---|---|
| 1 | Q    So the only reason today you can say that | 10:55:03 |
| 2 | they're doing that is to locate the vehicle. | 10:55:06 |
| 3 | Correct? | 10:55:10 |
| 4 | A    Given this vehicle's license plate was on | 10:55:13 |
| 5 | a hot list for a reason, stolen vehicle, other -- | 10:55:16 |
| 6 | other reasons, they likely are wanting to stop | 10:55:20 |
| 7 | that vehicle for a criminal investigation purpose. | 10:55:26 |
| 8 | Q    Could officers use Real-Time Routing for | 10:55:32 |
| 9 | vehicles that are not on a hot list? | 10:55:38 |
| 10 | A    No. | 10:55:40 |
| 11 | Q    It only works with vehicles on a hot | 10:55:40 |
| 12 | list. | 10:55:45 |
| 13 | Is that right? | 10:55:46 |
| 14 | MR. ESTRADA:  Objection.  Asked and | 10:55:47 |
| 15 | answered. | 10:55:48 |
| 16 | A    Vehicles on a hot list that were then | 10:55:50 |
| 17 | seen by one of the cameras and works for that | 10:55:52 |
| 18 | particular period of time. | 10:55:56 |
| 19 | Q    Could it be a custom hot list? | 10:55:58 |
| 20 | A    It could be any -- it could be a custom | 10:56:04 |
| 21 | hot list, yes. | 10:56:06 |
| 22 | Q    So I guess counsel sort of explained this | 10:56:07 |

CONTAINS CONFIDENTIAL & ATTORNEYS' EYES ONLY INFORMATION

Transcript of Davis Lukens, Corporate Designee
Conducted on July 29, 2025

100

| | | |
|---|---|---|
| 1 | earlier, but I'd rather hear it from you. | 10:56:15 |
| 2 |     Is Real-Time Routing available to | 10:56:17 |
| 3 | Norfolk? | 10:56:21 |
| 4 |   A   No. | 10:56:21 |
| 5 |   Q   Is it available for purchase to Norfolk? | 10:56:21 |
| 6 |   A   It is part of the same package as Convoy | 10:56:26 |
| 7 | Analysis. | 10:56:29 |
| 8 |   Q   So Norfolk, if it had authorization, | 10:56:29 |
| 9 | could come to Flock and buy Real-Time Routing | 10:56:35 |
| 10 | along with Convoy Analysis.  Right? | 10:56:38 |
| 11 |   A   That is correct. | 10:56:42 |
| 12 |   Q   Is there anything about Real-Time Routing | 10:56:42 |
| 13 | that an officer could do manually just looking at | 10:56:50 |
| 14 | the data? | 10:56:54 |
| 15 |   A   They could manually recreate the | 10:57:03 |
| 16 | percentages.  I guess I would -- | 10:57:05 |
| 17 |   Q   Yeah -- oh, sorry.  Go ahead. | 10:57:09 |
| 18 |   A   I would assume an officer is knowing -- | 10:57:13 |
| 19 | having worked in that particular community, would | 10:57:15 |
| 20 | probably -- be better at knowing where vehicles | 10:57:18 |
| 21 | would normally go than Real-Time Routing would. | 10:57:23 |
| 22 |   Q   So let's move on to Topic 10.  This is, | 10:57:26 |

CONTAINS CONFIDENTIAL & ATTORNEYS' EYES ONLY INFORMATION

Transcript of Davis Lukens, Corporate Designee
Conducted on July 29, 2025

130

| | | |
|---|---|---|
| 1 | A    Not for each ID, no. | 11:42:37 |
| 2 | Q    Did Flock discontinue that -- well, I | 11:42:39 |
| 3 | guess, did that change over time? | 11:42:44 |
| 4 | A    I can't speak to this particular moment | 11:42:50 |
| 5 | in time. | 11:42:51 |
| 6 | Q    Okay.  I am going to stop sharing my | 11:42:52 |
| 7 | screen.  I think you can set that document aside. | 11:42:58 |
| 8 | Where is Norfolk's Flock data stored? | 11:43:17 |
| 9 | A    In a Flock cloud environment in AWS, | 11:43:22 |
| 10 | Amazon Web Services. | 11:43:26 |
| 11 | Q    And Amazon is -- Amazon Web Services is | 11:43:27 |
| 12 | not part of Flock.  Correct? | 11:43:35 |
| 13 | A    No. | 11:43:38 |
| 14 | Q    They're a subsidiary of Amazon.  Right? | 11:43:39 |
| 15 | MR. ESTRADA:  Objection.  Lack of | 11:43:44 |
| 16 | foundation. | 11:43:45 |
| 17 | A    I believe they are considered a | 11:43:47 |
| 18 | subsidiary, but I'm not completely sure. | 11:43:48 |
| 19 | Q    Okay.  They're a separate company is all | 11:43:51 |
| 20 | I'm trying to get at.  Right? | 11:43:54 |
| 21 | A    Flock and Amazon Web Services are not the | 11:43:57 |
| 22 | same company, that is correct. | 11:43:59 |

CONTAINS CONFIDENTIAL & ATTORNEYS' EYES ONLY INFORMATION

Transcript of Davis Lukens, Corporate Designee
Conducted on July 29, 2025

131

| | | |
|---|---|---|
| 1 | Q   Got it.  Can you explain to me how data | 11:44:00 |
| 2 | gets from the camera to Amazon Web Services, just | 11:44:03 |
| 3 | in broad strokes? | 11:44:07 |
| 4 | A   It goes over cellular connectivity to the | 11:44:10 |
| 5 | cloud. | 11:44:15 |
| 6 | Q   Does any data processing happen on the | 11:44:15 |
| 7 | camera? | 11:44:18 |
| 8 | A   Yes. | 11:44:20 |
| 9 | Q   And again just broad strokes, what sort | 11:44:20 |
| 10 | of data processing happens on the camera? | 11:44:24 |
| 11 | A   Some initial filtering. | 11:44:29 |
| 12 | Q   So over cellular connectivity, does the | 11:44:31 |
| 13 | data go straight to Amazon, does it, like, transit | 11:44:43 |
| 14 | through Flock, something else? | 11:44:48 |
| 15 | A   It doesn't transmit via Flock, no. | 11:44:52 |
| 16 | Q   It's stored directly with Amazon. | 11:44:55 |
| 17 | Is that right? | 11:44:58 |
| 18 | A   In the -- in the Flock part of -- Flock | 11:44:59 |
| 19 | environment in Amazon, yes. | 11:45:02 |
| 20 | Q   Does Flock pay Amazon Web Services to | 11:45:07 |
| 21 | store data on its behalf? | 11:45:10 |
| 22 | A   We pay Amazon for the services it | 11:45:15 |

CONTAINS CONFIDENTIAL & ATTORNEYS' EYES ONLY INFORMATION
Transcript of Davis Lukens, Corporate Designee
Conducted on July 29, 2025                    158

```
 1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
 2   I, Debra Ann Whitehead, E-Notary Public in and
 3  for the Commonwealth of Virginia, the officer
 4  before whom the foregoing proceedings were taken,
 5  do hereby certify that the foregoing transcript is
 6  a true and correct record of the proceedings; that
 7  said proceedings were taken by me stenographically
 8  and thereafter reduced to typewriting under my
 9  supervision; that reading and signing was not
10  requested; and that I am neither counsel for,
11  related to, nor employed by any of the parties to
12  this case and have no interest, financial or
13  otherwise, in its outcome.
14   IN WITNESS WHEREOF, I have hereunto set my hand
15  and affixed my notarial seal this 8th day of
    August, 2025.
16  My commission expires:
    October 31, 2027
17
18  [signature]
19
20  -----------------------------
21  E-NOTARY PUBLIC IN AND FOR THE
22  COMMONWEALTH OF VIRGINIA
```