# EXHIBIT 16



| | Operational Special Order – 23-002: Flock Safety |
|---|---|
| **THE CITY OF NORFOLK** POLICE DEPARTMENT | Office of Preparation: Special Projects (cmt) |
| | **CALEA:** |
| APPROVED BY THE AUTHORITY OF THE CHIEF OF POLICE: MC̄ʌ ⟨signature⟩ | Date: 07-13-23 |

Purpose:

To provide Norfolk Police Department personnel with guidelines and principles for the use, response, collection, access, dissemination, retention and purging of Flock Safety data to ensure that information is used for legitimate law enforcement purposes only.

Policy:

It is the policy of the Norfolk Police Department to enhance law enforcement capabilities by utilizing the latest technologies for crime prevention and apprehension of criminals. Flock Safety utilizes motion activated License Plate Readers (LPRs) to scan, detect and identify license plate numbers and vehicle characteristics. Officers will receive the appropriate training prior to being authorized to use these devices for law enforcement purposes. Flock Safety and the LPRs associated with the system will be used and maintained in accordance with manufacturer recommendations and this policy.

Order Contents:

   I.   Responsibilities
   II.  Procedures
   III. Training
   IV.  Maintenance

I. Responsibilities

   A. Authority to approve use of Flock Safety LPR devices shall be vested in the Chief of Police or their designee.

   B. Until the establishment of the Real Time Crime Center (RTCC) the Special Projects lieutenant will act as the point of contact and liaison with Flock Safety. The Special Projects lieutenant will be responsible for overseeing the development and administration of the training process for assuring proficiency of operators. This will include but is not limited to:

      1. Ensuring the Standard Operating Procedures, Operational General Order and any necessary forms are developed based of the manufacture's recommendations, VCIN/NCIC regulations and appropriate legal mandates.

      2. Maintaining training records:

         a. Ensuring that proficiency training is received by each user

         b. Training is documented and forwarded to the Training Division when conducted.

         c. The Training Division will maintain all training records.

      3. Reviewing and revising all applicable training criteria on an as needed basis.

   C. Supervisors will ensure that personnel who operate the Flock Safety platform will follow the established guidelines and procedures.

   D. Norfolk Police Department Flock Safety system administrators will be responsible for adding personnel to the system as well as accepting/approving data sharing requests with other jurisdictions.

II. Procedures

   A. Use of Flock Safety will fall under the purview of the Special Projects lieutenant until the establishment of the RTCC, or their designee and will be based on the operational needs of the department.

   B. **Patrol officers are required to sign into Flock Safety and utilize the technology throughout their entire shift.**

   C. Flock Safety is to be utilized by personnel for law enforcement purposes only.

   D. All users must receive standardized training prior to operating Flock Safety.

   E. Personnel will ensure that they are logged into Flock Safety under the username assigned to them.

   F. Personnel will only utilize city issued equipment to access Flock Safety.

   G. Flock Safety will automatically delete data after a 30 day period.

   H. Personnel who are assigned to the Investigative Services Bureau will have rights to search as well as input information into the system. Prior to entering information into the Flock custom hotlist, the investigator will obtain approval from a Detective

Division supervisor by submitting a Request to Enter a Flock Custom Hotlist Form (PD643). Signed forms will be forwarded to the Lieutenant of Special Projects lieutenant. **Entering a vehicle into the custom hotlist will require a documented criminal predicate.** Examples of possible scenarios when the manual entry of a license plate is warranted include, but are not limited to:

1. Be On Look Out (BOLO)
2. Stolen Vehicle
3. Attempt to Locate
4. AMBER/SILVER Alert
5. Child Abduction
6. Wanted Person
7. Missing Person

I. Personnel who enter information into the Flock Safety custom hotlists are responsible for setting the expiration date to within 30 days. If after 30 days it is still necessary to maintain the information into Flock, a new Request to Enter a Flock Custom Hotlist form (PD643) will be completed and will not exceed an additional 30 days. The extension will automatically be purged at the conclusion of the 30 days.

J. Personnel are prohibited from releasing any specific information obtained by Flock Safety to any non-law enforcement entity.

K. **An alert or information received through Flock Safety shall not be used as the sole reason for a traffic stop or enforcement contact until all provisions contained in this section have been satisfied.** When an alert is received through Flock Safety, sworn personnel shall take the following actions:

1. Visually verify that the scanned license plate matches the alert information received.
2. Verify the information received through VCIN/NCIC. When verifying the alert, the receiving personnel will notify the EOC via radio that the verification request is the result of a Flock Safety alert. This serves two purposes:
   a. Allows for thorough alert verification check through the EOC; and
   b. Initiates a Computer Aided Dispatch (CAD) documentation process and notifies the EOC of the potential request for assistance by other nearby units.
3. After verifying the alert through the EOC and visually verifying that the information received matches the vehicle in question, the sworn member will take the appropriate police action after considering all the variables and while adhering to current departmental policies and procedures.

III. Training

  A. Prior to using Flock Safety for law enforcement purposes, personnel will complete the Flock Safety orientation course offered by Flock Safety disseminated through Power DMS.

  B. Training will be based on the manufacturer's recommendations and suggestions from Special Projects lieutenant until the creation of the RTCC.

  C. Training will include:

  1. Completion of the Flock Safety orientation video
  2. Setup and maintenance procedures
  3. Proper use guidelines
  4. Legal issues involved with use of Flock Safety
  5. Information entry and deletion
  6. Other training deemed necessary and established by the Chief of Police or their designee
  7. The Training Division will approve all recommended training and maintain all training records.

IV. Maintenance

  A. The Special Projects lieutenant will be responsible for overseeing the installation, implementation, and maintenance of Flock Safety equipment until the establishment of the RTCC.

  B. Flock Safety equipment will not be manipulated by anyone except a technician authorized by Flock Safety. The Special Projects lieutenant, until the establishment of the RTCC, will be responsible for the notification and coordination with Flock Safety when Flock Safety equipment requires attention.

  C. Any damage, manipulation, or hindering of Flock Safety equipment observed by an officer shall be immediately reported to a supervisor who will notify Special Projects lieutenant until the creation of the RTCC.

  D. Flock Safety maintains the operability of each camera and is responsible for repairing damaged or malfunctioning cameras. Flock Safety maintains all records of repairs and maintenance.

NORF018638

Definitions

<u>Hot Lists</u>: A list of stolen plates and vehicles entered into the National Crime Information Center (NCIC) database and the Virginia Crime Information Network (VCIN) database.

<u>Custom Hotlist:</u> Any information that is entered manually into a hotlist by the operating member.

<u>License Plate Reader (LPR)</u>: A specialized system consisting of equipment designed to read, store and check license plates. The LPR is commonly mounted to a patrol vehicle and connected to a computer within the vehicle; however, there are other device configurations available (Hand-held, Stationary/Fixed).

Related Documents:
1. OPR-710: Operation of Police Vehicles
2. OPR-492: LPR System

Related Forms:
1. PD Form 643: Flock Custom Hotlist Entry Request