# EXHIBIT 20

1

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF VIRGINIA
 2                           Norfolk Division

 3

 4    - - - - - - - - - - - - - - - -
      LEE SCHMIDT, et al.,           )
 5                                   )
            V.                       )
 6                                   )    CASE NO. 2:24-CV-621
      CITY OF NORFOLK,               )
 7                                   )
                  Defendant.         )
 8                                   )
      - - - - - - - - - - - - - - - -
 9

10

11                      TRANSCRIPT OF PROCEEDINGS

12                           Motion Hearing

13                          Norfolk, Virginia

14                           August 6, 2025

15

16    BEFORE:    THE HONORABLE LAWRENCE R. LEONARD,
                 United States Magistrate Judge
17

18    APPEARANCES:

19              INSTITUTE FOR JUSTICE
             By:  Michael Benjamin Soyfer
20                Joshua Aaron Windham
                  Counsel for Plaintiffs
21
             THE CITY ATTORNEY'S OFFICE/THE CITY OF NORFOLK
22           By:  Karla Marissa Jamias Soloria
                  Adam Daniel Melita
23                Jonathan Ian Kravis
                  Counsel for Defendants
24

25
```

MICHELLE M. MAAR, OCR, RDR, RMR, FCRR

1      THE COURT: Let me ask you one more question, Mr.
2 Soyfer.
3      Does the search occur when the camera snaps a
4 picture of the license plate or when the police access the
5 file?
6      MR. SOYFER: When the camera snaps a picture of the
7 license plate, Your Honor.
8      THE COURT: Is that well understood?
9      MR. SOYFER: I don't think within the case law it
10 necessarily is, but that is because of -- well, that's
11 largely because in *Carpenter*, the government was accessing a
12 database that was maintained by a third party. And many of
13 these cases arise in the third-party context.
14      But I think, for instance, in *Beautiful Struggle*,
15 the search happened when the planes flew over the city and
16 photographed everyone and not just when that was accessed
17 because otherwise -- you know, the plaintiffs were seeking an
18 order to delete the images. And if the images could just be
19 stored, you know, somewhere, and the search only happened
20 when someone accessed them, I don't think that would
21 necessarily be appropriate relief.
22      THE COURT: As a technical matter -- to what extent
23 is Flock involved in having the data or taking the picture?
24      Is this something Norfolk has to go to Flock to get
25 the data? Or is Flock totally out of it -- they put their

```
 1
 2                         CERTIFICATE
 3
 4         This is to certify that the foregoing transcript
 5  of proceedings, taken at the judicial session of the United
 6  States District Court, Eastern District of Virginia, Norfolk
 7  Courthouse, is a true and accurate transcription of the
 8  proceedings taken by me in machine shorthand and transcribed
 9  to the best of my ability by computer.
10         This, the 14th day of August 2025.
11
12              /S/   MICHELLE MAAR
13              Michelle Maar, RDR, RMR, FCRR
                Official Court Reporter
14
15
```