# EXHIBIT 27

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

LEE SCHMIDT and CRYSTAL ARRINGTON,

**Plaintiffs,**

v.

**CITY OF NORFOLK and MARK TALBOT, in
his official capacity as the Norfolk Chief of Police,**

**Defendants.**

Civil Action No. 2:24-cv-621

## DECLARATION OF RICHARD A. BULL

I, Richard A. Bull, declare as follows:

1.      I am the City Clerk of the City of Norfolk, Virginia. I make this declaration based on personal knowledge.  If called as a witness, then I could and would testify competently to the facts stated herein.

2.      The Office of the City Clerk, which I lead, records and manages the city's legislative and official proceedings, provides administrative support, and serves as the liaison between the Norfolk City Council and Norfolk's citizens.  As part of those responsibilities, the Office of the City Clerk keeps a record of the City Council's proceedings and serves as custodian of those records.

3.      Attached hereto as **Exhibit A**, bearing Bates numbers NORF001607 through NORF001612, is a true and correct copy of the minutes of the Norfolk City Council meeting which took place on Tuesday, January 24, 2023.

4.      Attached as **Exhibit B,** bearing Bates number NORF001636 through NORF001645, is a true and correct copy of the minutes of the Norfolk City Council meeting which took place on Tuesday, May 23, 2023.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 12th day of September, 2025, at Norfolk, Virginia.

Richard A.  Bull
City Clerk, City of Norfolk

# Exhibit A

**NORFOLK, VIRGINIA**

**MEETING OF COUNCIL**

**TUESDAY, JANUARY 24, 2023**

Mayor Kenneth Cooper Alexander, called the meeting to order at 3:30 p.m., with the following members present: Mrs. Courtney R. Doyle, Mrs. Mamie B. Johnson, Mrs. Andria P. McClellan, Mr. John E. Paige, Ms. Danica J. Royster, Mr. Tommy R. Smigiel Jr., and Vice Mayor Martin A. Thomas Jr.

<u>AGENDA</u>

<u>Announcements</u>

Dr. Filer announced that Mr. Robert "Bobby" Tajan will be rejoining the City of Norfolk staff. He most recently was the Planning Director with the City of Virginia Beach after previously working in Norfolk's Planning Department for 13 years. He will serve as a Chief Project Manager in the City Manager's office. Norfolk has several very large development projects ready to get underway and Mr. Tajan will work on getting those projects on time and moving through the planning process, architectural review process, and permitting process. In addition, as we continue to review some of our internal policies and procedures in planning, Mr. Tajan will help us to try and streamline that process.

<u>Norfolk Police Department 2022 Review</u>
*Presenters: Mr. Michael Goldsmith, Interim Chief of Police*

Chief Goldsmith gave a summary of what has happened in the Norfolk Police Department (NPD) over the past year. He presented and reviewed a series of graphs and commented as follows on statistics and trends:

Total crime in 2022: Total crime has increased 36% which is basically driven by property crime numbers.

Violent crime overall was reduced by 6%; however, this is not a victory because there is still too much of it going on in the city.

Property crime is driven mainly by an increase in burglaries, larcenies, and stolen automobiles.

Stolen vehicles are a particular problem right now in the city. Hyundai and Kia make up almost 30% of automobiles being stolen in the city. We have not seen an increase like this in many years and it is the same methodology that was used back then. Groups learned how to attach a device to the steering column of an automobile and use it to turn the car on. As a result, those thefts that were happening countrywide, the manufacturers started designing the cars with anti-theft devices in them to make them more difficult to steal. Soon after, there was a tremendous decrease in stolen automobiles. Suspects are not only

- 1 -

learning from one another, but they can also learn how on the internet. NPD is working with their crime intervention units on educating the public on how to prevent these types of thefts.

These stolen vehicles are used for joyriding and/or used to commit other crimes.  NPD is working on a policy change to be able to pursue stolen cars.   They are currently working with Virginia Beach and are in the process of training officers how to safely pursue on their Emergency Vehicle Operator Class (EVOC) course.   There is also training through our PowerDMS system that talks about the importance of engaging in pursuits safely and supervisors and field commanders monitoring pursuits to make sure they do not become unsafe.

Larceny from automobiles.  Some of this is opportunity for crime such as people leaving belongings in their cars or leaving their car unlocked.  NPD is trying to educate citizens on how to reduce opportunities for crime.  Chief Goldsmith added that some of the structural things they are doing in city garages will help tremendously in reducing these larcenies.

**Total Crime Trend Line 2022**

Trend lines over the last 12 months.  For total violent crime we peaked in August, but in the last six months we started to move down a little bit.  The trend is holding, and we are hopeful with the measures in place we can continue this trend into the front part of 2023.  Total property crime also saw a decrease over the last six months.  Policing strategies and partnering with communities has assisted with these decreases.

Councilwoman McClellan asked if this data is available on our CivicLab.  Chief Goldsmith stated in our work with the Center for Policing Equity (CPE), they are trying to update the data and make sure it is in a forward-facing portal.  All the data may not be there at this time, but some of it is there.  As we get further along with CPE, we will have more of this information available for residents. They can get to the data from the city's web page by going to the open data portal and then to police department data.

Councilwoman Johnson stated it is important to inform and encourage our citizens how they can help.  Chief Goldsmith stressed this really is about partnerships and there is no police department that can do this work alone.   They ask citizens to contact their community resource officer and the commanding officers of patrol divisions.   The commanders know who is working in a particular area and where the resources are.

Councilwoman Royster asked if data is available on how many firearms were reported stolen from vehicles in 2022.  Chief Goldsmith stated it is a fair amount, and he will provide the data to Council.  He stated it is important to note that some stolen weapons are used in other crimes and sometimes end up hurting somebody.  Councilwoman Royster suggested engaging with the public and providing safety locks as we continue the messaging about firearm storage and safety.

- 2 -

NORF001608

Councilman Smigiel cited a recent news article about the increase in homicides in Hampton Roads.  Norfolk's homicides did not increase, but it is still a high number which is not good.  The article mentioned only 44% of those in Norfolk had been solved.  The General Assembly has changed some laws that affect what police officers can and cannot do in holding people accountable. He suggested the City Manager and staff investigate why the solve rate was so low and if it was due to prosecution issues such as cases being dropped or pled down, etc.   Chief Goldsmith again stressed the importance of a community partnership and citizens informing police about what is going on in their neighborhoods.   Dr. Filer stated he will be meeting with the Commonwealth's Attorney soon to discuss having more open communication during the investigative process.

Councilwoman McClellan noted that The General Assembly passed legislation on reporting stolen firearms. She stated we need to educate the public about this requirement and its enforcement if a stolen weapon was not reported and then used in a crime.  She asked if the department is keeping this data and are they seeing a rise in the number of stolen firearms reported.   Chief Goldsmith stated the law just went into effect, but he will get those numbers to Council.  He added there is a strong secondary market for the resale of firearms and after the first point of sale recordkeeping becomes somewhat difficult to trace if a weapon used in a crime was sold, stolen, etc.

Councilman Paige noted that robberies have increased and traditionally they are looked upon as future possible homicides.  With the department being shorthanded, he asked what is being done to look at this problem from a different perspective.   Chief Goldsmith stated that the robbery and homicide divisions work very closely with one another and are constantly exchanging information so they can track what is going on and what the next steps are to try to interdict this.

Councilman Paige asked once these firearms are recovered and traced to ownership, are they then traced to the point of origin such as a particular gun store in Norfolk.  Chief Goldsmith stated they are working with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) to trace the firearms to figure out whether there is any straw purchasing going on and if prosecution is warranted.

Councilman Paige asked about the overall morale of the Norfolk Police Department. Chief Goldsmith stated morale has started to increase due to recent Council actions and what they have done internally in the department, but he emphasized there is still some negative narrative publicly and that is part of the reason they struggle with recruiting. There have been recent leadership trainings and there is a Request for Proposal (RFP) out to get more leadership training.  The department is also in the process of constructing a RFP for organizational design training that will allow them to look at constructing a police department, looking at scheduling, and how to create a positive and inviting workforce environment.

- 3 -

NORF001609

**Recruiting**

<u>What are we doing to bolster our recruiting efforts?</u>
- Streamlined hiring process
- Targeted marketing (Epic Recruiting) – NY, PA, WA
- Lateral Program
- Updated NPDJOBS.COM website
- Referral Bonus
- Sign-on Bonus

<u>What additional initiatives are we planning on implementing in 2023 to bolster these efforts?</u>
- Static and digital advertising and marketing during ODU sporting events
- ADAMS Billboard strategically placed outside Hampton Roads area
- Hampton University Magazine – disseminated to all HBCUs
- Continue with social media
- Digital advertising in numerous businesses in Hampton Roads
- Targeting military installations/programs

<u>What challenges are we facing with recruiting candidates?</u>
- Nationwide shortage means more agencies are competing for the same applicants
- Locally, having a shorter application process is critical to landing qualified applicants, who regularly apply with multiple local agencies

**Hiring 2022**

<u>In 2022 the Norfolk Police Department commenced a total of three police academies that included police recruits and deputy laterals.</u>
- Recruit Class 110 began on January 18, 2022, with a total of 17 police recruits with a total of 11 graduating.
- Recruit Class 111 began June 21, 2022, with a total of 26 police recruits and deputy laterals with a total of 17 graduating.
- Recruit Class 112 began on November 7, 2022, with a total of 25 police recruits and deputy laterals.  The academy graduation date is scheduled for May 4, 2023, and 19 police recruits remain.
- Additionally, a total of 3 Virginia certified law enforcement officers were selected for hire.

Chief Goldsmith stated there have been 53 hires over the last 18 months.  He noted that at the last retreat he told Council that 55 hires are needed per 12-month period to be able to improve.  We are two short and a little bit further in our timeline.   They are still working on approaches to increase the number of police officers in the city. For the next budget cycle, they will ask Council to fund a new program devoted strictly to recruiting and retention.  The idea behind that is to allow NPD to better measure and better resource what is happening in those two areas.  Much of what they are seeing of where they are failing to

- 4 -

meet demand, is based on staffing. Dr. Filer stated they are also looking at the sworn/un-sworn ratios. Some police work can be done by a civilian analyst, crime analyst, or other type of degree. In all the models they are looked at and the reality of what the job market looks like, the City of Norfolk will probably never see 775 sworn police officers again. It does not mean that we cannot have 700 good police officers, but there has been a structural change to policing and we need to think about how we adjust that sworn/non-sworn ratio.

Councilman Smigiel stated that there has been negative rhetoric in the community about defunding the police when shifting some of these positions, which is untrue. Council has increased the police budget towards technology and salaries to try to retain officers. Mayor Alexander echoed Councilman Smigiel adding that Norfolk has never used language suggesting that there be any defunding of public safety and first responders.

### Center for Policing Equity/COMPSTAT 4 JUSTICE (CPE/C4J)
- The CPE/NPD partnership will enter its third year on March 5, 2023.
- CPE has completed the needs assessment with analytical findings and recommendations. The next step involves convening an onsite action team of stakeholders and creation of a strategic plan. Credible messengers within the NPD have been implemented to increase flow of information and feedback with departmental members.
- The analysis consists of a review of policing practices, community and police data, local history, current events, data from surveys and focus experiences. Public release will occur at the end of April 2023.

### Newark Street Team/Violence Interrupters
- City issued RFP in 2021 for assessment and training in community violence intervention (CVI) strategies.
- Newark Community Street Team (NCST) awarded contract and has been working in Norfolk over the last year.
- Final community landscape analysis delivered mid-2022. Organization assessments and CVI Level 1 training delivered for five community groups.
- City implemented NCST near-term recommendation to deliver a mini-grant program to support community violence recovery, education, and support events. Two rounds in 2022 awarded 200K to 20+ community groups.
- City finalizing a second RFP to select partners to operationalize NCST's recommendations.
- NCST to deliver CVI Level 2 training and on-going technical assistance throughout 2023.

### NPD Guiding Principles
- Officer Wellness
- Operationally Sound
- Creating a Learning Organization
- Strength in Diversity
- Principle Centered Leadership

NORF001611

Councilman Smigiel asked how many Flock safety cameras are being purchased. Chief Goldsmith stated it is a fair amount and he will send Council a map showing all the proposed locations for the cameras.

Councilwoman McClellan asked how NPD is addressing issues with our homeless population. Chief Goldsmith stated it is a complex problem for law enforcement all over the country because being "un-housed" is not against the law. He noted that the department partners very closely with the Community Services Board (CSB) to ensure their team can try to address these issues.

Councilwoman McClellan asked for a status report on the Citizen Review Board. Chief Goldsmith stated they have worked to refine the format and the process, and they also want the new Chief of Police to have the opportunity to weigh in on it as well.

Dr. Filer stated that the Chief of Police search is moving forward. They are down to the final seven candidates and will start interviewing next week. The goal is to narrow seven down to two or three, have a second interview, and then be able to make the selection at that point. Dr. Filer stated once the new chief has had the opportunity to look at the Citizen Review Board process and format, they will come back to Council. He stated that the timeline for implementing the Citizen Review Board is by April 2023.

Councilwoman Doyle noted that NPD partners not only with the sheriff's office but with Old Dominion University, Norfolk State University, Virginia State Police, and others. Chief Goldsmith stated in our area there is a united law enforcement effort, and it also includes our neighboring cities. The sharing of information has been a tremendous help.

**CLOSED SESSION**

Motion for closed session was approved at **4:50 p.m.** for purposes which are set out in **Clauses 29 and 3** of subsection (A) of Section 2.2-3711 of the Virginia Freedom of Information Act, as amended:

(29)    Discussion of the award public contract involving the expenditure of public funds and discussion of terms and scope of the contract, where discussion in an open session would adversely affect the negotiating strategy of the public body.

(3)    Discussion of an unsolicited proposal when discussion in an open meeting would adversely affect the negotiating strategy of the public body.

AYES:    Doyle, Johnson, McClellan, Paige, Royster, Smigiel Jr., Thomas Jr., and Alexander.

NO:    None.

- 6 -

NORF001612

# Exhibit B

**NORFOLK, VIRGINIA**

**MEETING OF COUNCIL**

**TUESDAY, MAY 23, 2023**

Mayor Kenneth Cooper Alexander, called the meeting to order at 3:30 p.m., with the following members present: Mrs. Courtney R. Doyle, Mrs. Mamie B. Johnson, Mrs. Andria P. McClellan, Mr. John E. Paige, Mr. Thomas R. Smigiel Jr., and Vice Mayor Martin A. Thomas Jr. Ms. Danica J. Royster was absent.

<u>**AGENDA**</u>

**<u>Public Safety Briefing and First Quarter Update</u>**
*Presenter: Mr. Mark E. Talbot, Chief of Police*

Chief Talbot presented graphs, charts, and maps. He reviewed some crime statistics as follows:

**Citywide Crime Stats**
<u>Year to Date May 1-21 (2022 and 2023)</u>
Chief Talbot stated that homicides are down 40% for the first quarter of 2023. Currently we are at 15; last year at this time we were at 25. Violent crimes, in general, are down. Non-fatal shootings are up slightly over last year, 57 versus 53. Property crimes are trending like last year. Our biggest challenge is that stolen vehicles are up 30%. We continue to see that Kias are the vehicle most frequently stolen in the city and in many surroundings cities, as well. Total crime overall is down 9%.

<u>Total Crime Month-to-Date May 1-21 (2022 and 2023)</u>
First Precinct: 388 in 2022 versus 261 in 2023
Second precinct: 400 in 2022 versus 277 in 2023

<u>Total Crime Year-to-Date May 1-21 (2022 and 2023)</u>
First Precinct: 2,328 in 2022 versus 1,934 in 2023
Second Precinct: 2,082 in 2022 versus 2,066 in 2023

**First Precinct Crime Stats**
<u>First Precinct Year-to-Date</u>
Murder is down 38%
Rape is up 145% (11 in 2022, 27 in 2023)
Chief Talbot stated we are struggling with sexual assaults. Most of these crimes are committed by someone known to the victim.
Robbery is down 29%.
Aggravated assault is down 7%
Total violent crime is down 8%
Total crime is down 17%

- 1 -

<u>First Precinct Blue Sector Year-to-Date</u>
Murder is up 33% (6 in 2022, 8 in 2023)
Rape is up 14%
Robbery is down 27%
Aggravated assault is up 3%
Total violent crime is down 2%
Total crime is down 9%

<u>First Precinct Green Sector Year-to-Date</u>
Chief Talbot stated that crime is low in this part of the city.
Murder is down 100%
Rape is down 500%
Robbery is down 75%
Aggravated assault is down 64%
Total violent crime is down 45%
Total crime is down 28%
<u>First Precinct Red Sector Year-to-Date</u>
Murder is down 67%
Rape is up 333% (3 in 2022, 13 in 2023)
Robbery is down 24%
Aggravated assault is down 12%
Total violent crime is down 8%
Total crime is down 22%

**Second Precinct Crime Stats**
<u>Second Precinct Year-to-Date</u>
Murder is down 44%
Rape is down 25%
Robbery is down 23%
Aggravated assault is up 14% (107 in 2022, 122 in 2023)
Total violent crime down 5%
Total crime down 1%

<u>Second Precinct Blue Sector Year-to-Date</u>
Murder is down 50%
Rape is down 50%
Robbery is down 15%
Aggravated assaults are up 20% (25 in 2022, 30 in 2023)
Total violent crime is down 8%
Total crime is up 19% (due to property crimes, in particular larcenies and stolen vehicles, and all seven cities are experiencing a spike in motor vehicle thefts)

- 2 -

<u>Second Precinct Green Sector Year-to-Date</u>
Murder is up 300% (1 in 2022, 4 in 2023)
Rape is down 11%
Robbery is down 17%
Aggravated assaults are up 19% (43 in 2022, 51 in 2023)
Total violent crime is up 12% (65 in 2022, 73 in 2023)
Total crime is down 19%

<u>Second Precinct Red Sector Year-to-Date</u>
Murder is down 100%
Rape is down 11%
Robbery is down 35%
Aggravated assault is up 5%
Total violent crime is down 18%
Total crime is down 5%

**Real Time Crime Center Update**
<u>What is a RTCC?</u>
Provides officers with immediate information from a call for service
- Vehicle descriptions
- Victim or suspect criminal histories
- Victim/suspect relationship nexus
- Live feed video of an incident
- Evidence to be used to further investigations

<u>Five Critical Components to the RTCC</u>
- Video Management System (FUSUS)
- Flock Safety Cameras (ALPR)
- Live view cameras
- Existing city-owned cameras
- Privately owned cameras that are donor sites

<u>Video Management System (FUSUS)</u>
- Integrates all major public safety technology into a single pane
- Combines all data sources from drone, traffic cameras, building security, live view cameras, and robot cameras that feeds to RTCC and officers on the street
- Synthesizes intelligence to enhance first responder situational awareness and decision-making capabilities
- Can be accessed by any technology with access to the cloud such as cell phones and officers' Mobile Data Terminals (MDT's)
- Integrates privately-owned camera systems, Axon body worn camera (BWC) live streaming, and in car live streaming

- 3 -

NORF001638

<u>Flock Safety Cameras</u>
- 172 have been purchased and are currently being installed with an anticipated date of completion of May 26th
- Norfolk Redevelopment & Housing Authority (NRHA) previously purchased 20 and they are currently operable
- Chesapeake, Suffolk, Hampton, Newport News, Isle of Wight, and Franklin currently have Flock. Virginia Beach and Portsmouth are having them installed.

**Citywide Live Feed Cameras**
Citywide live view cameras (50) will be installed in crime hot spots based on crime data and high priority calls for service
- Will provide RTCC and officers a live view of crime hot spots
- Allows RTCC officers to advise street officers of any criminal activity occurring in real time
- Provides detectives with critical evidence of criminal activity in those hot spots
- Allows the department to monitor officers' responses to calls for service
- Cameras will not be equipped with facial recognition

**City and Privately Owned Cameras**
The city currently owns approximately 1800 cameras that include:
- Traffic cameras
- Parking garage cameras
- City buildings and facilities

With permission from business owners, video can be accessible through the RTCC:
- Hampton Roads Transit
- Old Dominion University
- Norfolk Redevelopment & Housing Authority
- Norfolk Public Schools
- Some establishments require a Memorandum of Understanding (MOU)
- It is anticipated that many businesses will be interested in partnering with NPD on this project

<u>Flock and Live View Camera Placement</u>
- To determine the locations for camera placement we used crime data.
  - Shooting data
  - Larceny data
  - Stolen auto data
  - High priority calls for service
- Cameras were not placed randomly or based on the request of anyone

- 4 -

NORF001639

Initial Cost of RTCC
- $750,000 ARPA Grant
  - 172 Flock Cameras      $490,000
  - Video Management (FUSUS)      $262,000
  - Work Stations      $36,000
  - RTCC furniture      $24,000
  - **TOTAL**      **$812,000**

\*The $62,000 overage was covered with FY23 savings.

Initial Cost of RTCC
- $1,000,000 Firearms Violence Intervention and Prevention Grant
  - Video Wall      $314,000
  - 50 Live View Video Cameras      $969,602
  - Verizon connectivity (routers)      $170,000
  - Verizon Service      $22,000
  - Workstation Cable Connectivity      $31,500
  - Checkpoint Firewall      $25,000
  - Network Switch      $4,100
  - Wireless Connection      $500
  - **TOTAL**      **$1,536,702**

\*This leaves a shortfall of $536,702

**Annual Recurring Costs**
- 172 Flock Cameras      $430,000
- Video Management (FUSUS)      $300,000
- Cable Connectivity      $31,500
- Verizon Cell Service      $22,000
- **TOTAL**      **$783,500**

- The RTCC will provide officers and detectives with additional information to help prevent and solve crimes.
- Establishing the RTCC will increase intelligence sharing between our neighboring jurisdictions.
- It is anticipated that the space will be completed in the fall of 2023

    Dr. Filer emphasized that Flock cameras are currently in use and the video management will be in place soon.

**Status Updates**
Staffing and Retention
    Over the last ten years the average has been approximately 719 sworn members of the organization.  Currently there are approximately 533 sworn members, and that number is appropriate for a city of this size.   Resignations over the last ten years were stable at approximately 34 annually.   In 2021, resignations jumped to 68, and 58 in 2022.   This has been a trend, but Chief Talbot stated they believe this can be reversed.

- 5 -

NORF001640

The Center for Policing Equity (CPE)

   The executive team met recently with the Center for Policing Equity to discuss how to best transform policing to make a safer and more just city. There are some new and exciting ideas that align with what Norfolk is already doing and there will be more information to come forth in the future.

The Road Ahead

   NPD will be paying attention to these important projects, i.e., the RTCC, staffing and retention, the work being done with the CPE, and making sure they are moving forward as quickly as possible.

   Councilman Smigiel asked how quickly a stolen vehicle is entered into the Flock system so that it can be tracked. Chief Talbot stated a stolen vehicle is entered very quickly, and its movement can be tracked as it moves throughout the city by other Flock cameras. He stated that we are seeing the value of the technology and that some vehicles have been recovered and some violent offenders have been stopped.

   Councilman Paige asked how this technology will impact high-speed chases throughout the city. Chief Talbot stated any vehicle pursuit must be worth the risk we are creating to try to bring offenders to justice. The technology will provide information on who is in that car, where it is going, and viable investigative avenues for the officers to factor into their decision-making process. It is hard to say that the use of Flock cameras will reduce the number of pursuits. However, this technology will give additional precision to policing efforts and that should help to reduce car chases.

   Councilwoman McClellan asked how the real time will interact with Hampton Roads Transit and Norfolk Public Schools. Chief Talbot stated through the FUSUS system we will be able to synthesize those public and private sources into one space where we will be able to monitor all of it in real time. Dr. Filer stated he will be working with the law department because some private entities may require a Memorandum of Understanding MOUs.

   Councilwoman McClellan asked from a regional perspective, how are we integrating with other systems within the region. Chief Talbot stated that Flock systems communicate with each other, so a vehicle entered in our system can also be picked up in another jurisdiction.

   Vice Mayor Thomas asked how our traffic light cameras with live feeds to City Hall will be incorporated into FUSUS. He asked if FUSUS will have the ability to record the video so it could be used to prosecute a crime. Deputy Chief Maslow stated they will have the ability to record; however, the quality of those cameras is not good. Hopefully, in the future, those cameras will be replaced with cameras that are more adaptable to getting usable images.

   Councilwoman Johnson commented that our citizens report everything to Norfolk Cares and that she hopes they are utilizing their data, too, in their strategies. Chief Talbot stated they are strategically analyzing all data to decide how best to lead the organization and police the city. He stated that the offenders perpetrating the gun violence and stealing

NORF001641

automobiles are the same few individuals. He emphasized they are not new offenders. Deputy Chief Maslow stated they do work closely with Norfolk Cares both in reporting issues and receiving complaints about issues and then acting on them.

Councilwoman Johnson asked as summer approaches we know crime spikes and she asked Chief Talbot as the do their assessments to provide Council with where the hot spots are and their plan to address these areas of need. Chief Talbot stated that he and Assistant Chief Naughton toured our gun violence hot spots recently to see what the conditions are. NPD's role is to make these areas safer, and we must be advocates for the law-abiding residents who live there. Most people are not the bad actors, who are dealing drugs and shooting firearms. We must prioritize these hot spots and put an effective strategy in place, execute it, and play a leadership role and ask for as many resources as we can get into these neighborhoods.

Councilman Smigiel asked to include in the budget funds for replacing FLOCK cameras because some of them are on very tight corners and they will get damaged.

Councilman Paige asked about plans for the Citizens Review Board. Chief Talbot stated he has worked with review boards in the past and is comfortable working with a review board in Norfolk. He stated there are challenges to overcome and we want to make sure there is good evidence behind the decisions we make for Norfolk and that the decisions will deliver the results for which we are hoping. Dr. Filer stated more conversation is needed with Chief Talbot, but they will be bringing forward ordinances for Council's consideration in the future.

Councilwoman McClellan asked that our Chief Security Officer provide an update on the security of our public buildings.

Councilman Smigiel noted that crime in the city has been a hot topic on social media. He asked that Council receive quarterly updates. He stated we have had two this year and he asked that the next one be scheduled after Council recess so we can see how crime is trending in the summer months. He stressed that educating our citizens on crime prevention and not leaving valuables and keys in automobiles continues to be a key factor.

Mayor Alexander asked if NPD would continue to provide free steering wheel locks for Hyundais and Kias. Deputy Chief Maslow stated that there were two events held and they will be getting more locks soon and scheduling more events in the future.

**Budget Discussion – Final Reconciliation**
Norfolk City Council

Dr. Filer outlined the proposed supplement options for retirees and asked for Council feedback.

- 7 -

**Option A**
Years of Creditable Service: **20**
Receiving Retirement Benefit Effective Date as of: **6/30/2022**
Number of Retirees Meeting Criteria: **2,275**
**Unlimited**

| Tiered Annual Retirement Benefit Criteria: | Retirees Receiving | Recommended Amount |
|---|---|---|
| <$25,000 | 835 | $660 |
| $25,000 - $40,000 | 885 | $660 |
| $40,000 - $50,000 | 362 | $660 |
| $50,000 – $70,000 | 170 | $660 |
| >$70,000 | 23 | $660 |

City Cost: **$1,501,500**
Number of Retirees Receiving Supplement: **2,275**
Percent of Retirees Receiving Supplement: **100%**

**Option B**
Years of Creditable Service: **20**
Receiving Retirement Benefit Effective Date as of: **6/30/2022**
Number of Retirees Meeting Criteria: **2,275**
**<$50,000**

| Tiered Annual Retirement Benefit Criteria: | Retirees Receiving | Recommended Amount |
|---|---|---|
| <$25,000 | 835 | $750 |
| $25,000 - $40,000 | 885 | $750 |
| $40,000 - $50,000 | 362 | $750 |
| $50,000 – $70,000 | 170 | $0 |
| >$70,000 | 23 | $0 |

City Cost: **$1,561,500**
Number of Retirees Receiving Supplement: **2,082**
Percent of Retirees Receiving Supplement: **92%**

**Option C**
Years of Creditable Service: **20**
Receiving Retirement Benefit Effective Date as of: **6/30/2019**
Number of Retirees Meeting Criteria: **2,275**
**<$50,000**

| Tiered Annual Retirement Benefit Criteria: | Retirees Receiving | Recommended Amount |
|---|---|---|
| <$25,000 | 758 | $1,000 |
| $25,000 - $40,000 | 790 | $750 |
| $40,000 - $50,000 | 299 | $500 |
| $50,000 – $70,000 | 143 | $0 |
| >$70,000 | 19 | $0 |

City Cost: **$1,500,000**
Number of Retirees Receiving Supplement: **1,847**
Percent of Retirees Receiving Supplement: **92%**

NORF001643

Dr. Filer stated that $1,500,000 has been budgeted in the reconciliation and if Council recommends Options A or B, he is confident they could find the additional funds needed.

Councilwoman McClellan stated that she met with the Norfolk retirees and overwhelmingly they wanted Option A, the same amount for all. She asked that in future budgets that Council and the Administration consider offering access to city amenities to our retirees like the zoo or botanical garden.

Councilman Paige suggested offering amenities to our NPS teachers and public safety, as well.

Councilwoman Doyle and Councilman Paige echoed Councilwoman McClellan that Option A is preferable.

Councilman Smigiel stated he preferred Options B and C with more money going to those who receive less money. He speculated that retirees at all income levels are not present at the retiree meetings.

After further discussion, Council recommended Option A.

Dr. Filer next provided an overview of the post-reconciliation operating budget.

**FY 2024 Post-Reconciliation Operating Budget**

| Sources of Operating Budget Amendments/Adjustments | Expenditures | Revenues |
|---|---|---|
| **Total Impact from Reconciliation** | **$4,809,444** | |
| | | |
| ***Expenditure Impacts***: | | |
| Reduce VRS Reserve | ($1,000,000) | |
| Reduce FSA Benefit Reserve | ($1,000,000) | |
| Eliminate Energy Reserve | ($200,000) | |
| Savings from Eliminating Long-Term Vacancies | ($775,645) | |
| NPS Reduction from Motor Vehicle License Suspension | ($413,700) | |
| Remove Parking Expenditures | ($3,263,751) | |
| | | |
| ***Revenue Impacts***: | | |
| Recognize 4th Quarter Assessment for New Construction Revenue* | | $1,387,000 |
| Increase FY 2023 Projected Surplus | | $1,827,030 |
| Revenue Reduction for Vehicle Licensing | | ($1,400,000) |
| Remove Parking Rate Fee Increases | | ($3,263,751) |
| NPS Revenue Share from 4th Quarter New Construction Revenue | | ($393,931) |
| **Change to Proposed Operating Budget** | **($1,449,721)** | **($1,449,721)** |
| | | |
| **FY 2024 Operating Budget** | **$1,441,307,333** | |
| **Changes Via Reconciliation** | **($1,449,721)** | |
| **Final Proposed Operating Budget** | **$1,439,857,612** | |

- 9 -

NORF001644

**FY 2024 Post-Reconciliation CIP**

| Sources of CIP Amendments/Adjustments | FY 2024  Reconciliation |
|---|---|
| FY 2022 Surplus/Fund Balance | $5,950,000 |
| Increase State contribution for Flood Wall | $28,800 |
| Reduce *Restore Riverside Memorial Park Shoreline* due to grant funds | ($800,000) |
| Decrease Parking revenue transferred to CIP | ($1,549,178) |
| Debt | ($22,600,000) |
| **Change to Proposed FY24 CIP:** | **($18,970,378)** |

Councilwoman McClellan echoed Councilman Smigiel that some of the costs savings could provide our citizens with a tax rebate.

Dr. Filer stated they could look at making some additional expenditure cuts to free up some revenue; however, at this moment this is a balanced budget based on the revenues we are expecting.  He asked Council to consider the following for future conversations about a rebate and tax rate:

- After the casino opens, revenue side surpluses will be generated.
- Keep the tax rate at 1.25; use a different approach to generate revenues downtown that help pay for investments in downtown thereby freeing up funds to be distributed in other areas of the city.

Councilman Smigiel stated that to give a rebate to citizens, a majority of Council members would have to vote on a policy change on what to do with unspent funds.  He added that every year since he has been on City Council unspent funds have been available.

**CLOSED SESSION**

Motion for closed session was approved at **4:44 p.m.** for purposes which are set out in **Clauses 3 and 3** of subsection (A) of Section 2.2-3711 of the Virginia Freedom of Information Act, as amended:

(3)     Discussion of the acquisition of real property in the Downtown Area for a public purpose where discussion in an open meeting would adversely affect the negotiating strategy of the public body.

(3)     Discussion of the disposition of real property in the Park Place area for a public purpose where discussion in an open meeting would adversely affect the negotiating strategy of the public body.

AYES:     Doyle, Johnson, McClellan, Paige, Smigiel Jr., Thomas Jr., and Alexander.

NO:     None

ABSENT:  Royster

- 10 -

NORF001645