**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| LEE SCHMIDT and CRYSTAL ARRINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NORFOLK and MARK TALBOT, in his official capacity as the Norfolk Chief of Police,<br><br>Defendants. | Case No.: 2:24-cv-00621-MSD-LRL<br><br>Hon. Mark S. Davis |

**PLAINTIFFS' UNOPPOSED MOTION TO EXCUSE PLAINTIFF CRYSTAL ARRINGTON FROM NOVEMBER 10, 2025, SETTLEMENT CONFERENCE**

Plaintiffs Lee Schmidt and Crystal Arrington, after conferring with Defendants, by counsel, move this Court to excuse Plaintiff Crystal Arrington's presence from the November 10, 2025, settlement conference. Doc. 86. Plaintiff Arrington has a conflict which prevents her from physically appearing at the settlement conference. Plaintiffs request Plaintiff Arrington be excused from attending the settlement conference in person, or, in the alternative, be permitted to attend the settlement conference through remote means. Plaintiffs are concurrently filing a memorandum explaining the basis for this motion.

DATED: September 17, 2025

Respectfully submitted,

*/s/ Robert Frommer*

Robert Frommer
(VA Bar No. 70086)
Joshua Windham
(NC Bar No. 51071)*
Michael B. Soyfer
(NY Bar No. 5488580; DC Bar No. 230366)*
Tahmineh Dehbozorgi
(DC Bar No. 90030252)*
James T. Knight II
(DC Bar No. 1671382)*

Institute for Justice
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
rfrommer@ij.org
jwindham@ij.org
msoyfer@ij.org
tdehbozorgi@ij.org
jknight@ij.org

Jessica Bigbie
(TX Bar No. 24134429)*

Institute for Justice
816 Congress Ave, Suite 970
Austin, TX 78701
Tel: (512) 480-5936
Fax: (512) 480-5937
jbigbie@ij.org

*Attorneys for Plaintiffs*

*pro hac vice