IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| LEE SCHMIDT and CRYSTAL ARRINGTON,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF NORFOLK and MARK TALBOT, in his official capacity as the Norfolk Chief of Police,<br><br>    Defendants. | Civil Case No. 2:24-cv-00621-MSD-LRL |

### INDEX OF PLAINTIFFS' SUMMARY JUDGMENT EXHIBITS

| Number | Under Seal | Description |
|---|---|---|
| **Exhibits in Support of Plaintiffs' Motion for Partial Summary Judgment** |||
| 1 | | Flock Safety LPR [FLOCK0000185-187] |
| 2 | Redacted | Flock 30(b)(6) Deposition Transcript [Davis Lukens] |
| 3 | | Dec. 19, 2022 Email from Dan Mento to Rebecca McMicking, Re: Norfolk Police Department [NORF004647-4650] |
| 4 | Redacted | Derrick Vernon Deposition Transcript |
| 5 | | About Automatic License Plate Readers (ALPR) [NORF003890-3891] |
| 6 | Redacted | Michele Naughton Deposition Transcript |
| 7 | Redacted | Norfolk 30(b)(6) Deposition Transcript [Charles Thomas] |
| 8 | | Aug. 15, 2022 Email from Thomas to Dan Mento, Re: Flock Systems in Hampton Roads [PX 13] |
| 9 | | Agreement By and Between the City of Norfolk and Flock Safety, Inc. [NORF007528] |
| 10 | Redacted | Flock 30(b)(6) Deposition Transcript [Davis Lukens] |
| 11 | | June 3, 2025 Memo: General Order OPR-493: Flock Safety ALPR System [PX 8] |
| 12 | | June 5, 2023 Email from Thomas to Maslow, Re: FYI [PX 18] |
| 13 | | June 12, 2023 Email from Maslow to Amanda Deloatch, Re: No Flock Cameras in OV [PX 19] |

| Number | Under Seal | Description |
|---|---|---|
| 14 | | June 22, 2023 Email from Officer Trojahn to Charles Thomas, Re: Flock Cameras [PX 20] |
| 15 | | Sept. 4, 2024 Email from Kevin Purnell to Michele Naughton, et al., Re: VSP HEAT Grant [PX 45] |
| 16 | | Mar. 5, 2024 Email from Raoul Alvarez to Michele Naughton, Subject: Lowe's Now Sharing Their Cameras [PX 22] |
| 17 | | Nov. 13, 2025 Email from Derrick Vernon to Michele Naughton, Re: The Home Depot Camera Share Program [PX 50] |
| 18 | | Sept. 26, 2022 Email from Michael Maslow to Renato Aponte, et al., Re: Meeting Follow Up [NORF018850] |
| 19 | Sealed | LPR Location Information - Final.xlsx [FLOCK0000001] |
| 20 | | May 8, 2023 Email from Charles Thomas to Amanda Winter et al.; Re: SNJB Flock Camera Norfolk Access [PX 21] |
| 21 | | Defendants' First Supplemental Answers to Plaintiffs' Second Set of Interrogatories |
| 22 | | May 16, 2025 Email from Mark Talbot to Michael Maslow, Re: May 23 Remarks [NORF009359] |
| 23 | Redacted | Mark Talbot Deposition Transcript |
| 24 | Redacted | Expert Witness Report of Chad Higdon-Topaz, Ph.D. |
| 25 | Redacted | Expert Report of Andrew P. Wheeler on Behalf of Plaintiffs |
| 26 | | Feb. 17, 2025 Working with Search Results [PX 57] |
| 27 | | Commw. v. Church Suppression Hr'g Trs. [Schmidt 000030–173] |
| 28 | | Oct. 22, 2024 Email from Amanda Harvey to Michele Naughton, Re: Flock SO [PX 25] |
| 29 | Redacted | Declaration of Katie Herndon |
| 30 | Redacted | Rebuttal Expert Report of Andrew Wheeler on Behalf of Plaintiffs |
| 31 | | Declaration of Lee Schmidt |
| 32 | | Declaration of Crystal Arrington |
| 33 | | Nov. 6, 2023 Email from Flock Safety to Mark Talbot, Re: Webinar: Flock & Axon Integration [NORF002998] |
| **Exhibits to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment** | | |
| 34 | Redacted | Excerpts from Valentin Estevez Deposition Transcript |
| 35 | Redacted | Excerpts from Kevin Horan Deposition Transcript |
| 36 | | Rebuttal Expert Witness Report of Chad Higdon-Topaz, PhD. |
| 37 | | August 23, 2025 Email from Martin Estrada to Michael Soyfer, et al., Re: Schmidt, et al. v. Norfolk: Contention Interrogatories |
| 38 | | Pl. Schmidt's Responses to Defendants' Contention Interrogatories |
| 39 | | Pl. Arrington's Responses to Defendants' Contention Interrogatories |
| 40 | | Brief for the United States, *Carpenter v. United States*, No. 16-402 (U.S. Sep. 25, 2017). |