# EXHIBIT 28



## Sole Source Procurement Request

| TO: | Michael E. Bevis, Chief Procurement Officer | |
|---|---|---|
| FROM: | Lt. Thomas, Norfolk Police Department | DocuSigned by: [signature] 98A4617063C1478... |
| COPIES TO: | File | |
| SUBJECT: | Sole Source Procurement Request for Flock Safety Cameras/System | |
| DATE: | 12/21/22 | |

In accordance with City Code Ordinance 33.1-40, "Sole Source Procurement" this memorandum serves as a request to approve a sole source procurement based on the requestor's conclusion that there is only one source practically available for the goods and/or services requested.

| Vendor: | Flock Safety Inc, VS0000007146, 1170 Howell Mill Rd NW Ste 210 Atlanta GA 30318-8637, Dan.Mento@flocksafety.com, 914-350-6506 |
|---|---|
| Description of goods and/or services: | Flock Safety Cameras/System |
| Type of request: | Ongoing need |
| Amount requested: | $430,000 per year |

**DESCRIBE THE BASIS FOR THE SOLE SOURCE PROCUREMENT:**
*Check AT LEAST ONE applicable entry below.*

☐ **Sole source request is for the original manufacturer or provider, there are no regional distributors** *(attach the manufacturer's written certification that no regional distributors exist)*

☐ **Sole source request is for the only Hampton Roads area distributor of the original manufacturer or provider** *(attach the manufacturer's – NOT the distributor's – written certification that identifies all regional distributors)*

☐ **The parts/equipment are not interchangeable with similar parts of another manufacturer** *(provide details in the field below)*

☒ **This is the only known product or service that will meet the specialized needs of this department or perform the intended function** *(describe details of the specialized function or application in the field below)*

☐ **The parts/equipment are required from this source to permit standardization** *(attach a memorandum describing the basis for standardization request)*



# Sole Source Procurement Request

☐ **The requested goods and/or services are included on the preapproved list of non-competitive items** *(attach contractor's quote and any other documentation showing the scope of the services)*
*choose an item from the list*

☐ **None of the above apply** *(use the space below to provide details of the basis for the sole source determination)*

*provide additional information as requested above*

### PROVIDE ANY ADDITIONAL INSIGHTS INTO WHY THIS REQUEST SHOULD BE APPROVED AS A SOLE SOURCE:

Flock Safety is a public safety operating system that helps cities, businesses, and law enforcement work together to stop crime by providing objective evidence needed to solve crime. Flock Safety designs, manufactures, and services fixed license plate reading cameras that capture license plates and vehicle characteristics, not people or faces, and provides real-time alerts to law enforcement when a stolen car or known wanted suspects from a state or national crime database is detected. The Flock Safety system is also able to send alerts if a vehicle is associated with a missing person in an AMBER or Silver Alert is detected.

### PROVIDE COMPLETE SPECIFICATIONS AND/OR A STATEMENT OF WORK DETAILING THE GOODS AND/OR SERVICES REQUESTED:

*Include a copy of any terms and conditions, or draft agreement proposed by the vendor.*

Flock Safety cameras are used throughout the Hampton Roads region by other jurisdictions to include Hampton, Newport News, Chesapeake, Portsmouth, Suffolk, and Isle of Wight County. Flock Safety is an interoperable Automatic License Plate Reader system that allows data sharing between jurisdictions. Without the use of Flock Safety, the Norfolk Police Department will not have the ability to share criminal intelligence data pertaining to stolen vehicles, vehicles that are subject to Amber and Silver Alerts, or vehicles that are tagged as being used in violent crimes such as homicides and robberies. Additionally, we would not have access to the neighboring jurisdictions data pertainint to the same criminal intelligence data.

### DESCRIBE THE EFFORTS THAT WERE MADE TO OBTAIN COMPETITION OR FIND COMPARABLE GOODS OR SERVICES IN THE MARKETPLACE:

Multiple internet searches were completed to locate a similar product who could provide the same technical service and criminal intelligence data sharing as Flock Safety and we were unable to locate any companies able to do so. Additionally, multiple interviews were conducted with members of neighboring police agencies who confirmed their contracts and relationships with Flock Safety as well as their willingness to share criminal intelligence data with the Norfolk Police Department if we were in fact engaged in a contract with Flock Safety.

NORF001515



## Sole Source Procurement Request

**PROVIDE COMPLETE PRICING AND JUSTIFY PRICE REASONABLENESS. DESCRIBE ANY EFFORTS UNDERTAKEN TO NEGOTIATE THE PRICE:**

*Attach vendor's proposal or quote, and any other applicable documentation.*

*provide response to the question above*

**DESCRIBE THE IMPACT TO THE CITY IF THESE GOODS OR SERVICES CANNOT BE OBTAINED:**

1. **WHAT WILL BE THE IMPACT IF THIS REQUEST IS DENIED?**

   If this request is denied, the Norfolk Police Department will not have the ability to utilize ALPR technology to help quell violent crime through the use of stolen vehicles. The Norfolk Police Department will not have the ability to be immediately notifed of the location of vehicles involved in homicides, robberies, Amber, and Silver Alerts.

2. **WHAT IS YOUR ALTERNATIVE IF THIS VENDOR CANNOT BE USED?**

   There is no alternative if this vendor cannot be used.

The above request is approved,

_____       12/22/2022
Michael E. Bevis, Chief Procurement Officer     Date

Sole source authorization expiration date: ___12/21/2025___

Sole source procurement number assigned to this request: ___9743-FLOCK___

*Please attach the completed form to your RQS document for Purchasing's review and approval.*