IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **LEE SCHMIDT and CRYSTAL ARRINGTON,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CITY OF NORFOLK and MARK TALBOT, in**<br>**his official capacity as the Norfolk Chief of Police,**<br><br>**Defendants.** | Civil Action No. 2:24-cv-621 |

## DEFENDANTS' MOTION TO SEAL

Defendants the City of Norfolk and Mark Talbot, in his official capacity as the Norfolk Chief of Police, by counsel, pursuant to Rule 5 of the Local Civil Rules of Practice for the United States District Court for the Eastern District of Virginia, move this Court for leave to seal ("Motion to Seal") Exhibits 9, 12, 13, 14, 15, and 19 of the Declaration of Lauren E. Ross in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment ("Exhibits") and portions of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment ("Opposition"). The grounds and authorities in support of Defendants' Motion to Seal are set forth in detail in the Memorandum in Support of Motion to Seal filed contemporaneously herewith. A Proposed Order granting the Motion to Seal is attached at **Exhibit 1**.

THE CITY OF NORFOLK and
MARK TALBOT


 /s/
_____
Karla J. Soloria (VSB 82674)
Assistant City Attorney
Adam D. Melita (VSB 41716)
Chief Deputy City Attorney
karla.soloria@norfolk.gov
adam.melita@norfolk.gov
City of Norfolk Department of Law
810 Union Street, Suite 900
Norfolk, VA 23510
Telephone:  (757) 664-4529
Facsimile:  (757) 664-4201

*Attorneys for Defendants the City of Norfolk and Mark Talbot*

E. Martin Estrada (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
(213) 683-9100
Martin.Estrada@mto.com

Jonathan I. Kravis (*pro hac vice*)
Lauren E. Ross (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Jonathan.Kravis@mto.com
Lauren.Ross@mto.com

Justin P. Raphael (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
(415) 512-4000
Justin.Raphael@mto.com

*Attorneys for Defendant the City of Norfolk*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September, 2025, I will electronically file the foregoing Motion to Seal with the Clerk of Court using the CM/ECF system, which will send a copy of the foregoing to the following:

    Michael B. Soyfer, Esq. (NY Bar # 5488580; DC Bar # 230366)
    Robert Frommer, Esq. (VA Bar #70086)
    Joshua Windham, Esq. (NC Bar #51071)
    Tahmineh Dehbozorgi, Esq. (DC Bar #90030252)
    Jessica Bigbie, Esq. (TX Bar #24134429)
    James T. Knight, II (DC Bar #1671382)
    INSTITUTE FOR JUSTICE
    901 N. Glebe Road, Suite 900
    Arlington, VA 22203-1854
    703-682-9320 phone
    703-682-9321 fax
    rfrommer@ij.org
    jwindham@ij.org
    msoyfer@ij.org
    tdehbozorgi@ij.org
    jbigbie@ij.org
    jknight@ij.org

    *Counsel for Plaintiffs*

/s/
Karla J. Soloria (VSB 82674)
Assistant City Attorney
karla.soloria@norfolk.gov
City of Norfolk Department of Law
810 Union Street, Suite 900
Norfolk, VA 23510
Telephone: (757) 664-4529
Facsimile: (757) 664-4201

*Attorney for Defendants the City of Norfolk and Mark Talbot*

3