UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

LEE SCHMIDT, *et al.*,

    **Plaintiffs,**

v.                                                   Civil Action No. 2:24cv621

CITY OF NORFOLK, *et al.*,

    **Defendants.**

## RECUSAL ORDER

The undersigned conducted a settlement conference in this case on November 10, 2025. During the course of this conference, the undersigned participated in *ex parte* discussions with the parties and expressed opinions on legal and factual issues. Because of the nature of these discussions, the undersigned cannot preside over any contested issue in this case. Therefore, the Clerk is **DIRECTED** to reassign this case to an alternate United States Magistrate Judge. The parties, however, may request the undersigned to assist them in resolving future settlement issues.

The Clerk is further **DIRECTED** to forward a copy of this Order to all counsel of record and the Courtroom Deputy for the Honorable Mark S. Davis.

It is so **ORDERED**.

                                                          /s/ Lawrence R. Leonard
                                                          Lawrence R. Leonard
                                                          United States Magistrate Judge

Norfolk, Virginia
November 10, 2025