UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

LEE SCHMIDT and CRYSTAL ARRINGTON,

        Plaintiffs,

v.

CITY OF NORFOLK and MARK TALBOT, in his official capacity as the Norfolk Chief of Police,

        Defendants.

Case No.: 2:24-cv-00621-MSD-RJK

Hon. Mark S. Davis

## NOTICE OF REFILING SEALED DOCUMENTS

Pursuant to the Court's order granting in part and denying in part the parties' motions to seal, Doc. 177, PageID# 4412, Plaintiffs are refiling certain of their papers in support of their motion for partial summary judgment and in opposition to Defendants' motion for summary judgment with either no redactions or modified redactions.

The table below identifies the documents that Plaintiffs are refiling:

| Document | Change | Sealed Docket Entries |
|---|---|---|
| Plaintiffs' Memorandum in Support of Their Motion for Summary Judgment | No redactions | 111-1, 118 |
| Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment | Modified redactions | 162 |
| Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Modified redactions | 144-1 |
| PX2: Transcript of Deposition of Davis Lukens | Modified redactions | 111-1, 118 |
| PX4: Transcript of Deposition of Derrick Vernon | No redactions | 111-3, 118 |
| PX6: Transcript of Deposition of Michele Naughton | Modified redactions | 111-4, 118 |
| PX7: Transcript of Deposition of Charles Thomas | Modified redactions | 111-5, 118 |
| PX10: Transcript of Deposition of Josh Thomas | Modified redactions | 111-6, 118 |
| PX19: List of Locations of Flock Cameras in Hampton Roads | Filed publicly with redactions | 111-7, 118 |
| PX23: Transcript of Deposition of Mark Talbot | No redactions | 111-8, 118 |

| Document | Change | Sealed Docket Entries |
|---|---|---|
| PX29: Declaration of Katie Herndon | No redactions | 111-11, 118 |
| PX30: Rebuttal Expert Report of Andrew Wheeler | Modified redactions | 111-12, 118 |
| PX34: Excerpts from Transcript of Deposition of Valentin Estevez | Modified redactions | 144-1 |

Consistent with the Court's order, Plaintiffs are not refiling PX24, PX25, or PX35 because the redactions in these documents protect only information Plaintiffs designated confidential. *See* Doc. 177, PageID# 4408–09 (upholding Plaintiffs' confidentiality designations). Public, redacted versions of these documents are located at docket entries 108-25, 108-26, and 140-3, respectively.

DATED: November 20, 2025

Respectfully submitted,

/s/ Robert Frommer

Jessica Bigbie
  (TX Bar No. 24134429)*

Institute for Justice
816 Congress Ave, Suite 970
Austin, TX 78701
Tel: (512) 480-5936
Fax: (512) 480-5937
jbigbie@ij.org

Robert Frommer
  (VA Bar No. 70086)
Joshua Windham
  (NC Bar No. 51071)*
Michael B. Soyfer
  (NY Bar No. 5488580; DC Bar No. 230366)*
Tahmineh Dehbozorgi
  (DC Bar No. 90030252)*
James T. Knight II
  (DC Bar No. 1671382)*

Institute for Justice
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
rfrommer@ij.org
jwindham@ij.org
msoyfer@ij.org
tdehbozorgi@ij.org
jknight@ij.org

*Attorneys for Plaintiffs*

*pro hac vice