# EXHIBIT 29
*ECF # 111-11 under seal*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

|  |  |
|---|---|
| LEE SCHMIDT and CRYSTAL ARRINGTON,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF NORFOLK and MARK TALBOT, in his official capacity as the Norfolk Chief of Police,<br><br>    Defendants. | Civil Case No. 2:24-cv-00621-MSD-LRL |

**DECLARATION OF KATIE HERNDON IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

1.    I am a resident of Texas.

2.    I am over eighteen years old.

3.    I work as a paralegal at the Institute for Justice, counsel to Plaintiffs in this case.

4.    I reviewed the following Microsoft Excel files produced by Defendants in this litigation:  NORF000191,  NORF000192,  NORF002253,  NORF002254,  NORF002680, NORF002681,  NORF015028,  NORF015133,  NORF021164,  NORF021413,  NORF021739, NORF022014. My understanding is that these documents contain data collected by Flock automated license plate reader cameras that are associated with cars owned by the Plaintiffs in this case. Collectively, these files contain over 1,300 lines of data.

5.    In Table 1 below, I identify each file, the date range encompassing the earliest and latest data entries in each file, the plaintiff associated with each file, the number of entries where the "Capture Network" field lists "Norfolk VA PD," and the total number of entries.

6.     I noticed that there were overlapping dates in some of the Excel files. For Mr. Schmidt, NORF015028 and NORF021164 overlap; for Ms. Arrington, NORF015133 and NORF021413 overlap. In each case, the earlier-in-time file (NORF015028 and NORF015133) only contains entries for Norfolk VA PD, while the later-in-time file (NORF021164 and NORF021413) contained entries for both Norfolk VA PD and other entities (in the "Capture Network" column). I identified 46 entries that were duplicates for Mr. Schmidt, and 21 entries that were duplicates for Ms. Arrington. To account for the duplicates, I subtracted this number from the entry in the Norfolk VA PD column in Table 1 for each of the later-in-time files (NORF021164 and NORF021413). I did not subtract anything from the Total column in Table 1 because there were no duplicate entries for any of the other "Capture Networks."

**TABLE 1**

| Bates Label | Date Range | Plaintiff | Norfolk VA PD | Total |
|---|---|---|---|---|
| NORF000191 | 2/19/25-3/21/25 | Schmidt | 95 | 113 |
| NORF002253 | 3/21/25-4/10/25 | Schmidt | 72 | 72 |
| NORF002680 | 4/11/25-5/1/25 | Schmidt | 86 | 86 |
| NORF015028 | 5/5/25-5/22/25 | Schmidt | 25 | 25 |
| NORF021164 | 5/14/25-6/11/25 | Schmidt | 102 | 117 |
| NORF021739 | 6/13/25-7/2/25 | Schmidt | 95 | 113 |
| **Sum** | | | **475** | **526** |
| NORF000192 | 2/19/25-3/21/25 | Arrington | 69 | 294 |
| NORF002254 | 3/21/25-4/10/25 | Arrington | 57 | 57 |
| NORF002681 | 4/13/25-4/20/25 | Arrington | 27 | 27 |
| NORF015133 | 5/2/25-5/20/25 | Arrington | 51 | 51 |
| NORF021413 | 5/14/25-6/11/25 | Arrington | 48 | 179 |
| NORF022014 | 6/13/25-7/3/25 | Arrington | 72 | 241 |
| **Sum** | | | **324** | **849** |

7.     Separately, I was provided Microsoft Excel files that I understand to contain Flock audit data produced by Norfolk in this litigation. These files bear the Bates numbers ATTORNEY-SEYESONLYNorf000013, ATTORNEYSEYESONLYNorf000014, ATTORNEYSEYESONLY-

Norf000015, ATTORNEYSEYESONLYNorf000016, ATTORNEYSEYESONLYNorf000017, ATTORNEYSEYESONLYNorf000018, ATTORNEYSEYESONLYNorf000019, ATTORNEY-SEYESONLYNorf000020, ATTORNEYSEYESONLYNorf000021, ATTORNEYSEYESONLY-Norf000022, ATTORNEYSEYESONLYNorf000023, ATTORNEYSEYESONLYNorf000024, ATTORNEYSEYESONLYNorf000025, ATTORNEYSEYESONLYNorf000026, ATTORNEY-SEYESONLYNorf000027, ATTORNEYSEYESONLYNorf000028, ATTORNEYSEYESONLY-Norf000029, ATTORNEYSEYESONLYNorf000030, ATTORNEYSEYESONLYNorf000031, ATTORNEYSEYESONLYNorf000032, ATTORNEYSEYESONLYNorf000033, ATTORNEY-SEYESONLYNorf000034, and ATTORNEYSEYESONLYNorf000035. Based on the file names, the earliest of these files appears to cover May 1 to June 1, 2023, and the latest file appears to cover March 1 to May 22, 2025.

8.    I used the "Get Data" function within Microsoft Excel to automatically combine all of these separate Excel files. After combining the files in this manner, the total number of lines of data was 230,179.

9.    In addition, I created a Pivot Table within Microsoft Excel to identify the most common entries in the "Reason" field. The top three entries are displayed in Table 2 below. The totals in Table 2 do not include variations of these terms, such as "Investigation" (13,487 entries).

**TABLE 2**

| Reason | Count |
|--------|-------|
| cj | 28,180 |
| Stolen | 24,572 |
| inv | 20,239 |

10.    In preparing this declaration, I did not perform any analysis. Instead, I simply summarized the many lines of data contained within the Microsoft Excel Files identified in this declaration. To do so, I either manually counted lines of data or relied on built-in Microsoft Excel

3

tools and functions to combine files and tabulate numbers of entries. This did not require the use of any independent judgment or expertise.

I declare under penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

Executed September 12, 2025.

Katie Herndon

4