No. 2:24-cv-00621-MSD-LRL

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

---

LEE SCHMIDT and CRYSTAL ARRINGTON,

*Plaintiffs*,

v.

CITY OF NORFOLK, and MARK TALBOT in his official capacity as the Norfolk Chief of Police,

*Defendants*.

---

**BRIEF OF AMICUS CURIAE VIRGINIA ASSOCIATION OF CHIEFS OF POLICE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

---

| | |
|---|---|
| Jan A. Larson (VSB No. 76959) | Andrianna D. Kastanek |
| JENNER & BLOCK LLP | (pro hac pending) |
| 515 South Flower Street | JENNER & BLOCK LLP |
| Suite 3300 | 353 North Clark Street |
| Los Angeles, CA 90071 | Chicago, IL 60654 |
| (213) 239-5100 | (312) 222-9350 |
| janlarson@jenner.com | akastanek@jenner.com |

*Attorneys for Amicus Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to LR 7.1(A) I certify that amicus curiae the Virginia Association of Chiefs of Police does not have a parent corporation and does not issue stock.

| | |
|---|---|
| Dated: September 22, 2025 | /s/ Jan A. Larson  <br>Jan A. Larson (VSB No. 76959)<br>JENNER & BLOCK LLP<br>515 South Flower Street<br>Suite 3300<br>Los Angeles, CA 90071<br>(213) 239-5100<br>janlarson@jenner.com |

i

# TABLE OF CONTENTS

DISCLOSURE STATEMENT ................................................................................................. i

TABLE OF AUTHORITIES ................................................................................................... iii

IDENTITY AND INTEREST OF AMICUS CURIAE ............................................................. 1

SUMMARY OF ARGUMENT ................................................................................................. 2

ARGUMENT ............................................................................................................................. 3

I.  LAW ENFORCEMENT AGENCIES USE LPR CAMERAS AS VALUABLE TOOLS TO ADVANCE PUBLIC SAFETY IN VIRGINIA. ............................................. 3

   A.  LPR Technology Is Used by Law Enforcement Across Virginia. ........................... 3

   B.  LPR Cameras Have Helped Virginia Law Enforcement Arrest Suspects, Locate Missing and Kidnapped Persons, and Reduce Violent Crime. ..................... 4

   C.  The Public Understands and Actively Supports Law Enforcement Use of LPR Cameras. ........................................................................................................... 8

II.  LPR CAMERAS ARE A LIMITED TOOL THAT IS NOT COMPARABLE TO GPS TRACKING OR CELL SITE LOCATION INFORMATION. ................................. 9

III.  THE NEW VIRGINIA LPR LAW PROPERLY BALANCES LAW ENFORCEMENT NEEDS AGAINST PRIVACY INTERESTS. .................................... 10

CONCLUSION ......................................................................................................................... 12

## TABLE OF AUTHORITIES

Page(s)

**Statutes**

Va. Code § 2.2-5517 ...........................................................................................................10, 11

Va. Code § 2.2-5517(N)............................................................................................................11

**Other Authorities**

29News, *Three Persons Of Interest In Custody After Culpeper Abduction, Orange County Robbery* (updated Aug. 29, 2025), https://www.29news.com/2025/08/28/police-seek-persons-interest-after-culpeper-abduction-orange-county-robbery/ .................................................................................5

ARLNow, *Virginia State Police Chase Ends in Arlington, Results in Arrest and Multiple Felony Charges* (Feb. 9, 2023), https://www.arlnow.com/2023/02/09/virginia-state-police-chase-ends-in-arlington-results-in-arrest-and-multiple-felony-charges/..........................................................6

Axon, *Accelerating ALPR cases: Fairfax County Police Department*, https://www.axon.com/resources/accelerating-alpr-cases-fairfax-county-police-department (last visited Sept. 10, 2025) ...............................................................5

Angela Bohon, *Franklin Police Dept. Use License Plate Reader Technology To Solve Abduction Case*, News3 WTKR (Dec. 8, 2022), https://www.wtkr.com/news/franklin-police-use-license-plate-reader-technology-to-solve-abduction-case ......................................................................6

Council on Criminal Justice, *Crime Trends in U.S. Cities: Mid-Year 2025 Update* (July 2025), https://counciloncj.org/crime-trends-in-u-s-cities-mid-year-2025-update/.................................................................................................................................7

Culpeper Police Department, *ALPR Helps Culpeper Police Find Missing And Endangered Elderly Adult,* https://crimewatch.net/us/va/culpeper-county/culpeper-pd/117322/post/alpr-helps-culpeper-police-find-missing-and-endangered-elderly-adult (last visited Sept. 22, 2025) ............................................6

FBI Crime Data Explorer, *Motor Vehicle Theft Reported by Population*: Virginia, https://cde.ucr.cjis.gov/LATEST/webapp/#/pages/explorer/crime/crime-trend (last visited Sept. 22, 2025) .......................................................................................7

John Gonzalez, *Fairfax Co. Police Find Success With License Plate Readers, Aiding In More Than 800 Cases*, ABC News (Nov. 14, 2024), https://wjla.com/news/local/license-plate-readers-fairfax-county-police-crime-stolen-vehicles-arrest-felony-charges-misdemeanor-missing-persons-guns-narcotics-rape-burglaries-flock-safety-springfield-town-center-tysons-corner-fair-oaks-mall-dmv ..................................................................................................5

Amanda Hernández, *Report Shows Violent Crime Continues to Drop Across US Cities, Including 3 in Va.*, Virginia Mercury (July 25, 2025), https://virginiamercury.com/2025/07/25/report-shows-violent-crime-continues-to-drop-across-us-cities-including-3-in-va/..................................................7

International Ass'n of Chiefs of Police, *License Plate Reader (LPR) Systems: Use Cases* (2024), https://www.theiacp.org/sites/default/files/LPRUseCases%202024.01.pdf (last visited Sept. 22, 2025) .....................................................................................................7

Sherri Johnson, *Findings from the 2024 Surveillance Technology Equipment Reporting*, Virginia Dep't of Criminal Justice Services (2024), https://vscc.virginia.gov/2024/Dec16Mtg/DCJS%20-%20Findings%20from%202024%20Surveillance%20Technology%20Equipment%20Reporting.pdf....................................................................................................4

Margaret Kavanaugh, *Virginia Beach Police Use Flock Camera Technology For Postal Robbery Arrest*, News3 WTKR (Aug. 19, 2024), https://www.wtkr.com/virginia-beach-police-use-flock-technology-for-postal-robbery-arrest ..........................................................................................................6

Garrett Langley, National League of Cities, *City Residents Call for License Plate Reader Technology to Improve Public Safety — Objectively* (Nov. 15, 2023), https://www.nlc.org/article/2023/11/15/city-residents-call-for-license-plate-reader-technology-to-improve-public-safety-objectively/ ...........................................8

Chief Joel F. Shults, *How ALPR Data Drives Intelligence-Led Policing*, Police1 (Apr. 28, 2018), https://www.police1.com/police-products/traffic-enforcement/license-plate-readers/articles/how-alpr-data-drives-intelligence-led-policing-BQmAMSJFCHtld7lc/ .................................................................8

Supreme Court of Virginia, *2016 State of the Judiciary Report*, https://www.courts.state.va.us/static/courts/sjr/reports/2016/state_of_the_judiciary_report.pdf; ........................................................................................................10

Supreme Court of Virginia, *2017 State of the Judiciary Report*, https://www.courts.state.va.us/static/courts/sjr/reports/2017/state_of_the_judiciary_report.pdf; ........................................................................................................10

Supreme Court of Virginia, *2018 State of the Judiciary Report*, https://www.courts.state.va.us/static/courts/sjr/reports/2018/state_of_the_judiciary_report.pdf; ..................................................................................................................10

Supreme Court of Virginia, *2019 State of the Judiciary Report*, https://www.courts.state.va.us/static/courts/sjr/reports/2019/state_of_the_judiciary_report.pdf; ..................................................................................................................10

Supreme Court of Virginia, *2020 State of the Judiciary Report*, https://www.courts.state.va.us/static/courts/sjr/reports/2020/state_of_the_judiciary_report.pdf; ..................................................................................................................10

Supreme Court of Virginia, *2021 State of the Judiciary Report*, https://www.courts.state.va.us/static/courts/sjr/reports/2021/state_of_the_judiciary_report.pdf ..................................................................................................................10

Virginia Sheriffs' Ass'n, *ALPR Technology Aids King George Deputies in Multi-County Suspect Arrests*, https://vasheriff.org/2025/09/03/alpr-technology-aids-king-george-deputies-in-multi-county-suspect-arrests/ (last visited Sept. 22, 2025) ......................................................................................................................................5

Virginia State Crime Commission, 2024 VSCC Annual Report, *Law Enforcement Use of Automatic License Plate Recognition (ALPR)*, https://vscc.virginia.gov/Annual%20Reports/2024%20VSCC%20Annual%20Report%20-Law%20Enforcement%20Use%20of%20ALPR.pdf (last visited Sept. 22, 2025) .................................................................................................................4, 8

## IDENTITY AND INTEREST OF AMICUS CURIAE

The Virginia Association of Chiefs of Police (the "VACP") is a non-profit professional association for Virginia's active and retired local, state, campus, private, and federal law enforcement and criminal justice agency executives, administrators, and managers. Members also include people who work in campus and private security, law enforcement-related businesses, support industries, and government agencies.

Originally formed in 1926, the purpose of the VACP is to promote the professional development of executive and management personnel within duly constituted law enforcement agencies in the Commonwealth of Virginia; encourage close cooperation of all law enforcement agencies in the prevention and detection of crime and apprehension of those responsible for the commission of crimes; promote the highest standards of the police profession through selection and training of law enforcement officers; and pledge and strive for the highest degree of respect for law and order throughout the Commonwealth of Virginia.

The VACP has a substantial interest in this case, as the case's outcome will directly impact the ability of law enforcement agencies in Virginia to utilize License Plate Reader ("LPR") technology for critical public safety functions.

No party or counsel for any party authored this brief in whole or in part, and no person other than amicus curiae made a monetary contribution to its preparation or submission. All parties have consented to the filing of this brief.

## SUMMARY OF ARGUMENT

The Court should grant Defendants' motion for summary judgment and preserve the ability of law enforcement agencies in Virginia to use LPR cameras to protect the public. LPR camera systems advance public safety in the Commonwealth, including in situations where time is of the essence and efficiency and effectiveness are paramount. These situations include those in which law enforcement is called upon to apprehend persons suspected of violent crimes, to prevent terrorist attacks, and to locate and rescue kidnapping and domestic abuse victims, including children. LPR camera technology takes on increased importance to law enforcement as the number of sworn officers declines across Virginia.

Although effective, LPR cameras are far different from GPS tracking or cell site location information ("CSLI") technologies, for which the Fourth Amendment requires a warrant supported by probable cause. LPR technology does not, for example, track the whole of a person's movements. Instead, LPR technology as employed by the VACP's members photographs whether a *vehicle* was in a *particular public* location at a *particular* time—well short of the comprehensive tracking achieved using GPS or CSLI.

The new Virginia law addressing LPR cameras properly balances law enforcement needs and privacy interests. Among other things, the statute places restrictions on how the technology and data it generates can be used, while expressly approving the use of LPR cameras in the Commonwealth.

# ARGUMENT

The VACP submits this brief to provide the Court with important information regarding law enforcement's use of LPR cameras in Virginia and how those tools help Virginia law enforcement to more efficiently and effectively protect public safety.

LPR cameras are automatic cameras that photograph the backs of vehicles and provide information about the geographic location and date and time when the vehicles were photographed. If a license plate is put on a list of known stolen vehicles (*i.e.*, a hotlist), an alert will be sent to law enforcement agencies if an LPR camera detects that plate. That said, no license plate captured by LPR systems is queried unless it is determined to be relevant to an ongoing investigation or necessary to locate a person (*e.g.*, a suspect, victim, or a missing person). Below, the VACP outlines how law enforcement agencies in the Commonwealth use LPR cameras, including its importance to apprehending criminals; how LPR technology differs in material respects from the more intrusive technology requiring a warrant supported by probable cause; and the VACP's role in advocating for the Virginia law that authorizes LPR cameras with certain safeguards in place.

**I.     LAW ENFORCEMENT AGENCIES USE LPR CAMERAS AS VALUABLE TOOLS TO ADVANCE PUBLIC SAFETY IN VIRGINIA.**

**A.     LPR Technology Is Used by Law Enforcement Across Virginia.**

Law enforcement agencies in the Commonwealth of Virginia and across the United States use LPR technology to protect the public, including to assist in identifying, locating, and apprehending persons suspected of violent crimes and to locate and rescue missing and abducted victims.

Findings from Virginia's first statewide survey of surveillance technologies procured by law enforcement, conducted by the Virginia Department of Criminal Justice Services ("DCJS") in 2024, showed that law enforcement agencies across Virginia are using LPR cameras.

Approximately 82% (14 of 17) of large departments who responded to the survey, 74% (71 of 96) of medium departments, and 35% (56 of 160) of small departments reported they had procured LPR cameras.[1]

The same is true nationally. According to surveys conducted by the Bureau of Justice Statistics ("BJS") between 2007 and 2020, approximately 20% of local police departments and sheriff's offices regularly use LPR, with LPR use by larger law enforcement agencies growing considerably since 2007.[2] The 2007 BJS survey of law enforcement reported that almost half of agencies with more than 1,000 sworn officers and almost one-third of agencies with 501 to 1,000 sworn officers regularly used LPR; by 2020, those numbers had grown significantly, with almost 90% of sheriff's offices with 500 or more sworn deputies, 90% of local police departments serving at least 500,000 but fewer than one million residents, and all local police departments serving one million or more residents regularly using LPR.[3]

**B.    LPR Cameras Have Helped Virginia Law Enforcement Arrest Suspects, Locate Missing and Kidnapped Persons, and Reduce Violent Crime.**

Real world examples and crime statistics illustrate the significant value of LPR camera technology and how law enforcement uses the tool to protect the safety of Virginians. For example, the Fairfax County Police Department reported that, that, between the end of 2022 and the end of 2023, LPR camera technology led to nineteen missing persons located, 134 stolen vehicles

---

[1] Sherri Johnson, *Findings from the 2024 Surveillance Technology Equipment Reporting,* Virginia Dep't of Criminal Justice Services (2024), https://vscc.virginia.gov/2024/Dec16Mtg/DCJS%20-%20Findings%20from%202024%20Surveillance%20Technology%20Equipment%20Reporting.pdf.

[2] *See* Virginia State Crime Commission, 2024 VSCC Annual Report, *Law Enforcement Use of Automatic License Plate Recognition (ALPR)*, https://vscc.virginia.gov/Annual%20Reports/2024%20VSCC%20Annual%20Report%20-Law%20Enforcement%20Use%20of%20ALPR.pdf (last visited Sept. 22, 2025), at 8 n.15 (citing, e.g., Sheriffs' Offices, Procedures, Policies, And Technology, 2020 – Statistical Tables, U.S. Dep't of Justice, Bureau of Justice Statistics, https://bjs.ojp.gov/document/soppt20st.pdf).

[3] *Id*. at 8-9.

4

recovered, 23 guns recovered, and 724 arrest charges, including 480 felonies, in that year alone.[4]

By November 2024, the Fairfax County Police Department had used LPR cameras to locate 30 missing persons, recover 200 stolen vehicles, recover 43 guns, and make 1,556 arrest charges, including 1,026 felonies.[5]

The impact of LPR cameras goes beyond statistics alone. Below we provide illustrative, but non-exhaustive, examples of how LPR camera technology has advanced public safety and brought offenders to justice, drawn from the experiences of members of the VACP:

- **Stolen Vehicle:** On approximately August 28, 2025, the Sheriff's Office of King George County, Virginia, was alerted by an LPR camera system that a stolen vehicle had entered King George County. Deputies and detectives quickly located the vehicle and conducted a traffic stop. The three occupants of the vehicle were found to be persons of interest in an abduction in the Town of Culpeper, Virginia, and an armed robbery in Orange County, Virginia.[6]

- **Endangered Adult:** On approximately May 23, 2025, an LPR camera system notified officers of the Culpeper Police Department in Culpeper, Virginia, that a vehicle registered to a missing endangered adult had just entered the town. As one of many examples of how LPR technology can save lives, said officers located the vehicle and driver at a gas station, confirmed that the driver was an 88-year-old man with dementia reported missing from North Carolina, and after speaking with the man's family members, arranged to return the man to his family's care. Culpeper Police Chief C. Settle described LPR as allowing the officers to "find [the missing man] before tragedy struck. I'm incredibly grateful that my officers were able to combine this technology with great police work to create the best

---

[4] Axon, *Accelerating ALPR cases: Fairfax County Police Department*, https://www.axon.com/resources/accelerating-alpr-cases-fairfax-county-police-department (last visited Sept. 22, 2025).

[5] John Gonzales, *Fairfax Co. Police Find Success With License Plate Readers, Aiding In More Than 800 Cases*, ABC News (Nov. 14, 2024), https://wjla.com/news/local/license-plate-readers-fairfax-county-police-crime-stolen-vehicles-arrest-felony-charges-misdemeanor-missing-persons-guns-narcotics-rape-burglaries-flock-safety-springfield-town-center-tysons-corner-fair-oaks-mall-dmv.

[6] 29News, *Three Persons Of Interest In Custody After Culpeper Abduction, Orange County Robbery* (updated Aug. 29, 2025), https://www.29news.com/2025/08/28/police-seek-persons-interest-after-culpeper-abduction-orange-county-robbery/; Virginia Sheriffs' Ass'n, *ALPR Technology Aids King George Deputies in Multi-County Suspect Arrests*, https://vasheriff.org/2025/09/03/alpr-technology-aids-king-george-deputies-in-multi-county-suspect-arrests/ (last visited Sept. 22, 2025).

outcome."[7] Afterwards, the missing man's daughter reached out to thank the Culpeper Police Department, writing:

> I want to send my heartfelt thanks and appreciation to your staff - whose actions on Friday, May 23rd, led to the recovery of my 88-year-old father…. He suffers from dementia and did something he's never done before - he got in his car and set off looking for his father who had passed away many years ago. We are certain that if not for the actions of your staff my father would still be missing. We are very thankful that he was found and recovered safely!

- ***Robbery:*** On approximately July 11, 2024, a postal carrier was attacked and robbed in a Virginia Beach, Virginia neighborhood. Detectives used security camera footage from neighbors and then LPR camera technology to locate the suspect's vehicle and arrest him.[8]

- ***Wanted Vehicle:*** On approximately February 9, 2023, a Virginia State Police trooper's LPR camera flagged a Cadillac wanted in Fairfax County, Virginia. The trooper attempted to make a traffic stop but the driver fled, leading to a multi-jurisdiction pursuit that ended with an arrest and multiple felony charges.[9]

- ***Kidnapping***: In approximately December 2022, the Franklin Police Department, in Franklin, Virginia, used LPR technology to reunite a child with their legal custodian after an abduction. Police used the LPR technology to track the suspect vehicle to Suffolk and recover the child.[10]

Solving crimes with LPR camera systems has the additional benefit of providing for accountability, which further reduces crime. As the International Association of Chiefs of Police noted in 2024, "[l]everaging LPR technology can help prevent crime before an offense occurs. In some cases, knowing that the area employs LPRs may be enough to deter potential offenders from

---

[7] Culpeper Police Department, *ALPR Helps Culpeper Police Find Missing And Endangered Elderly Adult,* https://crimewatch.net/us/va/culpeper-county/culpeper-pd/117322/post/alpr-helps-culpeper-police-find-missing-and-endangered-elderly-adult (last visited Sept. 22, 2025).

[8] Margaret Kavanaugh, *Virginia Beach Police Use Flock Camera Technology For Postal Robbery Arrest*, News3 WTKR (Aug. 19, 2024), https://www.wtkr.com/virginia-beach-police-use-flock-technology-for-postal-robbery-arrest.

[9] ARLNow, *Virginia State Police Chase Ends in Arlington, Results in Arrest and Multiple Felony Charges* (Feb. 9, 2023), https://www.arlnow.com/2023/02/09/virginia-state-police-chase-ends-in-arlington-results-in-arrest-and-multiple-felony-charges/.

[10] Angela Bohon, *Franklin Police Dept. Use License Plate Reader Technology To Solve Abduction Case*, News3 WTKR (Dec. 8, 2022), https://www.wtkr.com/news/franklin-police-use-license-plate-reader-technology-to-solve-abduction-case.


committing an offense. In other cases, LPR may not change a potential offender's intentions but can generate potential investigative leads and facilitate police intervention before any harm is done."[11]

Our members' communities have seen this benefit manifest in reduced rates of violent crime since they implemented LPR camera systems. The Council on Criminal Justice reports that, between February 2018 and June 2025, violent crime rates in Norfolk, Richmond, and Virginia Beach—all of which implemented LPR camera systems during that timeframe—declined significantly.[12] According to the FBI Uniform Crime Report Program, the automobile theft rate in Virginia is down by half in the past two years: In July 2023, there were 1,483 stolen motor vehicles; in July 2025, there were only 702 stolen motor vehicles.[13] Motor vehicle theft in Norfolk specifically is also down: from 96.57 per 100,000 residents in October 2022 (225 stolen vehicles) to 20.77 per 100,000 residents in June 2025 (48 stolen vehicles).[14]

Crime rates, of course, depend upon numerous factors, and one cannot say precisely how much the decline in violent crime rates in these Virginia cities is due to law enforcement use of LPR cameras. But it is reasonable to conclude, and our members report anecdotally, that crimes

---

[11] Int'l Ass'n of Chiefs of Police, *License Plate Reader (LPR) Systems: Use Cases* (2024), https://www.theiacp.org/sites/default/files/LPRUseCases%202024.01.pdf (last visited Sept. 22, 2025).

[12] Amanda Hernández, *Report Shows Violent Crime Continues to Drop Across US Cities, Including 3 in Va.*, Virginia Mercury (July 25, 2025), https://virginiamercury.com/2025/07/25/report-shows-violent-crime-continues-to-drop-across-us-cities-including-3-in-va/ (citing Council on Criminal Justice, *Crime Trends in U.S. Cities: Mid-Year 2025 Update* (July 2025), https://counciloncj.org/crime-trends-in-u-s-cities-mid-year-2025-update/).

[13] FBI Crime Data Explorer, *Motor Vehicle Theft Reported by Population*: Virginia, https://cde.ucr.cjis.gov/LATEST/webapp/#/pages/explorer/crime/crime-trend (last visited Sept. 22, 2025).

[14] Council on Criminal Justice, *Crime Trends in U.S. Cities: Mid-Year 2025 Update* (July 2025), https://counciloncj.org/crime-trends-in-u-s-cities-mid-year-2025-update/.

directly involving vehicles, such as carjackings and other vehicle thefts, are impacted by the well-publicized use and successes of LPR camera systems. Moreover, LPR camera systems make it more likely a criminal will be caught if they steal a car in Norfolk, Richmond, Virginia Beach, or the scores of other jurisdictions in which law enforcement agencies are using LPR camera systems,[15] potentially having a deterrent effect.

    **C.**    **The Public Understands and Actively Supports Law Enforcement Use of LPR Cameras.**

The National League of Cities (NLC) reported in 2023 that representative surveys of residents in Nashville, Tennessee, Lexington, Kentucky, Tampa, Florida, Atlanta, Georgia, and Columbus, Ohio showed "a resounding endorsement of" LPR camera technology.[16] According to the NLC, "[o]ver 80% of respondents in every surveyed location expressed comfort with LPR being used in public safety scenarios such as finding missing persons, addressing acts of terrorism, and investigating violent and property crimes," "[b]etween 33% and 50% of participants across all surveys reported that LPR would make them feel safer, while no more than 16% expressed concerns about feeling less safe," and "at least 70% of respondents believed that LPR is effective for responding to use cases like missing persons, acts of terrorism, violent crimes, and property crimes."[17]

---

[15] *See* Virginia State Crime Commission, 2024 VSCC Annual Report, *supra* note 2, at 5 (noting that "[a] review of available research suggests that (i) LPR may be particularly effective in identifying stolen vehicles and license plates, increasing the recovery of stolen vehicles and arrests of individuals linked to those thefts . . . ."); *see also* Chief Joel F. Shults, *How ALPR Data Drives Intelligence-Led Policing*, Police1 (Apr. 28, 2018), https://www.police1.com/police-products/traffic-enforcement/license-plate-readers/articles/how-alpr-data-drives-intelligence-led-policing-BQmAMSJFCHtld7lc/.

[16] Garrett Langley, National League of Cities, *City Residents Call for License Plate Reader Technology to Improve Public Safety — Objectively* (Nov. 15, 2023), https://www.nlc.org/article/2023/11/15/city-residents-call-for-license-plate-reader-technology-to-improve-public-safety-objectively/.

[17] *Id.*

8

## II. LPR CAMERAS ARE A LIMITED TOOL THAT IS NOT COMPARABLE TO GPS TRACKING OR CELL SITE LOCATION INFORMATION.

Although LPR cameras are valuable in all of the ways described above, it is important to be clear that they are a limited tool, not comparable to GPS tracking or cell site location information. GPS tracking creates a comprehensive digital shadow of every movement and stop. Cell site tracking can reveal intimate details about daily routines, private visits, and personal relationships by monitoring every movement throughout the day. By contrast, LPR cameras merely identify and record a vehicle's location at a *specific time and place on a public street*. They provide a scattered constellation of data points that show where someone traveled on public roads. They do not "track" a vehicle's movements; they do not show where a person lingered, whom they visited, or what they did in private spaces; and they do not provide law enforcement with a comprehensive look into the movement of the vehicle—much less of any specific person.

In this way, LPR cameras have a distinct function and are entirely different from GPS tracking and CSLI technologies, which *do* permit law enforcement agencies—once a warrant is obtained, based on probable cause[18]—to track a vehicle's or phone's comprehensive movements.

In addition, LPR cameras are more transparent and predictable. Drivers can often see the cameras and know they're being monitored at specific locations, unlike hidden GPS devices or invisible cell tower monitoring that tracks movement. Furthermore, LPR systems do not require the installation of tracking devices or the collection of personal communication metadata, making them less invasive to personal property and digital privacy.

LPR cameras thus are not substituting for or replacing law enforcement use of GPS tracking or CSLI data. Illustrating that reality, data from the Virginia Supreme Court reveals that

---

[18] Law enforcement agency policies throughout the Commonwealth still require a warrant for GPS tracking and CSLI data, just as they did before the widespread of adoption of LPR camera systems.

9

GPS tracking device warrants remained at a fairly constant rate between 2016 and 2021—despite adoption of LPR camera technology throughout the Commonwealth—and real-time location data (CSLI) warrants *increased* during that period.[19] In other words, the adoption of LPR technology throughout Virginia has not displaced law enforcement's need for GPS tracking and CSLI data, obtained through warrants.

### III. THE NEW VIRGINIA LPR LAW PROPERLY BALANCES LAW ENFORCEMENT NEEDS AGAINST PRIVACY INTERESTS.

The Virginia legislature understood the benefits of LPR camera technology when it enacted Code of Virginia § 2.2-5517 earlier this year. The new law appropriately balances law enforcement needs—including the need to share data with other jurisdictions in the Commonwealth—against privacy concerns voiced by certain opposing groups by authorizing use of LPR cameras on state-owned freeways and ratifying the sharing of LPR data between law enforcement agencies within the Commonwealth while imposing certain restrictions. These restrictions mitigate many of the privacy complaints raised by Plaintiffs in this case and include (1) limiting when LPR data can be accessed, (2) imposing a 21-day retention period, and (3) prohibiting data sharing with entities outside of Virginia. *See generally* Va. Code § 2.2-5517. The statute also imposes criminal penalties for willful and intentional violations of the restrictions. *Id*. § 2.2-5517(N).

---

[19] Supreme Court of Virginia, *2016 State of the Judiciary Report* (2016), at 62 https://www.courts.state.va.us/static/courts/sjr/reports/2016/state_of_the_judiciary_report.pdf; Supreme Court of Virginia, *2017 State of the Judiciary Report* (2017), at 70 https://www.courts.state.va.us/static/courts/sjr/reports/2017/state_of_the_judiciary_report.pdf; Supreme Court of Virginia, *2018 State of the Judiciary Report* (2018), at 66 https://www.courts.state.va.us/static/courts/sjr/reports/2018/state_of_the_judiciary_report.pdf; Supreme Court of Virginia, *2019 State of the Judiciary Report* (2019), at 57 https://www.courts.state.va.us/static/courts/sjr/reports/2019/state_of_the_judiciary_report.pdf; Supreme Court of Virginia, *2020 State of the Judiciary Report* (2020), at 45 https://www.courts.state.va.us/static/courts/sjr/reports/2020/state_of_the_judiciary_report.pdf; Supreme Court of Virginia, *2021 State of the Judiciary Report* (2021), at 45 https://www.courts.state.va.us/static/courts/sjr/reports/2021/state_of_the_judiciary_report.pdf.

The legislative process that produced § 2.2-5517 was marked by extensive community engagement and input from a wide array of stakeholders. The VACP collaborated closely with the Virginia State Crime Commission throughout the legislation's development and provided testimony at multiple General Assembly meetings on the critical importance of LPR technology for effective criminal investigations. The Virginia Sheriffs' Association likewise submitted its views, and other constituents actively participated in the process, advocating for additional privacy protections.

Through this political process, the Commonwealth of Virginia has enacted a law that takes account of all views and implements sensible rules to ensure that LPR cameras are used responsibly. The final statute represents a careful compromise, reflecting the considered judgment of the General Assembly after robust public debate. In this context, federal courts should exercise restraint and avoid supplanting the legislature's policy choices, particularly where the statute was crafted to address constitutional concerns and balance competing interests in public safety and privacy. The Court should not disrupt this reasonable policy and deprive law enforcement of this valuable, but limited, tool to enhance public safety.

## CONCLUSION

Amicus curiae Virginia Association of Chiefs of Police respectfully requests that this Court grant Defendants' motion for summary judgment.

Dated: September 22, 2025

Respectfully submitted,

VIRGINIA ASSOCIATION OF CHIEFS OF POLICE

By: /s/ Jan A. Larson
    Jan A. Larson
    *One of Its Attorneys*

Andrianna D. Kastanek (pro hac pending)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
akastanek@jenner.com

Jan A. Larson (VSB No. 76959)
JENNER & BLOCK LLP
515 South Flower Street
Suite 3300
Los Angeles, CA 90071
(213) 239-5100
janlarson@jenner.com

*Attorneys for Amicus Curiae*

12

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 22, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

    /s/ Jan A. Larson
Jan A. Larson (VSB No. 76959)
JENNER & BLOCK LLP
515 South Flower Street
Suite 3300
Los Angeles, CA 90071
(213) 239-5100
janlarson@jenner.com

*Counsel for Amicus Curiae*