# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| LEE SCHMIDT and CRYSTAL ARRINGTON,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF NORFOLK and MARK TALBOT, in his official capacity as the Norfolk Chief of Police,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00621-MSD-RJK<br><br>Hon. Mark S. Davis |

## CONSENT ORDER

Before the Court is Plaintiffs' Unopposed Motion to Continue Trial and Remaining Pretrial Deadlines, in which Plaintiffs request that the remaining pretrial deadlines, the final pretrial conference, and the trial be continued pending a ruling on the parties' cross motions for summary judgment (Docs. 107, 112).

The Court finds that there is good cause to continue these deadlines and that doing so will best conserve the Court's and the parties' resources given the pending dispositive motions.

Accordingly, the Court hereby **ORDERS** that (i) the deadline for submission to the Chambers of the presiding Magistrate Judge of the pretrial final pretrial order and copies of *de ben esse* deposition to which the parties have made objections, Doc. 185; (ii) the deadline for proposed

findings of fact and conclusions of law, Doc. 87; (iii) the trial scheduled to begin on February 3, 2026, *id.*, are **CONTINUED** pending a ruling on the parties' cross motions for summary judgment.

Entered this \_\_\_ day of January, 2026.

 

_____
The Hon. Mark S. Davis
U.S. District Judge

WE ASK FOR THIS:

/s/ *Karla J. Soloria (with consent)*
Karla J. Soloria (VSB 82674)
Assistant City Attorney
Adam D. Melita (VSB 41716)
Chief Deputy City Attorney
karla.soloria@norfolk.gov
adam.melita@norfolk.gov
City of Norfolk Department of Law
810 Union Street, Suite 900
Norfolk, VA 23510
Telephone: (757) 664-4529
Facsimile: (757) 664-4201

*Attorneys for Defendants the City of Norfolk and Mark Talbot*

E. Martin Estrada (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
(213) 683-9100
Martin.Estrada@mto.com

Jonathan I. Kravis (*pro hac vice*)
Lauren E. Ross (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Jonathan.Kravis@mto.com
Lauren.Ross@mto.com

Justin P. Raphael (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
(415) 512-4000
Justin.Raphael@mto.com

*Attorneys for Defendant the City of Norfolk*

/s/ *Robert Frommer*
Robert Frommer
(VA Bar No. 70086)
Joshua Windham
(NC Bar No. 51071)*
Michael B. Soyfer
(NY Bar No. 5488580; DC Bar No. 230366)*
James T. Knight II
(DC Bar No. 1671382)*
Tahmineh Dehbozorgi
(DC Bar No. 90030252)*
Institute for Justice
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
rfrommer@ij.org
jwindham@ij.org
msoyfer@ij.org
jknight@ij.org
tdehbozorgi@ij.org

Jessica Bigbie
(TX Bar No. 24134429)*
Institute for Justice
816 Congress Ave, Suite 970
Austin, TX 78701
Tel: (512) 480-5936
Fax: (512) 480-5937
jbigbie@ij.org

*Attorneys for Plaintiffs*

*pro hac vice