## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

LEE SCHMIDT
and
CRYSTAL ARRINGTON,

      Plaintiffs,

v.

Civil Action No. 2:24-cv-00621

CITY OF NORFOLK
and
MARK TALBOT
*In his official capacity as the Norfolk Chief of Police*,

      Defendants,

## <u>JUDGMENT</u>

Pursuant to the order of this Court entered on January 27, 2026, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the defendants, City of Norfolk and Mark Talbot.

FERNANDO GALINDO, CLERK OF COURT

By:_____
        J. Hiemer, Deputy Clerk

Dated: January 27, 2026
Norfolk, Virginia