FILED: February 26, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1227
(2:24-cv-00621-MSD-RJK)

_____

LEE SCHMIDT; CRYSTAL ARRINGTON

      Plaintiffs - Appellants

v.

CITY OF NORFOLK; MARK TALBOT, In his official capacity as the Norfolk
Chief of Police

      Defendants - Appellees

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
| Originating Case Number | 2:24-cv-00621-MSD-RJK |
| Date notice of appeal filed in originating court: | 02/25/2026 |
| Appellants | Lee Schmidt, Crystal Arrington |
| Appellate Case Number | 26-1227 |
| Case Manager | J. Neal 804-916-2702 |